July 13th, 2022

Clerk of the Court
United States District Court
District of California - Northern District
San Francisco Division
450 Golden Gate Avenue, 16th floor
San Francisco, CA 94102

**RECEIVED**

JUL 2 5 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Re:  Wescott versus Fiechter, et al.

Dear Clerk of the Court:

I have enclosed a new case to hopefully file/docket.

I've also enclosed a prepaid Priority Mail envelope for you to send me back one or two of the stamped/endorsed legal complaints.

In this package, we have Wescott versus Fiechter, et al.

I've enclosed:

- A civil cover sheet
- An application to file *in pauperis*
- Four legal complaints

For this complaint, kindly file and docket the case and send me back one or two stamped/endorsed legal complaints, and anything else you would like to send me, to the address below.

If I've left anything out or made any mistakes, would you kindly call me so I can send in whatever's missing?... or send me an email?  My cell phone is +1 936 937 2688, and email below.

Thanks for your time and assistance.   Sincerely,

*[signature]*

Carl A. Wescott  (carlwsoj@gmail.com)
8210 E. via de la Escuela
Scottsdale, AZ 85258
+1 936 937 2688

1