**FROM:**

CW
8210 E. via de la
escuela
Scottsdale AZ 85258

**TO:**

Clerk of the Court
USDC.
United States District
Court
450 Golden Gate Ave
Floor...

---

USPS PRIORITY MAIL — Retail

US POSTAGE PAID $8.95
Origin: 85258
07/21/22
0376620632-88

PRIORITY MAIL®
1 Lb 0.30 Oz
1004

EXPECTED DELIVERY DAY: 07/23/22

C004

SHIP TO:
450 GOLDEN GATE AVE
FL 16
SAN FRANCISCO CA 94102-3426

USPS TRACKING® #

RECEIVED
JUL 25 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



# UNITED STATES POSTAL SERVICE®

# PRIORITY® MAIL

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED



PS00001000014    EP14F May 2020

**VISIT US AT USPS.COM®**