1

2

3

4

5

6

7

8

9

FILED

JUL 25 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AGT

CV22-4288

10

11

Carl A. Wesatt
                    Plaintiff,

12

vs.

13

Frederick C. Frickter, IV,
            .etal.    Defendant.

14

)
)
)
)
)    CASE NO. _____
)
)    APPLICATION TO PROCEED
)    IN FORMA PAUPERIS
)
)
)
)

NC

15

16    I, _____CARL A. WESCOTT___, declare, under penalty of perjury that I am the plaintiff

17    in the above entitled case and that the information I offer throughout this application is true and

18    correct.  I offer this application in support of my request to proceed without being required to

19    prepay the full amount of fees, costs or give security.  I state that because of my poverty I am

20    unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

21        In support of this application, I provide the following information:

22    1.    Are you presently employed?                    Yes ____  No ✓

23    If your answer is "yes," state both your gross and net salary or wages per month, and give the

24    name and address of your employer:

25    Gross: _____  Net: _____

26    Employer: _____

27    _____

28    If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.

2 | *I worked for the Sparklabs Group as a MANAGING DIRECTOR*

3 | *OF A FUND until JULY 2019, when I was fired in retaliation*

4 | *for whistleblowing securities FRAUD My salary was $12,500/month.*

5 | 2.     Have you received, within the past twelve (12) months, any money from any of the

6 | following sources:

7 |     a.     Business, Profession or                    Yes ____ No ✓

8 |         self employment?

9 |     b.     Income from stocks, bonds,              Yes ____ No ✓

10 |         or royalties?

11 |     c.     Rent payments?                               Yes ____ No ✓

12 |     d.     Pensions, annuities, or                    Yes ____ No ✓

13 |         life insurance payments?

14 |     e.     Federal or State welfare payments,   Yes ✓ No ____

15 |         Social Security or other govern-

16 |         ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount

18 | received from each.

19 | *I received about $300/month from food stamps/EBT/*

20 | *SNAP (Exhibit A)*

21 | 3.     Are you married?                               Yes ____ No ✓

22 | Spouse's Full Name: _____

23 | Spouse's Place of Employment: _____

24 | Spouse's Monthly Salary, Wages or Income:

25 | Gross $_____ Net $_____

26 | 4.     a.     List amount you contribute to your spouse's support:$ ___*∅*___

27 |     b.     List the persons other than your spouse who are dependent upon you for support

28 |         and indicate how much you contribute toward their support.  (NOTE: For minor

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2  _____

3  _____

4  5.    Do you own or are you buying a home?        Yes ____ No _✓_

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.    Do you own an automobile?        Yes ____ No _✓_

7  Make _____ Year _____ Model _____

8  Is it financed? Yes _____ No _____ If so, Total due: $ _____

9  Monthly Payment: $ _____

10  7.    Do you have a bank account?  Yes _✓_ No ____ (Do not include account numbers.)

11  Name(s) and address(es) of bank: ARIZONA Federal Credit UNION,

12  3396 N. HAYDEN, Scottsdale AZ 85257

13  Present balance(s):  $ ____ NEGAtive $41  (Overdrawn)

14  Do you own any cash?  Yes ____ No ____ Amount:  $ ____ 184.—

15  Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16  market value.)                              Yes _✓_ No ____

17  I think my legal claims have value. Not sure of value but the
      court will decide

18  8.    What are your monthly expenses?

19  Rent: $ 0  (live w/ my mother) Utilities: 335.—

20  Food: $ 420.—                    Clothing: 50.—

21  Charge Accounts:

22  Name of Account          Monthly Payment          Total Owed on This Account

23  _____     $ _____ N/A            $ _____

24  _____     $ _____        $ _____

25  _____     $ _____        $ _____

26  9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

27  they are payable.  Do not include account numbers.)

28  _____ Yes    (Exhibit B) _____

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes _____    No _✓_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/13/2022
_____
DATE

_____
SIGNATURE OF APPLICANT

- 4 -

EXHIBIT A



Here's my EBT card.

I've received EBT/SNAP/Nutrition

Assistance benefits for approximately one

year. I recatly sent in for

my renewals

C.A. Wescott
7/13/2022

## EXHIBIT B

I owe my mother, Marjatta Wescott, US $72,000 of principal + interest.

I owe my sister, Nicole Wescott, US $35,000 of principal + interest.

I owe my ex-girlfriend, Olga Africawala, $80,000 of principal + interest.

I'm supposed to pay them back, and I will pay them back, once I get a new job and start earning money….

*O.A. Wescott*

7/13/2022