

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue

San Francisco, CA 94102

*cand.uscourts.gov*

August 4, 2022

Carl A. Wescott
8210 E. Via de la Escuela
Scottsdale, AZ 85258

Subject:  22-cv-04288-AGT
Wescott v. Weaver

     An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

     To ensure that proper service is made, the address(es) of the defendant(s) must be submitted to this office. Please use the bottom portion of this letter to print the current address for each listed defendant.

     You may email a picture or scan of the completed form to hilary_jackson@cand.uscourts.gov. As an alternative, you may use the self-addressed postage paid envelope to mail this information to the court.

Sincerely,

Mark B. Busby, Clerk

by: Hilary Jackson
Case Systems Administrator
hilary_jackson@cand.uscourts.gov

| Name | Address |
|---|---|
| **David M. Zeff** | |
| **Frederick C. Fiechter** | |
| | |
| | |

*REV. 10-20*