**FILED**
AUG 25 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT -V- FREDERICK C. FIECHTER, I,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ET AL.,<br><br>　　　　Defendant. | Case No. 22-cv-04288-AGT<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

INSTRUCTIONS: Please indicate below by checking one of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

(✓) **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

　　　　OR

( ) **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: 8/22/2022

NAME: CARL WESCOTT
COUNSEL FOR: PRO SE
(OR "PRO SE")

_____
Signature

2

CW
Luis E. Via de la esculda
Scottsdale, AZ 85257

BOSTON MA 020
22 AUG 2022 PM 5 L

Clerk of Court
USDC
450 Golden Gate Avenue
16th Floor
San Francisco, CA

RECEIVED
AUG 25 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA