Luis E. Via de la esunda
Scottsdale, AZ 85258

BOSTON MA 020
22 AUG 2022 PM 5 L

Clerk of Court
USDC
450 Golden Gate Avenue
16th Floor
San Francisco, CA

RECEIVED
AUG 25 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA