

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
cand.uscourts.gov

August 4, 2022

**FILED**
SEP 02 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Carl A. Wescott
8210 E. Via de la Escuela
Scottsdale, AZ 85258

Subject: 22-cv-04288-AGT
Wescott v. Weaver

    An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

    To ensure that proper service is made, the address(es) of the defendant(s) must be submitted to this office. Please use the bottom portion of this letter to print the current address for each listed defendant.

    You may email a picture or scan of the completed form to hilary_jackson@cand.uscourts.gov. As an alternative, you may use the self-addressed postage paid envelope to mail this information to the court.

Sincerely,

Mark B. Busby, Clerk

by: Hilary Jackson
Case Systems Administrator
hilary_jackson@cand.uscourts.gov

| Name | Address |
|---|---|
| David M. Zeff | 7 Pixley Ave. #95, CORTE MADERA, CA 94925-1457 |
| Frederick C. Fiechter | |
| Robert N. Weaver | 1388 Sutter Street #810, SAN FRANCISCO, CA 94109-5453 |

REV. 10-20



OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Cw gro v. via de la escuela
Scottsdale Az 85258

BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY ADMIN OFFICE OF THE US COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE STE 36060
SAN FRANCISCO CA 94102-9680

BOSTON MA 020
29 AUG 2022 PM 6 L

22-cv-04288-AGT

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES