OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Cw v. via de la escuela
Scottsdale Az 85258

BOSTON MA 020
29 AUG 2022 PM 6 L

BUSINESS REPLY MAIL
FIRST-CLASS MAIL  PERMIT NO. 12615  WASHINGTON DC

POSTAGE WILL BE PAID BY ADMN OFFICE OF THE US COURTS

22-cv-04288-AGT

US DISTRICT COURT
450 GOLDEN GATE AVE STE 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

