UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT, | Case No. 22-cv-04288-AGT |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| ROBERT N. WEAVER, et al., | |
| Defendants. | |

The parties are hereby notified that the initial case management conference is rescheduled to November 4, 2022 at 3:00 PM before Magistrate Judge Alex G. Tse.  This proceeding will be held by way of Zoom video conference webinar.  A link to the Court' video conference Zoom webinar is located on the Court's website, at https://www.cand.uscourts.gov/tse-alex-g-agt.

PLEASE NOTE: Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. See General Order 58 at Paragraph III.

Dated: October 6, 2022

Mark B. Busby
Clerk, United States District Court

By: _____
Stephen Ybarra, Deputy Clerk to the
Honorable ALEX G. TSE