FILED
OCT 27 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carl A. Wescott | 22-cv-04288-AGT |
| DEFENDANT | TYPE OF PROCESS |
| Robert N. Weaver et al | cmp, order, summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
David M. Zeff
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
7 Pixley Ave #95 Corte Madera, CA 94925

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Carl A. Wescott
8210 E. Via de la Escuela
Scottsdale, AZ 85258
936-937-2688

Number of process to be served with this Form 285: 3
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 415-522-4261
DATE: 9/7/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 3
District of Origin No.: 11
District to Serve No.: 11
Signature of Authorized USMS Deputy or Clerk
Date: 10/17/22

[ ] I hereby certify and return that I have personally served, have legal evidence of service, have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 10/24/22
Time: 1:00 [X] pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS
10/24/22 - CANNOT SERVE A POST OFFICE

# of DUSMs: 1
# of hours for all DUSMs: 2
# of round trip miles for all vehicles: 30

Form USM-285
Rev. 03/21