1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   ALEX A. GRAFT, SB# 239647
2     E-Mail: Alex.Graft@lewisbrisbois.com
   45 Fremont Street, Suite 3000
3  San Francisco, California 94105
   Telephone: 415.362.2580
4  Facsimile:  415.434.0882

5  Attorneys for Defendant
   ROBERT N. WEAVER, ESQ.

6

7

8                     UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 | CARL A. WESCOTT,                        | Case No. CV22-4288-AGT

12 |            Plaintiff,                   | **DEFENDANT ROBERT N. WEAVER, ESQ.'S NOTICE OF SPECIAL MOTION**

13 |       vs.                               | **AND SPECIAL MOTION TO STRIKE (ANTI-SLAPP) PLAINTIFF'S**

14 | FREDERICK C. FIECHTER, IV;              | **COMPLAINT PURSUANT TO CAL.**
   | DAVID M. ZEFF, ESQ.;                     | **CODE OF CIVIL PROCEDURE § 425.16**

15 | ROBERT N. WEAVER, ESQ. + DOES 1
   | through 25,                              | Date:      December 16, 2022
16 |                                          | Time:      10:00 a.m.
   |            Defendants.                   | Courtroom: A - 15th Floor
17 |                                          | Magistrate Judge Alex G. Tse

18 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19      **PLEASE TAKE NOTICE** that on December 16, 2022, at 10:00 a.m., or as soon

20 thereafter as the matter can be heard in Courtroom A, 15th Floor of the above-entitled courthouse,

21 located at United States District Court, Northern District of California, 450 Golden Gate Avenue,

22 San Francisco, CA 94102, Defendant ROBERT N. WEAVER, ESQ. ("Attorney Weaver") will,

23 and hereby does, move the Court for an Order striking Plaintiff CARL A. WESCOTT's

24 ("Plaintiff") entire Complaint as against ROBERT N. WEAVER, ESQ. pursuant to Code of Civil

25 Procedure section 425.16.

26      This Motion is made on the ground that the claims alleged in Plaintiff's Complaint against

27 Attorney Weaver arise from Attorney Weaver's acts in furtherance of his constitutional rights of

28 petition and speech, triggering the protections of Code of Civil Procedure section 425.16.  Further,



4886-3329-5422.1                              1                          Case No. CV22-4288-AGT
DEFENDANT ROBERT N. WEAVER, ESQ.'S NOTICE OF SPECIAL MOTION AND SPECIAL MOTION TO
STRIKE (ANTI-SLAPP) PLAINTIFF'S COMPLAINT

1  Plaintiff's claims against Attorney Weaver are without merit, and Plaintiff thus cannot sustain his

2  burden of demonstrating a probability of prevailing on the merits.

3        This motion is based upon the attached Memorandum of Points and Authorities, the

4  request for judicial notice contained therein, the Declarations of Attorney Weaver and his counsel,

5  Alex A. Graft, and all papers, records, and documents on file in this action, and such evidence as

6  may be presented at or before the hearing of the motion.

7

8  DATED:  November 16, 2022          LEWIS BRISBOIS BISGAARD & SMITH LLP

9

10

11                                        By:      /s/ Alex A. Graft
                                                  ALEX A. GRAFT
12                                                Attorneys for Defendant
                                                  ROBERT N. WEAVER, ESQ.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT ROBERT N. WEAVER, ESQ.'S NOTICE OF SPECIAL MOTION AND SPECIAL MOTION TO
STRIKE (ANTI-SLAPP) PLAINTIFF'S COMPLAINT