**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ALEX A. GRAFT, SB# 239647
  E-Mail: Alex.Graft@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
ROBERT N. WEAVER, ESQ.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL A. WESCOTT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FREDERICK C. FIECHTER, IV;<br>DAVID M. ZEFF, ESQ.;<br>ROBERT N. WEAVER, ESQ. + DOES 1 through 25,<br><br>　　　　　Defendants. | Case No. CV22-4288-AGT<br><br>**DECLARATION OF ROBERT N. WEAVER, ESQ. IN SUPPORT OF DEFENDANT ROBERT N. WEAVER, ESQ.'S SPECIAL MOTION TO STRIKE (ANTI-SLAPP) PLAINTIFF'S COMPLAINT PURSUANT TO CAL. CODE OF CIVIL PROCEDURE § 425.16**<br><br>Date:　　December 16, 2022<br>Time:　　10:00 a.m.<br>Courtroom: A - 15th Floor<br>Magistrate Judge Alex G. Tse |

### DECLARATION OF ROBERT N. WEAVER, ESQ.

I, ROBERT N. WEAVER, ESQ., declare as follows:

1. I am a party in the above-entitled action.

2. I have personal knowledge of the facts set forth herein, and if called as a witness to testify thereto, I could competently and truthfully do so.

3. I previously represented Defendant FREDERICK C. FIECHTER, IV ("Mr. Fiechter"), a creditor of Plaintiff CARL A. WESCOTT ("Plaintiff"), in a bankruptcy and adversary proceedings against Plaintiff seeking a judgment determining the amount and dischargeability of Plaintiff's debt to Mr. Fiechter. At present, Plaintiff owes Mr. Fiechter well over $2.75 million comprised of two unsatisfied judgments.

4. I was initially retained in December of 2011 by Mr. Fiechter to assist attorney Guy Kornblum in addressing a Chapter 7 bankruptcy petition filed by Plaintiff and his spouse.

5. In the course of his engagement, I uncovered evidence of fraud on the part of Plaintiff which would support the basis for an adversary complaint establishing that the judgments obtained by Mr. Fiechter against Plaintiff were not dischargeable under 11 U.S.C. §523. I ultimately caused an adversary complaint to be filed on that basis.

6. While the adversary case was pending, I worked closely with the bankruptcy trustee and her attorney, who filed their own adversary complaint against Plaintiff to deny discharge. The trustee later prevailed on summary judgment and Mr. Wescott was denied his bankruptcy discharge.

7. Since discharge was denied, I did not proceed with the adversary complaint because the relief I had sought was mooted.

8. Plaintiff again filed for bankruptcy in 2016 (neglecting to provide notice to his creditors), and was initially granted a discharge, but I arranged with an associated counsel, located close to the court where that bankruptcy action had been filed, to vacate the discharge order as it applied to Mr. Fiechter.

9. Collection on behalf of Mr. Fiechter, however, continued to present difficulties, as Plaintiff owed substantial amounts of spousal maintenance and child support as a result of Plaintiff's apparently contentious divorce. In the aftermath of the divorce and bankruptcy proceedings, he maintained that he lacked any significant assets.

10. I'm aware that Plaintiff has been declared a vexatious litigant by the San Francisco Superior Court pursuant to Section 391 of the California Code of Civil Procedure for abuse of process and harassing litigation. Attached hereto as **Exhibit A** is a copy of a current vexatious litigant list maintained by the office of the judicial council, which I retrieved this month.

11. I'm also aware that Plaintiff has filed no less than twenty-five cases in federal cases throughout the country since January 2021. Attached hereto as **Exhibit B** is a true and correct copy of a list of actions filed by Plaintiff, which I obtained using PACER. He has also filed at least ten other federal cases before 2021. In addition to this he has filed score of cases in the

1 | California State Courts in the same period of time. Mr. Wescott has obtained relief to proceed in
2 | many (if not most) of the cases *in forma pauperis*.

