1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   ALEX A. GRAFT, SB# 239647
2      E-Mail: Alex.Graft@lewisbrisbois.com
   45 Fremont Street, Suite 3000
3  San Francisco, California 94105
   Telephone: 415.362.2580
4  Facsimile:  415.434.0882

5  Attorneys for Defendant
   ROBERT N. WEAVER, ESQ.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL A. WESCOTT, | Case No. CV22-4288-AGT |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| FREDERICK C. FIECHTER, IV; DAVID M. ZEFF, ESQ.; ROBERT N. WEAVER, ESQ. + DOES 1 through 25, | Date: December 16, 2022<br>Time: 10:00 a.m.<br>Courtroom: A - 15th Floor<br>Magistrate Judge Alex G. Tse |
| Defendants. | |

**FEDERAL COURT PROOF OF SERVICE**
*Wescott v. Weaver, et al.*
USDC, Northern District, Case No. CV22-4288-AGT

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 45 Fremont Street, Suite 3000, San Francisco, CA 94105. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On November 16, 2022, I served the following document(s):

**DEFENDANT ROBERT N. WEAVER, ESQ.'S NOTICE OF SPECIAL MOTION AND SPECIAL MOTION TO STRIKE (ANTI-SLAPP) PLAINTIFF'S COMPLAINT PURSUANT TO CAL. CODE OF CIVIL PROCEDURE § 425.16;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT ROBERT N. WEAVER'S SPECIAL MOTION TO STRIKE (ANTI-SLAPP) PLAINTIFF'S COMPLAINT PURSUANT TO CAL. CODE OF CIVIL PROCEDURE § 425.16;**

**DECLARATION OF ROBERT N. WEAVER, ESQ. IN SUPPORT OF DEFENDANT ROBERT N. WEAVER, ESQ.'S SPECIAL MOTION TO STRIKE (ANTI-SLAPP) PLAINTIFF'S COMPLAINT PURSUANT TO CAL. CODE OF CIVIL PROCEDURE § 425.16; and**

**DECLARATION OF ALEX A. GRAFT IN SUPPORT OF SPECIAL MOTION TO STRIKE (ANTI-SLAPP) PLAINTIFF'S COMPLAINT PURSUANT TO CAL. CODE OF CIVIL PROCEDURE § 425.16.**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**Plaintiff in Propria Persona**
Carl A. Wescott
8210 E. Via de la Escuela
Scottsdale, AZ 85258
Cell:   936-937-2688
Email: carlwsoi@gmail.com

The documents were served by the following means:

☒   (BY U.S. MAIL)  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on November 16, 2022, at San Francisco, California.

*/s/ Nancy Lew-Pham*
Nancy Lew-Pham