

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
cand.uscourts.gov

November 29, 2022

Alexander A. Graft
45 Fremont Street
San Francisco, CA 94105-2256

Re:   Carl A. Wescott v. Weaver, et al.
Case Number: 22-cv-04288-AGT

Dear Mr. Graft:

At filing, this matter was randomly assigned to United States Magistrate Judge Alex G. Tse for all purposes including trial. A hearing has been scheduled for December 16, 2022 at 10:00 AM. Pursuant to 28 U.S.C. section 636, the magistrate judge cannot decide this motion unless all parties consent to proceed before Judge Alex G. Tse.

A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case by Defendant Robert Weaver. All defendants are requested to complete the attached form documenting either consent or request for reassignment and file it with the Court by December 7, 2022. Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. This form can be found on the Court's website at www.cand.uscourts.gov/civilforms.

Mark B. Busby

Clerk of Court, United States District Court

Stephen Ybarra, Deputy Clerk to the
Honorable ALEX G. TSE

REV. 9-19

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CARL A. WESCOTT, | Case No. 22-cv-04288-AGT |
|---|---|
| Plaintiffs, | |
| v. | **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |
| ROBERT N. WEAVER, et al., | |
| Defendants. | |

**INSTRUCTIONS**: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( )   **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily consent to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.  I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

OR

( )   **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I decline to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:                                                                NAME: _____

                                                                             COUNSEL FOR (OR "PRO SE"):

                                                                             _____

                                                                             _____
                                                                             Signature

*REV. 9-19*