RECEIVED
NOV 29 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Friday, November 25th, 2022

Clerk of the Court
United States District Court
District of California – Northern District
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: *Wescott versus Weaver, et al.,* **22-cv-04288-AGT**

Dear Clerk of the Court:

Here is the USM-285 for Mr. Frederick C. Fiechter, IV, thanks.

If I've left anything out or made any mistakes, would you kindly call me so I can send in whatever's missing?... or send me an email? My cell phone is +1 936 937 2688, and email below.

Thank you for your kind assistance, as always.

RESPECTFULLY SUBMITTED   on November 25th, 2022

*Carl A. Wescott*   /s/ C4 Wescott

Carl A. Wescott, Plaintiff *pro se*
8210 E. Via de la Escuela
Scottsdale, AZ 85258
+1 936 937 2688
carlwsoj@gmail.com

| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carl A. Wescott | 1:22-cv-~~~~ 04288- AGT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Frederick C. Fiechter, IV | service of process (legal complaint) |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Frederick C. Fiechter, IV

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
96 Avenue del Norte, San Anselmo, CA 94960

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Carl A. Wescott, 8210 E. via de la Escuela, Scottsdale, AZ 85258

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | ~~cv~~ 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Mr. Fiechter's cell phone number is +1 415 260 1576

Signature of Attorney other Originator requesting service on behalf of: *pro se plaintiff* /s/ CA Wescott

[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: +1 936 937 2688
DATE: 10/10/2022

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | [ ] am [ ] pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

Form USM-285
Rev. 03/21

579316X136X132XRI
Carl Wescott
8210 e via de la escuela
scottsdale, AZ 85258

Sent using
**Docsmit**
www.docsmit.com

First Class
Accepted:
11/25/22, 9:49 AM (EST-05:00)

1************************SNGLP 480

Clerk of the Court, United States Distri
District of California Northern Distric
450 Golden Gate Ave FL 16
San Francisco, CA 94102-3426

**Document Information:**

2 pages in the enclosed document

2 single sided sheets of paper

*This page was added by Docsmit and is not part of the document from the sender, which starts on the next page.*




**RECEIVED**

NOV 29 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA