UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT,<br><br>       Plaintiff(s),<br><br>    v.<br><br>FREDERICK C. FIECHTER, IV, et al.<br><br>       Defendant(s). | Case No. 3:22-cv-04288-AGT<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **CONSENT to Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

    **OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: December 1, 2022　　　　　NAME: Alex A. Graft

　　　　　　　　　　　　　　　　　　/s/ Alex A. Graft
　　　　　　　　　　　　　　　　　　*Signature*

COUNSEL FOR
(OR "PRO SE"): Defendant ROBERT N. WEAVER

4874-3130-3231.1



**FEDERAL COURT PROOF OF SERVICE**
*Wescott v. Weaver, et al.*
USDC, Northern District, Case No. 3:22-cv-04288-AGT

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 45 Fremont Street, Suite 3000, San Francisco, CA 94105. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On December 1, 2022, I served the following document(s): **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**.

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**Plaintiff in Propria Persona**
Carl A. Wescott
8210 E. Via de la Escuela
Scottsdale, AZ 85258
Cell:    936-937-2688
Email: carlwsoj@gmail.com

The documents were served by the following means:

☒   (BY U.S. MAIL)  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on December 1, 2022, at San Francisco, California.

_____
Nancy Lew-Pham

4882-3259-8337.1