UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL A. WESCOTT,

          Plaintiff,

    v.

ROBERT N. WEAVER, et al.,

          Defendants.

Case No.  22-cv-04288-AGT

**REASSIGNMENT ORDER**

Two defendants, Frederick Fiechter and David Zeff, haven't been served and haven't con-sented to magistrate jurisdiction. Without the consent of all parties, the undersigned cannot resolve the third defendant's, Robert Weaver's, pending motion to strike plaintiff's entire complaint. *See* Dkt. 13; *Branch v. Umphenour*, 936 F.3d 994, 1005 (9th Cir. 2019) ("[A]ll defendants, even un-served defendants, must consent before a magistrate judge can issue dispositive orders, such as an order dismissing a claim."). The Clerk of the Court is directed to reassign this case to a district judge for further proceedings. The hearing on Weaver's motion to strike is vacated but may be rescheduled by the newly assigned district judge.

    **IT IS SO ORDERED.**

Dated: December 1, 2022

Alex G. Tse
United States Magistrate Judge