CARL A. WESCOTT
8210 E. VIA DE LA ESCUELA
SCOTTSDALE AZ 85258
*in propria persona*
CARLWSOJ@GMAIL.COM
+1 936 937 2688

FILED
DEC 01 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

NORTHERN DISTRICT

CARL A. WESCOTT,

    Plaintiff,

vs.

FREDERICK C. FIECHTER, IV;
DAVID M. ZEFF, ESQ.;
ROBERT N. WEAVER, ESQ.

Civil Action No.

**PLAINTIFF'S RESPONSE TO THE COURT ORDER RE SERVICE OF PROCESS**

Plaintiff Carl Wescott, proceeding *pro se*, hereby responds to the Court's November 1st, 2022 order to provide "the information necessary to identify the defendant[s]" *Sandin v. Conner*, 515 U.S. 472, 483-484 (1995).

The Plaintiff has provided a USM-285 for Mr. Fiechter, and a corrected USM-285 with Defendant Mr. Zeff's home address. The Plaintiff apologizes as he cannot file electronically, and only became aware of the Court's order two days ago. Those USM-285s were served by mail.

The Plaintiff has information regarding Defendant Weaver, but Defendant Weaver, now represented in this matter, has appeared and has filed a Special Anti-SLAPP motion seeking to dismiss the Plaintiff's case. RESPECTFULLY SUBMITTED.

*/s/ Carl A. Wescott*
CARL A. WESCOTT, *pro se*

Friday, November 25th, 2022

Clerk of the Court
United States District Court
District of California – Northern District
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: Wescott versus Weaver, Zeff et al., **22-cv-04288-AGT**

Dear Clerk of the Court:

Please file/docket this Plaintiff's Response to the Court's Order re Service of Process in 22-cv-04288-AGT.

Thank you for your kind assistance, as always.

RESPECTFULLY SUBMITTED   on November 25th, 2022

/s  *Carl A. Wescott*  <signed>
Carl A. Wescott, Plaintiff pro se
8210 E. Via de la Escuela
Scottsdale, AZ 85258
+1 936 937 2688
carlwsoj@gmail.com

579465X262X243XPRI
Carl Wescott
8210 e via de la escuela
scottsdale, AZ 85258

**Sent using Docsmit**
www.docsmit.com

First Class
Accepted:
11/27/22, 1:11 AM (EST-05:00)

1************************SNGLP 480

Clerk of the Court, United States Distri
District of California Northern Distric
450 Golden Gate Ave FL 16
San Francisco, CA 94102-3426

## Document Information:
2 pages in the enclosed document
2 single sided sheets of paper

*This page was added by Docsmit and is not part of the document from the sender, which starts on the next page.*