FILED

DEC 05 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CARL A. WESCOTT
8210 E. VIA DE LA ESCUELA
SCOTTSDALE AZ 85258
*in propria persona*
CARLWSOJ@GMAIL.COM
+1 936 937 2688

# UNITED STATES DISTRICT COURT
## DISTRICT OF CALIFORNIA
## NORTHERN DISTRICT

| | |
|---|---|
| CARL A. WESCOTT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT N. WEAVER, ESQ.,<br>*et al.*<br><br>　　　　　Defendants. | Civil Action No. **22-cv-04288-AGT**<br><br>**PLAINTIFF'S DISMISSAL OF MR. WEAVER WITHOUT PREJUDICE** |

Plaintiff Carl Wescott, proceeding *pro se*, hereby dismisses Defendant Mr. Robert N. Weaver, esq. without prejudice.

RESPECTFULLY SUBMITTED on November 29th, 2022

　　　　　　　　　　　　　　　　　　　　　　　　CARL A. WESCOTT, *pro se*

580025X2746X2425XPRI
Carl Wescott
8210 e via de la escuela
scottsdale, AZ 85258

First Class
Accepted:
11/29/22, 11:58 AM (EST-05:00)

Sent using Docsmit
www.docsmit.com

9**************AUTO**MIXED AADC 480

Clerk of the Court, United States Distri
District of California Northern Distric
450 Golden Gate Ave FL 16
San Francisco, CA 94102-3426

## Document Information:

1 page in the enclosed document

1 single sided sheet of paper

*This page was added by Docsmit and is not part of the document from the sender, which starts on the next page.*



Presorted
First-Class Mail
U.S. Postage Paid
C2M LLC
22202

RECEIVED

DEC 0 5 2022

ERK, U.S. DISTRICT COURT
TH DISTRICT OF CALIFORNIA