1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
ALEX A. GRAFT, SB# 239647
2   E-Mail: Alex.Graft@lewisbrisbois.com
45 Fremont Street, Suite 3000
3 San Francisco, California 94105
Telephone: 415.362.2580
4 Facsimile:  415.434.0882

5 Attorneys for Defendant
ROBERT N. WEAVER, ESQ.

6

7

8              UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| | |
|---|---|
| 11 CARL A. WESCOTT,<br><br>12             Plaintiff,<br><br>13     vs.<br><br>14 FREDERICK C. FIECHTER, IV;<br>DAVID M. ZEFF, ESQ.;<br>15 ROBERT N. WEAVER, ESQ. + DOES 1<br>through 25,<br>16<br>             Defendants.<br>17 | Case No. CV22-4288-VC<br><br>**DEFENDANT ROBERT N. WEAVER, ESQ.'S NOTICE OF MOTION AND MOTION FOR MANDATORY ATTORNEY'S FEES PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16 IN AMOUNT NO LESS THAN $15,750**<br><br>Date:      January 19, 2023<br>Time:      10:00 a.m.<br>Courtroom: 4, 17th Floor |

18 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

19         **PLEASE TAKE NOTICE** that on January 19, 2023, at 10:00 a.m., or as soon thereafter

20 as the matter can be heard in Courtroom 4, 17th Floor of the above-entitled courthouse, located at

21 United States District Court, Northern District of California, 450 Golden Gate Avenue, San

22 Francisco, CA 94102, Defendant ROBERT N. WEAVER, ESQ.("Attorney Weaver") will, and

23 hereby does, move the Court for an award of mandatory attorney's fees pursuant to Cal. Code of

24 Civil Procedure section 425.16(c) against Plaintiff CARL A. WESCOTT ("Plaintiff") in the

25 amount of $15,750, or such other amount as the Court deems reasonable, as prevailing party,

26 pursuant to Code of Civil Procedure section 425.16, subdivision (c).

27         This motion is based upon this Notice of Motion, the accompanying Memorandum of

28 Points and Authorities, the accompanying Declaration of Alex A. Graft, and on all pleadings and



1 | papers on file in this action.

3 | DATED: December 14, 2022        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:      /s/ Alex A. Graft
ALEX A. GRAFT
Attorneys for Defendant
ROBERT N. WEAVER, ESQ.

