**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ALEX A. GRAFT, SB# 239647
  E-Mail: Alex.Graft@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Defendant
ROBERT N. WEAVER, ESQ.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL A. WESCOTT,<br><br>              Plaintiff,<br><br>        vs.<br><br>FREDERICK C. FIECHTER, IV;<br>DAVID M. ZEFF, ESQ.;<br>ROBERT N. WEAVER, ESQ. + DOES 1<br>through 25,<br><br>              Defendants. | Case No. CV22-4288-VC<br><br>**DEFENDANT ROBERT N. WEAVER, ESQ.'S NOTICE OF MOTION AND MOTION FOR MANDATORY ATTORNEY'S FEES PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16 IN AMOUNT NO LESS THAN $15,750**<br><br>Date:        January 19, 2023<br>Time:        10:00 a.m.<br>Courtroom:  4, 17th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

        **PLEASE TAKE NOTICE** that on January 19, 2023, at 10:00 a.m., or as soon thereafter as the matter can be heard in Courtroom 4, 17th Floor of the above-entitled courthouse, located at United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, Defendant ROBERT N. WEAVER, ESQ.("Attorney Weaver") will, and hereby does, move the Court for an award of mandatory attorney's fees pursuant to Cal. Code of Civil Procedure section 425.16(c) against Plaintiff CARL A. WESCOTT ("Plaintiff") in the amount of $15,750, or such other amount as the Court deems reasonable, as prevailing party, pursuant to Code of Civil Procedure section 425.16, subdivision (c).

        This motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Alex A. Graft, and on all pleadings and

DEFENDANT ROBERT N. WEAVE, ESQ.'S NOTICE OF MOTION AND MOTION FOR MANDATORY
ATTORNEY'S FEES

1  papers on file in this action.

2

3  DATED:  December 14, 2022          LEWIS BRISBOIS BISGAARD & SMITH LLP

4

5                                          By:        /s/ Alex A. Graft

6                                               ALEX A. GRAFT
                                                Attorneys for Defendant
7                                               ROBERT N. WEAVER, ESQ.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT ROBERT N. WEAVE, ESQ.'S NOTICE OF MOTION AND MOTION FOR MANDATORY
ATTORNEY'S FEES