1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   ALEX A. GRAFT, SB# 239647
2     E-Mail: Alex.Graft@lewisbrisbois.com
   45 Fremont Street, Suite 3000
3  San Francisco, California 94105
   Telephone: 415.362.2580
4  Facsimile:  415.434.0882

5  Attorneys for Defendant
   ROBERT N. WEAVER, ESQ.

6

7

8                  UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 | CARL A. WESCOTT,                          | Case No. CV22-4288-VC
12 |         Plaintiff,                        | **[PROPOSED] ORDER GRANTING DEFENDANT ROBERT N. WEAVER, ESQ.'S MOTION FOR MANDATORY ATTORNEY'S FEES AND DESIGNATING HIM PREVAILING PARTY**
13 |    vs.                                    |
14 | FREDERICK C. FIECHTER, IV;                |
   | DAVID M. ZEFF, ESQ.;                      |
15 | ROBERT N. WEAVER, ESQ. + DOES 1 through 25, | Date:     January 19, 2023
16 |                                           | Time:     10:00 a.m.
   |         Defendants.                       | Courtroom: 4, 17th Floor
17

18       Defendant ROBERT N. WEAVER ("Attorney Weaver")'s Motion for Mandatory

19 Attorney's Fees came on for hearing on January 19, 2023, at 10:00 a.m., in Courtroom 4, 17th

20 Floor of the United States District Court, Northern District of California, located at 450 Golden

21 Gate Avenue, San Francisco, CA 94102, the Honorable Vince Chhabria presiding.  All

22 appearances are as noted in the record.

23       After full consideration of the evidence and full briefing on the Motion and all supporting

24 documents, together with all papers and records on file herein, and good cause appearing therefor,

25 the Court finds that Attorney Weaver is the prevailing party on his special motion to strike

26 pursuant to Code of Civil Procedure §425.16.  Having found that Attorney Weaver is the

27 prevailing party on his anti-SLAPP motion, Attorney Weaver is entitled to recovery of his fees

28 incurred in connection with his successful special motion to strike pursuant to Code of Civil

1  Procedure §425.16(c).  The Court further finds that the fees and costs submitted to the Court are
2  reasonable.
3      IT IS HEREBY ORDERED that Attorney Weaver's Motion for Mandatory Attorney's
4  Fees and Costs is GRANTED.  Attorney Weaver shall be entitled as prevailing party in this action
5  to recovery of his reasonable attorney's fees against Plaintiff CARL A. WESCOTT in the
6  aggregate amount of $15,750, and shall be deemed prevailing party as against Plaintiff's
7  Complaint.

       Dated: _____          _____
                                          Hon. Vince Chhabria

