**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ALEX A. GRAFT, SB# 239647
  E-Mail: Alex.Graft@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Defendant
ROBERT N. WEAVER, ESQ.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL A. WESCOTT, | Case No. CV22-4288-VC |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | Date: January 19, 2023 |
| FREDERICK C. FIECHTER, IV; DAVID M. ZEFF, ESQ.; ROBERT N. WEAVER, ESQ. + DOES 1 through 25, | Time: 10:00 a.m.<br>Courtroom: 4, 17th Floor |
| Defendants. | |

**FEDERAL COURT PROOF OF SERVICE**
*Wescott v. Weaver, et al.*
USDC, Northern District, Case No. CV22-4288-VC

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 45 Fremont Street, Suite 3000, San Francisco, CA 94105. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On December 14, 2022, I served the following document(s):

**DEFENDANT ROBERT N. WEAVER, ESQ.'S NOTICE OF MOTION AND MOTION FOR MANDATORY ATTORNEY'S FEES PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16 IN AMOUNT NO LESS THAN $15,750;**

**DEFENDANT ROBERT N. WEAVER, ESQ.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DEEM HIM PREVAILING PARTY AND FOR MANDATORY ATTORNEY'S FEES OF NO LESS THAN $15,750 UNDER CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16;**

**DECLARATION OF ALEX A. GRAFT IN SUPPORT OF MOTION FOR MANDATORY ATTORNEY'S FEES; and**

**[PROPOSED] ORDER GRANTING DEFENDANT ROBERT N. WEAVER, ESQ.'S MOTION FOR MANDATORY ATTORNEY'S FEES AND DESIGNATING HIM PREVAILING PARTY.**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**Plaintiff in Propria Persona**
Carl A. Wescott
8210 E. Via de la Escuela
Scottsdale, AZ 85258
Cell:   936-937-2688
Email: carlwsoj@gmail.com

The documents were served by the following means:

☒   (BY U.S. MAIL)  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on December 14, 2022, at San Francisco, California.

*/s/ Nancy Lew-Pham*
Nancy Lew-Pham