DAVID M. ZEFF
9 Pixley Ave. No. 95
Corte Madera, CA 94925
Tel: 415 726 0000
Fax: 415 923 1382
Email: dmz@zefflaw.com
In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL A. WESCOTT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FREDERICK C. FIECHTER, IV;<br>DAVID M. ZEFF, ESQ.;<br>ROBERT N. WEAVER, ESQ. + DOES 1 through 25,<br><br>　　　　Defendants. | Case No. CV22-4288-VC<br><br>**DECLARATION OF DAVID M. ZEFF, ESQ., IN SUPPORT OF HIS NOTICE OF SPECIAL MOTION AND SPECIAL MOTION TO STRIKE (ANTI-SLAPP) PLAINTIFF'S COMPLAINT PURSUANT TO CAL. CODE OF CIVIL PROCEDURE § 425.16**<br><br>Date:  February 23, 2023<br>Time:  10:00 a.m.<br>Courtroom 4 – 17th Floor<br>Judge Vince Chhabria |

**DECLARATION OF DAVID M. ZEFF, ESQ.**

I, DAVID M. ZEFF, ESQ., declare as follows:

1.　　I am a party in the above-entitled action.

2.　　I have personal knowledge of the facts set forth herein, and if called as a witness to testify thereto, I could competently and truthfully do so.

3.　　I previously represented Defendant FREDERICK C. FIECHTER, IV ("Mr. Fiechter"), a creditor of Plaintiff CARL A. WESCOTT ("Wescott"). Said representation commenced as a joint representation of Mr. Fiechter with Guy Kornblum & Associates in connection with Mr. Fiechter's sale of a home in Nevada to Wescott and a Promissory Note and Deed of Trust given by Wescott to Mr. Fiechter. Early on it was determined that the Nevada

1  action should be pursued by a Nevada law firm and both my and Mr. Kornblum's office had no
2  role in that case until a judgment was obtained against Wescott in Nevada by the Nevada Law
3  Firm.  The original San Francisco action on the Promissory Note and Deed of Trust, Fiechter v.
4  Wescott, SF Action No. CGC-10-496091,  was commenced by the Kornblum Office and my
5  office jointly.  Early on Wescott commenced filing baseless and fraudulent bankruptcy
6  proceedings to halt the Nevada and San Francisco cases against him.  It was then determined that
7  the San Francisco complaint needed to be amended to include claims for fraud, based upon the
8  facts about Wescott's false representations in the transactions as disclosed in his multiple
9  bankruptcy proceedings.  Thus, a Third Amended Complaint was filed in the San Francisco action
10 alleging fraud among other facts.  By this time a judgment had been obtained against Wescott by
11 the Nevada firm and on September 6, 2011, the Kornblum firm and I obtained entry of a
12 California judgment on the Nevada sister state judgment in SF Action No. CPF-11-511547. A true
13 copy of the sister state judgment entered in California is attached hereto as **Exhibit 1**.

14       4.       Once Wescott's multiple fraudulent bankruptcy filings had been dismissed with
15 prejudice, it is my best recollection that the Kornblum office withdrew as counsel in both the
16 original San Francisco action and the Sister State action sometime around 2013, and from that
17 point on I solely represented Mr. Fiechter in the prosecution of the original San Francisco action
18 and in efforts to enforce the Nevada sister state judgment in California.

19       5.       In June of 2013, Wescott's counsel in the original SF Action withdrew as his
20 counsel and gave Wescott's contact information as "Carl Wescott-San Pedro Sula, Honduras and
21 c@carlwescott.com."  A true copy of the Order Granting that withdrawal entered on June 18, 2013
22 in the San Francisco action is attached hereto as **Exhibit 2** (and is also Exhibit G to the Graft
23 Declaration filed herein on 11/16/22).  That Order also specified that the next hearing in the case
24 was set in September 2013.  The September hearing was continued by court order to late
25 November 2013, and notice was sent by the Court to Wescott at both the provided address in
26 Honduras and to his former attorney, but not to Wescott's email address.  (Please see Exh. H to
27 Graft Decl.)  The Court repeatedly continued the case management conference through February
28 2015, until it set the case for trial on June 29, 2015.  (Please see Exhs. I and J to Graft Decl.)

