EXHIBIT 1

EXHIBIT 1

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address and telephone #)*:
Dan G. Berris
Guy Kornblum & Associates    (415) 440-7800
1388 Sutter Street, Suite 820
San Francisco, CA 94109
STATE BAR NO: 269479
ATTORNEY FOR *(Name)*: Frederick C. Fiechter
SUPERIOR COURT OF CALIFORNIA, COUNTY OF: San Francisco

**FOR COURT USE ONLY**

# F I L E D

Superior Court of California
County of San Francisco

SEP 0 6 2011

CLERK OF THE COURT
BY: _____ Deputy Clerk

PETITIONER/PLAINTIFF: Frederick C. Fiechter

RESPONDENT/DEFENDANT: Carl Wescott and Does 1-25

| | |
|---|---|
| **JUDGMENT PURSUANT TO**<br>**CODE OF CIVIL PROCEDURE SECTION 1710.25** | CASE NUMBER:<br>CPF-11-511547 |

Upon application of the Plaintiff to the Clerk of the Court for Judgment and pursuant to the provisions of Section 1710.25 of the Code of Civil Procedure.

JUDGMENT IS HEREBY ENTERED that Plaintiff(s)  Frederick C. Fiechter

Recover from the Defendant(s)  Carl Wescott

the following sum:

Amount Unpaid on Sister State Judgment        $  1,275,573

Accrued Interest on Sister State Judgment      $  29,075

Filing Fee for Entry of Sister State Judgment   $  410.00

TOTAL JUDGMENT ENTERED              $  1,305,058

CLERK OF THE COURT

Date: _____ SEP 0 6 2011 _____        By: _____
                                            DEPUTY
                                            ELLA YIP

JUDGMENT PURSUANT TO CCP § 1710.25

EJ-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

Dan G. Berris SBN (269479)    (415) 440-7800
                                (415) 440-7898

GUY KORNBLUM & ASSOCIATES
1388 Sutter Street, Suite 820
San Francisco, CA 94109

ATTORNEY FOR *(Name)*: Frederick C. Fiechter, Plaintiff

NAME OF COURT:
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco 94102
BRANCH NAME: Civil Superior

PLAINTIFF:    Frederick C. Fiechter

DEFENDANT:    Carl Wescott and Does 1-25

| NOTICE OF ENTRY OF JUDGMENT ON SISTER-STATE JUDGMENT | CASE NUMBER: CPF-11-511547 |
|---|---|

1.  TO JUDGMENT DEBTOR *(name)*: Carl Wescott

2.  YOU ARE NOTIFIED
    a.  Upon application of the judgment creditor, a judgment against you has been entered in this court as follows:
        (1)  Judgment creditor *(name)*: Frederick C. Fiechter

        (2)  Amount of judgment entered in this court: $    1,305,058

    b.  This judgment was entered based upon a sister-state judgment previously entered against you as follows:
        (1)  Sister state *(name)*: Nevada

        (2)  Sister-state court *(name and location)*: Douglas County District Court

        (3)  Judgment entered in sister state on *(date)*: August 5, 2011

        (4)  Title of case and case number *(specify)*: Fiechter v. Wescott, et al.  10-CV-0323

3.  | **A sister-state judgment has been entered against you in a California court. Unless you file a motion to vacate the judgment in this court within 30 DAYS after service of this notice, this judgment will be final.** |
    |---|
    | **This court may order that a writ of execution or other enforcement may issue. Your wages, money, and property could be taken without further warning from the court.** |
    | **If enforcement procedures have already been issued, the property levied on will not be distributed until 30 days after you are served with this notice.** |

CLERK OF THE COURT

Date: AUG 2 6 2011    Clerk, by _____ ELIAS BUTT, Deputy

A.T.

4.  [X]  NOTICE TO THE PERSON SERVED: You are served
        a.  [X]  as an individual judgment debtor.
        b.  [ ]  under the fictitious name of *(specify)*:

        c.  [ ]  on behalf of *(specify)*:

        Under:
        [ ]  CCP 416.10 (corporation)            [ ]  CCP 416.60 (minor)
        [ ]  CCP 416.20 (defunct corporation)    [ ]  CCP 416.70 (conservatee)
        [ ]  CCP 416.40 (association or partnership)  [ ]  CCP 416.90 (individual)
        [ ]  other:

        *(Proof of service on reverse)*

[SEAL] SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN FRANCISCO

Form Approved by the
Judicial Council of California
EJ-110 [Rev. July 1, 1983]
Optional Form

Martin Dean's
ESSENTIAL FORMS™

**NOTICE OF ENTRY OF JUDGMENT ON
SISTER-STATE JUDGMENT**

CCP 1710.30, 1710.40
1710.45

Fiechter v. Wescott, et al.

**PROOF OF SERVICE**

*(Use separate proof of service for each person served)*

1. I served the Notice of Entry of Judgment on Sister-State Judgment as follows:

   a. on judgment debtor *(name):*  Carl Wescott

   b. by serving ☐ judgment debtor  ☐ other *(name and title or relationship to person served):*

   c. ☐  by delivery ☐ at home  ☐ at business
      (1) date:
      (2) time:
      (3) address:

   d. ☐  by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*

   a. ☐  **Personal service.** By personally delivering copies. (CCP 415.10)

   b. ☐  **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP 415.20(a))

   c. ☐  **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP 415.20(b)) *(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)*

   d. ☐  **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP 415.30) *(Attach completed acknowledgment of receipt.)*

   e. ☐  **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP 415.40) *(Attach signed return receipt or other evidence of actual delivery to the person served.)*

   f. ☐  Other *(specify code section):*
      ☐ Additional page is attached.

3. The "Notice to the Person Served" was completed as follows:

   a. ☐  as an individual judgment debtor.

   b. ☐  as the person sued under the fictitious name of *(specify):*

   c. ☐  on behalf of *(specify):*
      under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)        ☐ other:
             ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (individual)

4. At the time of service I was at least 18 years of age and not a party to this action.

5. Fee for service: $

6. Person serving:

   a. ☐  California sheriff, marshal, or constable.

   b. ☐  Registered California process server.

   c. ☐  Employee or independent contractor of a registered California process server.

   d. ☐  Not a registered California process server.

   e. ☐  Exempt from registration under Bus. & Prof. Code § 22350(b).

   f. Name, address, telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
            *(SIGNATURE)*

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

▶ _____
            *(SIGNATURE)*

EJ-110 [Rev. July 1, 1983]



Frederick Fiechter