EXHIBIT 2

EXHIBIT 2

MC-053

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| JAMES ROBERTS, SBN 98804/SHARMI SHAH, SBN 233110<br>ROBERTS & ELLIOTT, LLP<br>150 Almaden Boulevard<br>Suite 950<br>San Jose, CA  95113<br>TELEPHONE NO.: (408) 275-9800    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): C. Wescott, M. Stephens, Pook Snook Dook LP | **FILED**<br>San Francisco County Superior Court<br>JUN 1 8 2013<br>CLERK OF THE COURT<br>BY: _____ Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street, Room 103
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

CASE NAME: Fiechter v. Carl Wescott, et. al.

| | |
|---|---|
| **ORDER GRANTING ATTORNEY'S<br>MOTION TO BE RELIEVED AS COUNSEL—CIVIL** | CASE NUMBER: CGC 10-496091<br>HEARING DATE: June 18, 2013<br>DEPT.: 302    TIME: 9:30 A.M.<br>BEFORE HON.: Maria J. Miller<br>DATE ACTION FILED: January 15, 2010<br>TRIAL DATE: Not Set |

1. The motion of (name of attorney): James Roberts, Sharmi Shah, Roberts & Elliott, LLP
to be relieved as counsel of record for (name of client): Carl Wescott and Pook Snook Dook, LP
a party to this action or proceeding, came on regularly for hearing at the date, time, and place indicated above.

2. The following persons were present at the hearing:

**FINDINGS**

3. Attorney has
   a. ☐ personally served the client with papers in support of this motion.
   b. ☑ served client by mail and submitted a declaration establishing that the service requirements of California Rules of Court, rule 3.1362, have been satisfied.

4. Attorney has shown sufficient reasons why the motion to be relieved as counsel should be granted and why the attorney has brought a motion under Code of Civil Procedure section 284(2) instead of filing a consent under section 284(1).

**ORDER**

5. Attorney is relieved as counsel of record for client
   a. ☑ effective upon the filing of the proof of service of this signed order upon the client.
   b. ☐ effective on (specify date):

6. The client's ☐ current ☑ last known  address and telephone number:
   As to Carl Wescott - San Pedro Sula, Honduras and c@carlwescott.com
   ~~As to Pook Snook Dook LP — c/o Lodmell & Lodmell, P.C., 1631 E. Cheery Lynn Rd., Phoenix, AZ 85016~~
   If the client's current address is known, service on the client must hereafter be made at that address unless otherwise ordered in item 13. If the current address is not known, service must be made according to Code of Civil Procedure section 1011 (b) and rule 3.252 of the California Rules of Court.

7. a. The next scheduled hearing in this action or proceeding is set for (date, time, and place):
      September 25, 2013 at 10:30 AM in Department 610
   b. The hearing will concern (subject matter):
      Case Management

**NOTICE TO CLIENT**
You or your new attorney, if any, must prepare for and attend this hearing.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
MC-053 [Rev. January 1, 2007]

**ORDER GRANTING ATTORNEY'S
MOTION TO BE RELIEVED AS COUNSEL—CIVIL**

Code of Civil Procedure, § 284;
Cal. Rules of Court, rule 3.1362
www.courtinfo.ca.gov

MC-053

| CASE NAME: Fiechter v. Carl Wescott, et. al. | CASE NUMBER: CGC 10-496091 |

8. The following additional hearings and other proceedings (including discovery matters) are set in this action (describe the date, time, place, and subject matter of each):

9. The trial in this action or proceeding:
   a. [✓] is not yet set.
   b. [ ] is set for (specify date, time, and place):

10. Client is hereby notified of the following effects this order may have upon parties.

**NOTICE TO CLIENT**

Your present attorney will no longer be representing you. You may not in most cases represent yourself if you are one of the parties on the following list:

- A guardian
- A conservator
- A trustee
- A personal representative
- A probate fiduciary
- A corporation
- A guardian ad litem
- An unincorporated association

If you are one of these parties, YOU SHOULD IMMEDIATELY  If you are one of these parties, YOU ARE ADVISED

representation. Failure to retain an attorney may [cut off]