3 |     12.    I have never advised Mr. Fiechter to include a "false" allegation in a complaint
4 | against Plaintiff. As alleged in the adversary complaint which I prepared, my investigation of the
5 | transactions between Plaintiff and Mr. Fiechter revealed that Plaintiff had acted fraudulently to
6 | secure substantial amounts of money from Mr. Fiechter. This was a basis to deny Plaintiff a
7 | bankruptcy discharged pursuant to 13 U.S.C.§523.

8 |     I declare under penalty of perjury under the laws of the United States of America that the
9 | foregoing is true and correct and that this declaration was executed on this 15th day of November,
10 | 2022, at San Francisco, California.

_____
Robert N. Weaver, Esq.

# Exhibit A

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through November 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| WANG | George | | Solano Superior Court | FCM159141 | 06/15/21 | aka Chang Wang |
| WANG | George | | Solano Superior Court | FCS054835 | 06/15/21 | aka Chang Wang |
| WANG | Julie | | San Francisco Superior Court | 457890 | 09/23/08 | |
| WANG | Kailin | | San Francisco Superior Court | FDV19814465 | 01/05/21 | |
| WANG | Loli | Victoria | Alameda Superior Court | RG07324365 | 08/14/07 | |
| WANG | Yen | | Solano Superior Court | FCS050690 | 06/15/21 | |
| WANG | Yen | | Solano Superior Court | FCS054835 | 06/15/21 | |
| WANG | Yen | | Solano Superior Court | FCM167700 | 06/15/21 | |
| WANVEER | Lloyd | Marston | San Francisco Superior Court | 964377 | 10/03/95 | |
| WANVEER | Paul | Thomas | San Francisco Superior Court | 964377 | 10/03/95 | |
| WARREN | Richard | | Los Angeles Superior Court | LC61078 | 09/13/02 | |
| WASHINGTON | Roderick | | Court of Appeal, 5th Dist | F050010 | 05/23/06 | |
| WATERS | B. | Benedict | Los Angeles Superior Court | WEC117069 | 03/30/93 | |
| WATERS | B. | Benedict | Los Angeles Superior Court | WEC127394 | 03/30/93 | |
| WATKINS | Michael | W. | San Bernardino Superior Court | VFLVS032196 | 10/20/05 | |
| WATSON | Catherine | Herrera | San Francisco Superior Court | CGC-18-572340 | 06/02/21 | |
| WATSON | Ruby | | San Diego Superior Court | 693308 | 01/26/96 | |
| WEARY | LaColya | | Los Angeles Superior Court | BC019253 | 10/31/91 | |
| WEBB | Arthur | | San Francisco Superior Court | CGC08480801 | 02/10/10 | |
| WEBB | Michael | | El Dorado Superior Court | PFL20170238 | 10/01/20 | |
| WEBBER | Victor | | Santa Clara Superior Court | 1-01-FL-102682 | 12/12/14 | |
| WEI | Claude | | San Diego Superior Court | 37201400010974CLUDCTL | 07/10/14 | |
| WEINER | Lawrence | | Marin Superior Court | 153501 | 08/06/92 | |
| WEINER | Lawrence | | Marin Superior Court | CV085041 | 11/10/08 | |
| WEISS | Michael | | Orange County Superior Court | 30200090033153S-PR-PW-CJC | 08/16/17 | |
| WEISS | Valerie | S. | San Diego Superior Court | 695486 | 03/12/96 | |
| WEITZMAN | Arin | Karol | Alameda Superior Court | RG08417951 | 01/27/09 | |
| WELCH (J-07488) | Eugene | Everett | Amador Superior Court | 09CV5842 | 10/15/10 | |
| WELCH | Martha | M. | San Diego Superior Court | 37201700007841CUCRCTL | 12/19/17 | |
| WELCH-BROWN | Gaye | | Sacramento Superior Court | 07AS01921 | 10/22/07 | |
| WELLS | Dale | Scott | Sonoma Superior Court | SFL983906 | 03/30/00 | |
| WELLS | Dale | Scott | Sonoma Superior Court | SFL951401 | 03/30/00 | |
| WELLS | Frank | | Los Angeles Superior Court | BC518694 | 07/17/14 | |
| WELLS | Lorraine | Althea | Los Angeles (Beverly Hills) Muni | 97U00788 | 10/30/98 | |
| WELLS | William | G. | Court of Appeal, 2nd Dist, Div 2 | B235019 | 12/12/12 | |
| WELSH | Joyce | L. | Contra Costa Superior Court | D0500622 | 05/17/07 | Order states specifics. |
| WELSH | Michael | | Los Angeles Superior Court | EC10390 | 01/06/93 | |
| **WESCOTT** | **Carl** | **A.** | **San Francisco Superior Court** | **FDI14781666** | **05/01/17** | |
| WEST | Anthony | E. | Los Angeles Superior Court | BC714698 | 09/26/19 | |
| WESTIN | Bruce | | Los Angeles Superior Court | YC053041 | 01/22/07 | |
| WESTOVER | Heather | D. | El Dorado Superior Court | SC 20140146 | 11/09/15 | |
| WETZEL | John | Louis | Los Angeles Superior Court | LC018140 | 01/19/93 | |
| WHEELER | John | Frederick | Kern Superior Court | S1500CV264196 | 03/30/09 | |
| WHEELER | Lorenzo | | Los Angeles Superior Court | LC100357 | 04/17/14 | |
| WHITAKER | Fred | A. | Alameda Superior Court | 6873200 | 11/22/91 | |
| WHITAKER | Fred | A. | Court of Appeal, 1st Dist, Div 4 | A057347 | 05/06/92 | |
| WHITE | Arin | | Butte Superior Court | FL041159 | 01/26/12 | |
| WHITE | Arin | | Butte Superior Court | FL040850 | 01/26/12 | |
| WHITE | Arin | | Butte Superior Court | FL041076 | 01/26/12 | |
| WHITE | Arin | | Butte Superior Court | FL039776 | 01/26/12 | |