6. In March 2015, I filed a request for entry of default, which was mailed to San Pedro Sula, Honduras, and to a San Francisco, California P.O. Box (Please see Exhs. I and J to Graft Decl.). The San Francisco P.O. Box information had been obtained by me in my research into other cases in which Wescott was a party, including his marriage dissolution, for the specific purpose of getting notice to him and negating any false accusation he would ultimately make that he had not been properly served. The clerk entered the default on March 20, 2015, and a default "prove up" hearing was scheduled. (Please see Exh. J to Graft Decl.).

7. Wescott did not appear for the "prove up" hearing and, after its finding of facts to support the judgment, the Court entered a Fraud Judgment of approximately $1.5 million against Wescott, a true copy of which is attached hereto as **Exhibit 3** (and is also Exh. K to Graft Decl.). The Notice of Entry of Judgment was served on Wescott at the Honduras address, a San Francisco P.O. Box, and via an email address supplied by Wescott on contemporaneously filed federal court records which I found in an effort to make sure he was served. (Exh. K to Graft Decl.) Wescott clearly was aware of the entry of the judgment, as he filed a motion to vacate the judgment pursuant to Code of Civil Procedure § 473, on November 12, 2019, which was denied in a minute order entered December 3, 2019. (Please see Exhs. I, L and M to Graft Decl.).

8. Upon entry of both Judgments, I commenced discovery in aid of collection and other collection efforts, including sending subpoenas and levies to PayPal and banks we thought Wescott may bank with. In my representation of Mr. Fiechter, I attempted to locate and identify the assets of Mr. Wescott from which we could collect on the judgments against Wescott.

9. Based information and documents I obtained in discovery in aid of judgment, I concluded that the information being provided to me informally by Mr. Wescott about his lack of assets was false, and that the information Mr. Wescott provided in various In Forma Pauperis applications filed in the California Superior Court and in other courts was perjured. As a result of this information and the documents I obtained in third party discovery, I filed a Motion for Assignment and Charging Orders in the California court to levy against Wescott in furtherance of collecting the judgments. In support of that motion, I filed a Declaration in support of that Motion in Case No. CGC-10-496091, a true and correct copy of which is attached as **Exhibit 4**.

Paragraphs 4 through 14 of that Declaration, and the Exhibits cited therein and attached thereto show the income we found Wescott to be hiding via PayPal transfers, and the facts upon which I concluded that Wescott was filing perjured in forma pauperis applications with many courts. This Court should make an independent in-depth inquiry into exactly what Wescott's real finances are, and whether or not his in forma pauperis applications in this court were, in fact, perjured.

10. Wescott has been declared a vexatious litigant by the San Francisco Superior Court pursuant to the Section 391 of the California Code of Civil Procedure for abuse of process and harassing litigation. Attached to the Weaver Declaration filed in this action on 11/16/22 as Exhibit A is a copy of a current vexatious litigant list maintained by the office of the judicial council, which he retrieved at that time. I have been aware of this list for years and Weaver's exhibit is accurate.

11. Wescott has filed no less than twenty-five cases in federal and state courts throughout the country since January 2021. Attached to the Weaver Declaration filed in this action on 11/16/22 as Exhibit B is a true and correct copy of a list of actions filed by Wescott, which Weaver obtained using PACER. I have also been monitoring these multiple actions on PACER for year and know the list attached to Weaver's Declaration to be accurate.

12. I have never advised Mr. Fiechter to include a "false" allegation in a complaint against Wescott. As alleged in the complaint for Fraud and Breach of Contract I helped prepare and file in the San Francisco Superior Court action, and upon which a judgment of Fraud was entered, my investigation of the transactions between Wescott and Mr. Fiechter revealed that Wescott had acted fraudulently and the Court found that to be true in the Judgment it entered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 18th day of January, 2023, at Corte Madera, California.

_____
David M. Zeff, Esq.