# Exhibit B

**PACER Maintenance, 11/13/2022**
Our systems will undergo maintenance on Sunday, November 13, 2022, from 5:00 a.m. to 4:00 p.m. ET. Access to certain portions of this site may be temporarily unavailable.

An official website of the United States government. Here's how you know.    Log in to PACER Systems



Party Search Results

**Search Criteria:** Party Search; Last Name: [Wescott]; First Name: [Carl]
**Result Count:** 60 (2 pages)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Wescott, Carl | 0:1998cr10153 | Rich, et al v. West Communication, et al | U.S. Court Of Appeals, Fifth Circuit | 02/10/1998 | 07/09/1998 |
| Wescott, Carl (pla) | 3:2020cv06456 | Wescott v. Crowe et al | California Northern District Court | 09/16/2020 | |
| Wescott, Carl (pla) | 3:2021cv00319 | Wescott v. Martin et al | Florida Middle District Court | 03/22/2021 | 07/16/2021 |
| Wescott, Carl &quot;Kalle&quot; (pla) | 3:2017cv07371 | Wescott v. Bushnell et al | California Northern District Court | 12/29/2017 | 05/14/2018 |
| Wescott, Carl A (pla) | 1:2021cv00040 | Wescott v. Global Accelerator Network, LLC et al | Colorado District Court | 01/07/2021 | 06/17/2021 |
| Wescott, Carl A (pla) | 3:2019cv05898 | Wescott v. Upshaw et al | Washington Western District Court | 09/24/2019 | 01/08/2020 |
| Wescott, Carl A (pla) | 3:2020cv05442 | Wescott v. Upshaw et al | Washington Western District Court | 05/11/2020 | 09/14/2020 |
| Wescott, Carl A. (pla) | 2:2022cv01615 | Carl A. Wescott v. Jessica Jackley et al | California Central District Court | 03/09/2022 | 10/04/2022 |
| Wescott, Carl A. (pla) | 2:2022cv08029 | Carl A. Wescott v. Mr. Jay Caplan et al | California Central District Court | 11/02/2022 | |
| Wescott, Carl A. (pla) | 2:2021cv09975 | Carl A. Wescott v. Alex Kaay et al | California Central District Court | 12/27/2021 | |
| Wescott, Carl A. (pla) | 2:2022cv00677 | Carl A. Wescott v. Kathy Fettke et al | California Central District Court | 01/28/2022 | 03/08/2022 |
| Wescott, Carl A. (dft) | 2:2012cv00734 | ATAIN Specialty Insurance Co. v. River Heights Condos, et al., | California Eastern District Court | 03/22/2012 | 03/22/2013 |
| Wescott, Carl A. (pla) | 2:2022cv00179 | (PS) Wescott v. Yee | California Eastern District Court | 01/27/2022 | 05/03/2022 |
| Wescott, Carl A. (dft) | 3:2012ap03086 | Hoskins and Pook Snook Dook Limited Partnership | California Northern Bankruptcy Court | 05/21/2012 | 07/10/2015 |
| Wescott, Carl A. (pla) | 4:2019cv02084 | Wescott v. Smith et al | California Northern District Court | 04/17/2019 | 06/26/2019 |
| Wescott, Carl A. (pla) | 3:2021cv09200 | Wescott v. SparkLabs IoT Accelerator Fund, L.P. et al | California Northern District Court | 11/29/2021 | 09/21/2022 |
| Wescott, Carl A. (pla) | 3:2021cv10011 | Wescott v. Daniel et al | California Northern District Court | 12/28/2021 | 07/06/2022 |
| Wescott, Carl A. (pla) | 3:2022cv00067 | Wescott v. Beresford Corporation et al | California Northern District Court | 01/05/2022 | 04/20/2022 |
| Wescott, Carl A. (pla) | 3:2022cv00070 | Wescott v. Matusow et al | California Northern District Court | 01/05/2022 | |
| Wescott, Carl A. (pla) | 3:2022cv00543 | Wescott v. Block | California Northern District Court | 01/27/2022 | |
| Wescott, Carl A. (pla) | 3:2022cv02682 | Wescott v. Yee | California Northern District Court | 05/04/2022 | 08/01/2022 |
| Wescott, Carl A. (pla) | 3:2022cv04288 | Wescott v. Weaver et al | California Northern District Court | 07/25/2022 | |
| Wescott, Carl A. (pla) | 4:2022cv04651 | Wescott v. Dunn et al | California Northern District Court | 08/05/2022 | |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Wescott, Carl A. (pla) | 1:2021cv00462 | Wescott v. SparkLabs IoT Accelerator Fund, L.P. et al | Delaware District Court | 03/29/2021 | 11/09/2021 |
| Wescott, Carl A. (pla) | 1:2022cv01435 | Wescott v. Summerbio, LLC et al | Delaware District Court | 10/31/2022 | |
| Wescott, Carl A. (pla) | 3:2021cv00318 | Wescott v. Simonetta | Florida Middle District Court | 03/22/2021 | 08/11/2021 |
| Wescott, Carl A. (pla) | 1:2022cv00399 | Wescott v. First American Financial Corporation et al | Illinois Northern District Court | 01/24/2022 | |
| Wescott, Carl A. (pla) | 1:2022cv00442 | Wescott v. United Airlines et al | Illinois Northern District Court | 01/21/2022 | |
| Wescott, Carl A. (pla) | 1:2022cv00714 | Wescott v. Block et al | Illinois Northern District Court | 02/08/2022 | |
| Wescott, Carl A. (pla) | 1:2022cv04170 | Wescott v. Block et al | Illinois Northern District Court | 08/03/2022 | |
| Wescott, Carl A. (pla) | 1:2022cv00785 | Wescott v. Russ et al | Texas Western District Court | 08/04/2022 | |
| Wescott, Carl Alexander (db) | 3:2011bk34426 | Carl Alexander Wescott | California Northern Bankruptcy Court | 12/13/2011 | 01/17/2012 |
| Wescott, Carl Alexander (db) | 3:2012bk30143 | Carl Alexander Wescott and Monette Rosemarie Stephens | California Northern Bankruptcy Court | 01/17/2012 | 07/15/2016 |
| Wescott, Carl Alexander (dft) | 3:2012ap03057 | Fiechter and Wescott | California Northern Bankruptcy Court | 04/20/2012 | 05/22/2013 |
| Wescott, Carl Alexander (dft) | 3:2012ap03058 | Kirk and Wescott | California Northern Bankruptcy Court | 04/20/2012 | 05/22/2013 |
| Wescott, Carl Alexander (dft) | 3:2012ap03062 | Quality Housing Solutions, LLC and Wescott | California Northern Bankruptcy Court | 04/23/2012 | 07/19/2012 |
| Wescott, Carl Alexander (dft) | 3:2012ap03148 | Hoskins and Wescott | California Northern Bankruptcy Court | 10/15/2012 | 01/13/2015 |
| Wescott, Carl Alexander (db) | 1:2016bk10905 | Carl Alexander Wescott | California Northern Bankruptcy Court | 10/24/2016 | 11/30/2016 |
| Wescott, Carl Alexander (db) | 1:2016bk10975 | Carl Alexander Wescott | California Northern Bankruptcy Court | 11/14/2016 | 09/05/2019 |
| Wescott, Carl Alexander (dft) | 3:2017ap03015 | S.C. Anderson, Inc and Wescott | California Northern Bankruptcy Court | 02/13/2017 | 02/07/2019 |
| Wescott, Carl Alexander (pla) | 3:2017ap03034 | Wescott and Arnovick | California Northern Bankruptcy Court | 05/26/2017 | 09/29/2017 |
| Wescott, Carl Alexander (pla) | 3:2017ap03038 | Wescott and City of San Francisco | California Northern Bankruptcy Court | 06/07/2017 | 04/09/2019 |
| Wescott, Carl Alexander (pla) | 3:2017ap03039 | Wescott and State of California | California Northern Bankruptcy Court | 06/07/2017 | 10/31/2017 |
| Wescott, Carl Alexander (pla) | 1:2017ap01024 | Wescott and Szucsko | California Northern Bankruptcy Court | 07/25/2017 | 10/30/2017 |
| Wescott, Carl Alexander (pla) | 3:2017ap03064 | Wescott and SC Anderson, Inc. | California Northern Bankruptcy Court | 09/29/2017 | 02/16/2018 |
| Wescott, Carl Alexander (dft) | 1:2018ap01031 | Fiechter and Wescott | California Northern Bankruptcy Court | 09/26/2018 | 01/31/2019 |
| Wescott, Carl Alexander (pla) | 3:2017cv05676 | Wescott v. SC Anderson, Inc. et al | California Northern District Court | 10/02/2017 | 11/06/2018 |
| Wescott, Carl Alexander (pla) | 3:2017cv05837 | Wescott v. Stephens et al | California Northern District Court | 10/11/2017 | 04/10/2018 |
| Wescott, Carl Alexander (pla) | 4:2017cv06271 | Wescott v. Reisner et al | California Northern District Court | 10/30/2017 | 08/16/2019 |
| Wescott, Carl Alexander (pla) | 4:2017cv07330 | Wescott v. Martin, et al | California Northern District Court | 12/27/2017 | 08/29/2018 |
| Wescott, Carl Alexander (pla) | 3:2018cv02829 | Wescott v. GILA, Inc dba Municipal Services Bureau et al | California Northern District Court | 05/14/2018 | 07/23/2018 |
| Wescott, Carl Alexander (pla) | 3:2018cv05009 | Wescott v. Stephens et al | California Northern District Court | 08/15/2018 | 10/29/2018 |
| Wescott, Carl Alexander (pla) | 4:2018cv05842 | Wescott v. Martin et al | California Northern District Court | 09/21/2018 | 11/08/2018 |
| Wescott, Carl Alexander (pla) | 4:2018cv07104 | Wescott v. Martin et al | California Northern District Court | 11/20/2018 | 03/20/2019 |

**PACER Service Center**     11/11/2022 13:58:25
**User**     rnweaver
**Client Code**     Fiechter
**Description**     All Court Types Party Search
                 All Courts; Name Wescott, Carl; All Courts; Page: 1

