EXHIBIT 4

EXHIBIT 4

1

**David M. Zeff (SB# 63289)**
**Law Offices Of David M. Zeff**

2

**1100 Larkspur Landing Circle, Suite 350**
**Larkspur, CA 94939**

3

**Tel: (415) 923-1380**
**Fax: (415) 923-1382**

4

**dmz@zefflaw.com**

5

**Attorneys for Plaintiff**
**FREDERICK C. FIECHTER**

6

ELECTRONICALLY
**F I L E D**
*Superior Court of California,*
*County of San Francisco*

**10/18/2019**
**Clerk of the Court**
BY: RONNIE OTERO
**Deputy Clerk**

7

8

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9

**COUNTY OF SAN FRANCISCO**

10

**UNLIMITED CIVIL CASE**

11

**FREDERICK C. FIECHTER, an**
**Individual**

12

**Plaintiff,**

13

**v.**

14

15

**CARL WESCOTT, an individual, et al.,**

16

**Defendants.**

17

18

| | |
|---|---|
| ) | **Case No.: CGC-10-496091** |
| ) | **DECLARATION OF DAVID M. ZEFF** |
| ) | **IN SUPPORT OF MOTION FOR** |
| ) | **ASSIGNMENT AND CHARGING** |
| ) | **ORDERS** |
| ) | |
| ) | **Date:  November 15, 2019** |
| ) | **Time:  9:30 a.m.** |
| ) | **Dept.:  302, Law & Motion** |
| ) | **Action Filed:   January 15, 2010** |
| ) | **Judgment Entered July 15, 2016** |
| ) | |
| ) | **Reservation No. 010151115-14** |

19

I, David M. Zeff, declare and state:

20

    1.  I am an attorney licensed since 1974 to practice in all Courts of the State of

21

California, and the attorney for Judgment Creditor Frederick C. Fiechter in this

22

proceeding.  I have personal knowledge of the matters stated herein, and if called as a

23

witness would testify from personal knowledge as follows, except as to those matters

24

stated on information and belief, and, as to those matters, I am informed and believe that

25

they are true.

26

    2.  I represented and continue to represent Mr. Fiechter in two actions against

27

Mr. Wescott, the instant matter and the matter entitled *Fiechter v. Westcott*, SF Sup. Ct

28

No. CPF 11 511547. Judgment entered: September 6, 2011, renewed August 28, 2015.

| Page 1 of 9 | **DECLARATION OF DAVID M. ZEFF IN SUPPORT OF MOTION FOR ASSIGNMENT AND CHARGING ORDERS** | *Law Offices of David M. Zeff*<br>*1100 Larkspur Landing Cir. #350*<br>*Larkspur, CA 94939*<br>*Tel: 415 923 1380* |
|---|---|---|

Said action is enforcement of a Sister State Judgment in which the principal amount owed as of December 2, 2015, was $1,822,845.40.  Pursuant to my recent Declaration a current Memorandum of Costs After Judgment filed herein on October 11, 2019, the sum total now due on that Judgment, after credits, is more than $2,574,452.76.  The only judgment credit to Mr. Wescott is in the CPF 11 511547 case in the sum of $503.50, which was obtained as the result of a judgment levy on Wescott's PayPal accounts.   Mr. Wescott has never voluntarily made any payment on either judgment and has, as described below, lied to me in communications and to the Courts in sworn declarations about having no assets or income.

3.  Judgment in the instant proceeding was entered on July 14, 2015.  A true copy of an Abstract of Judgment entered in this matter on November 2, 2015 is attached as **Exhibit 1**.  It reflects the sum of $1,490,032.31 due and owing on this Judgment as of October 13, 2015. Pursuant to my recent Declaration a current Memorandum of Costs After Judgment filed herein on October 11, 2019, the sum total now due on the Judgment, in this proceeding is more than $ 2,117,632.85.

4.  In the course of my efforts to collect these judgments from Mr. Wescott, between May 15 and June 17, 2019, he and I exchanged a string of emails, true copies of which are attached hereto as group **Exhibit 2**, in which Wescott asserts that he is so impecunious that he qualified for and was receiving Food Stamps and MediCal, and then sends proof of same.  He does not disclose any income or assets, but instead claims he has neither.  The documents which follow show said claims by Wescott to be false, and also show that his In Forma Pauperis applications to this Court and others were likely perjured.

5.  In Action No. CPF 11 511547, we served levies by Writ of Execution and Also served Subpoenas Duces Teca on Six SparkLabs entities.  That discovery has shown that Wescott was and may still be a Managing Member of SparkLabs IoT, LLC, which is headquartered in Korea, and he appears to have a 3% ownership share and between a 37% and 42% distribution interest.   The documents reflecting this information are

| Page 2 of 9 | **DECLARATION OF DAVID M. ZEFF IN SUPPORT OF MOTION FOR ASSIGNMENT AND CHARGING ORDERS** | *Law Offices of David M. Zeff*<br>*1100 Larkspur Landing Cir. #350*<br>*Larkspur, CA 94939*<br>*Tel: 415 923 1380* |

attached hereto as **Exhibit 3** hereto, which is a true copy of a letter dated July 9, 2019, from Attorney Jonathan Elefant of the Cooley firm, who at that time was representing the six SparkLabs entities we levied and served Subpoenas on, which letter accompanied the SparkLabs amended production of documents, which were identically produced by all six of the SparkLabs entities we subpoenaed, numbered documents SPARKLABS000001-000004, which are part of Exhibit 3.

6.   We also served post judgment levies and third-party discovery to PayPal, Inc. in Action No. CPF 11 511547.  In response to our Subpoena Duces Tecum to PayPal, Inc. for Mr. Wescott's records, we were provided with raw data Excel Spreadsheets, a summary of which is attached hereto as **Exhibit 4** showing each person or entity who has made payments made to Mr. Wescott via his PayPal account during the time period from 2017 to 2019.  These PayPal documents show income of $93,242.77 which Mr. Wescott had in the years 2017 through early 2019, and of course he likely had other sources of income which we have not yet found.   Attached hereto as **Exhibit 21** is a true copy of a pdf created by my assistant which summarizes all of the income which Wescott showed in his subpoenaed PayPal account for 2017 – 2019.  That income included the following sources and amounts:

| | |
|---|---|
| Anthony Turino | $  4,985.00 |
| Bernard Moon, CEO of SparkLabs: | $  3,496.66 |
| Daniel Anderson | $  1,000.00 |
| Jonas Goodman | $  1,772.50 |
| Michael Shea | $  2,500.00 |
| Nicole Wescott | $  2,000.00 |
| Olga Africawala | $     509.00 |
| Robert Block | $     725.00 |
| William Russ | <u>$71,330.00</u> |
| **TOTAL =** | **$88,818.16** |

//

7.  In January of 2019, Mr. Fiechter's bankruptcy counsel, Craig Welch, was contacted by a person named Robert J. Block about Mr. Wescott.  I then responded to Mr. Block for Mr. Welch. Attached hereto as **Exhibits 5 through 9** are a string of emails I received from Mr. Block between August 7 and 9, 2019, along with the THIRD PARTY SPARKLABS Responses to a subpoena duces tecum served upon it by Wescott's former wife, Monette Stephens, in her action to collect child support awarded by this Court in FDI-14-781666, which document was also sent to me by Mr. Block, and is attached and referred to below as **Exhibit 15.**  In a phone conversation with me, Mr. Block informed me that he has known Mr. Wescott for more than two years, that Block was once a licensed attorney but has not been one for many years, that at no time that he was a licensed attorney did Block provide any legal services of any kind for Mr. Wescott,  and that Block has not had and currently does not have a confidential, fiduciary or contractual relationship with Mr. Wescott which would cause Block to owe Wescott any duty of confidentiality.  This was confirmed by Block in **Exhibit 7** hereto.  Mr. Block further informed me that he has provided Mr. Wescott technical writing and copy-editing services and, on occasion, non-regulated financial consulting services.  Block told me that in the course of his relationship with Wescott, he has learned about Wescott's dealings with various Sparklabs, LLC's and their CEO, Bernard Moon.  Block confirmed this in **Exhibits 5, 7, 8 and 9** hereto.  Mr. Block confirmed to me that because Mr. Wescott is a judgment debtor, he has had Mr. Moon pay Mr. Block directly for his services to Wescott to avoid the judgments held by Mr. Fiechter and Wescott's former wife, Monette Stephens.  **See Exhibits 5, 7, 8 and 12** (May 29, 2019 PayPal of $1000 from Moon to Block).  In our conversations and emails, Mr. Block reported to me that Mr. Wescott has repeatedly told him that Wescott is owed hundreds of thousands of dollars by Sparklabs as quantum meruit for the work Wescott has done traveling the world promoting the various LLC's of Sparklabs in which Mr. Wescott is a member.  **Exhibits 7, 8 and 9** confirm this claim by Wescott against SparkLabs.  Mr. Block told me that Wescott had paid him tens of thousands of dollars since 2017 via PayPal and

| Page 4 of 9 | **DECLARATION OF DAVID M. ZEFF IN SUPPORT OF MOTION FOR ASSIGNMENT AND CHARGING ORDERS** | *Law Offices of David M. Zeff*<br>*1100 Larkspur Landing Cir. #350*<br>*Larkspur, CA 94939*<br>*Tel: 415 923 1380* |
|---|---|---|

Block gave my office access to his PayPal account so that we could extract from it all the payment he received from Wescott.  Attached hereto as **Exhibit 10** is a summary my assistant extracted from Mr. Block's PayPal account showing that Wescott made of payments totaling $43,850.88 to Block between October 6, 2017 and February 1, 2019. In our conversations and in Exhibits 6 and 10 hereto, Block confirms that Wescott is using SideCoast, Inc. and its bank accounts to hide money from creditors and to pay Wescott's travel expenses and Mr. Block.  In our conversations Block agreed to provide me with a Declaration under penalty of perjury to support the above facts.  I drafted that declaration and sent him to him for editing, but then he went silent.  I did not hear from Block again until September 12, 2019, when I received his email, a true copy of which is attached hereto as **Exhibit 11.**  I have since asked Block for a declaration but he has declined citing Wescott's threats.

8.  Attached hereto as **Exhibit 12** is a true copy of Bernard Moon's responses to a Subpoena Duces Tecum we served upon Moon which shows that from February 20, 2019, through May 29, 2019, Mr. Moon sent to Mr. Wescott sums totaling $3,996.66 via PayPal, and Moon also paid Mr. Block the sum of $1,000 on Mr. Wescott's behalf.

9.  As stated above in paragraph 6, Mr. Block reported to me that Mr. Wescott has repeatedly told him that Wescott is owed hundreds of thousands of dollars by Sparklabs as quantum meruit for the work Wescott has done traveling the world promoting the various LLC's of Sparklabs in which Mr. Wescott is a member.  In our discovery of Mr. Wescott's PayPal account, we found travel expenses for Wescott in the past two years totaling $ 3,752.26, as summarized by my assistant in **Exhibit 13,** attached hereto.

10.  In our discovery of Mr. Wescott's PayPal account, his transaction activity during the years 2002 to 2019 also shows the locations where he has logged into his account while traveling the world, attached hereto as **Exhibit 14.** The locations include: Middletown, NJ; Seattle, WA; Redmond, WA; San Francisco, CA; Key Biscayne, FL; Male, Maldives; Bonn, Denmark; Stuttgart, Denmark; Mexico City, Mexico; Buenos Aires, Argentina; Lima, Peru; Tampere, Finland; Santa Clara, CA; Livingston, VT;

**DECLARATION OF DAVID M. ZEFF IN SUPPORT OF MOTION FOR ASSIGNMENT AND CHARGING ORDERS**

*Law Offices of David M. Zeff*
*1100 Larkspur Landing Cir. #350*
*Larkspur, CA 94939*
*Tel: 415 923 1380*

Phoenix, AZ; Fish Hoek, New Zealand; Singapore; Tampa, FL; Masqat, Oman; and Portland, OR.

11. Attached hereto as **Exhibit 15** is a true copy of the March 21, 2019 THIRD PARTY SPARKLABS MANAGEMENT LLC'S OBJECTIONS AND RESPONSE TO DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS TO SPARKLABS GLOBAL VENTURES MANAGEMENT, LLC which I obtained from Mr. Block. The attachments to that document identified as "SPARKLABS000002" through SPARKLABS000005" show that Mr. Wescott was offered the position as Managing Partner for an entity known as SparkLabs Iot, and offered a 3% carried equity interest and between a 37% and 42% distribution interest. Again, Mr. Block told me that it was the work that Mr. Wescott did in pursuit of this endeavor that resulted in his quantum meruit claim for services against SparkLabs. Mr. Block also told me in August, 2019, that that SparkLabs will very soon send Mr. Wescott a $50,000 payment in the coming days to settle his quantum meruit claim. See Exhibits 5, 7, 8 and 9 hereto. It is likely, from Block's communications with Mr. Wescott, that Wescott and Moon have masked or will mask this payment and divert it in such a way as to avoid Wescott's creditors, Mr. Fiechter and Ms. Stephens.

12. In response to our levies of execution upon Mr. Moon personally and upon SparkLabs, Inc, none have disclosed that they hold anything of value for Mr. Wescott or that they owe him anything. Attached hereto as **Exhibit 16** are true copies of the Memoranda of Garnishees Bernard Moon and three of the six SparkLabs entities levied upon which reported, under oath, nothing owing to Mr. Wescott. However, given the information we have from Mr. Block, we have reason to believe that these Garnishee Memoranda may be false. In an email from Wescott to Block, dated June 25, 2019, provided to us by Mr. Block, a true copy of which is attached hereto as **Exhibit 8**, Mr. Wescott asserted that Mr. Moon committed perjury in his Response under oath to a Subpoena Duces Tecum to SparkLabs from Wescott's ex-wife, Ms. Stephens. Mr. Wescott is referring to the answers under oath from SparkLabs, verified by Mr. Moon,

| Page 6 of 9 | DECLARATION OF DAVID M. ZEFF IN SUPPORT OF MOTION FOR ASSIGNMENT AND CHARGING ORDERS | *Law Offices of David M. Zeff*<br>*1100 Larkspur Landing Cir. #350*<br>*Larkspur, CA 94939*<br>*Tel: 415 923 1380* |

1    that said entity did not owe any compensation to Mr. Wescott, in view of Wescott's claim

2    for the above quantum meruit payment and SparkLabs' purported agreement to pay him

3    at least $50,000 to settle that claim.  A true copy of Moon's Response to Stephen's

4    Subpoena, also provided to us by Mr. Block, is attached as **Exhibit 15**.  This $50,000

5    payment is the major subject of the instant request for the charging and assignment

6    orders.

7        13. In the course of our judgment collection efforts, we were aware that Mr.

8    Wescott was the person who formed a California Corporation known as Side Coast, Inc.

9    and was its first director.  Attached hereto as **Exhibit 17** is a true copy of the Articles of

10   Incorporation of said corporation which we obtained from the California Secretary of

11   State's website.  It shows Mr. Wescott's address as director as PO Box 1304, Sausalito,

12   California.  The Secretary of State's office website also shows that the corporation is

13   suspended.  All of our efforts to contact the Agent for service of process, Percy Haulund,

14   shown on **Exhibit 17** and on the Secretary of State's website, were fruitless.  In Action

15   No. CPF 11 511547, we tried to serve Mr. Haulund at the address shown with a Writ of

16   Execution and Subpoena Duces Tecum, but he was not at that address.  We also served

17   those documents on Mr. Wescott.  In neither case was there any response to the Writ or

18   Subpoena by Side Coast, Inc.  Attached hereto as **Exhibit 18** is a true copy of a filing by

19   Mr. Wescott on July 10, 2017, in his now dismissed Northern District Bankruptcy

20   proceeding, in which he lists his "new" address as the same PO Box as that given as

21   director of Side Coast, Inc. in **Exhibit 17**.   We have long suspected that Mr. Wescott was

22   using Side Coast, Inc. as a corporate shell to hide income and expenses from his

23   judgment creditors.  In **Exhibit 9** hereto, Mr. Block confirms that in his dealings with Mr.

24   Wescott, he has known Wescott to use Side Coast's Bank of America account No.

25   325074917914 to funnel money under his control out of the view and reach of his

26   creditors and that Block has personally received funds from Mr. Wescott from this

27   account.  This Account is another primary target of our request for assignment and

28   charging orders.

| Page 7 of 9 | **DECLARATION OF DAVID M. ZEFF IN SUPPORT OF MOTION FOR ASSIGNMENT AND CHARGING ORDERS** | *Law Offices of David M. Zeff* *1100 Larkspur Landing Cir. #350* *Larkspur, CA 94939* *Tel: 415 923 1380* |

14. We are aware that in this case on September 3, 2019, Mr. Wescott filed an in forma pauperis application and was granted a fee waiver.  He has also filed in forma pauperis applications in the following State Court cases in the past 3 years and been granted fee waivers:

- San Francisco Superior Court Case Number: CGC17561051, JOHN MATTHESEN VS. CARL A WESCOTT ET AL

- San Francisco Superior Court Case Number: CGC17561757, JIM MOTTER VS. MONETTE STEPHENS ET AL

- Kern County Superior Court Case Number: S1500CV274541, ANDERSON VS SURPRISE [Defendant: WESCOTT, CARL]

- San Francisco Superior Court Case Number: CGC17562532, CARL WESCOTT VS. ROSA MEJIASALVADOR ET AL

- San Francisco Superior Court Case Number: CGC19575884, CARL WESCOTT VS. KEN TRAINOR ET AL

- California First Appellate District, Appeals Court Case Number A151786, CARL WESCOTT VS. MONETTE STEPHENS

- California First Appellate District, Appeals Court Case Number A152932, CARL WESCOTT VS. MONETTE STEPHENS

Said applications are held by the State Courts as confidential, which precludes any conclusion by the undersigned as to the truth of the declarations by Wescott concerning his income or lack thereof.  Surely in view of the PayPal income we found for Wescott in the above Exhibits, his statement to me in Exhibit 2 about his total "revenue" in the last 4.5 years of $5,000 was false.  We also strongly doubt that, if he has indeed qualified for MediCal or Food Stamps, Wescott truthfully reported the $93,242.77 in income we have documented above.  This statement is supported by **Exhibits 19 and 20** attached hereto, which are two *non-confidential* In Forma Pauperis declarations Wescott gave under penalty of perjury this year, 2019, in two cases in the United States District Court for the Northern District of California, Action Nos. CV 19 1640 KAW and CV 19-2084 JST.

| Page 8 of 9 | **DECLARATION OF DAVID M. ZEFF IN SUPPORT OF MOTION FOR ASSIGNMENT AND CHARGING ORDERS** | *Law Offices of David M. Zeff* *1100 Larkspur Landing Cir. #350* *Larkspur, CA 94939* *Tel: 415 923 1380* |

1  These are true copies of documents obtained by my office from the District Court's

2  website. In neither Declaration in those Federal Court cases did Wescott disclose the

3  income we have documented above. Rather in his declaration under penalty of perjury in

4  the latter case, **Exhibit 20**, he stated, when asked about income: "I received $5,000 in the

5  last 12 months from consulting. That is my total earned income since 9/1/2014." Based

6  upon the foregoing, it is respectfully suggested to both this Court, the other above

7  referenced State Courts, and the United States District Court for the Northern District of

8  California do a complete investigation as to the veracity of the information given under

9  oath by Mr. Wescott to obtain the fee waivers he has been granted.

10      I declare under penalty of perjury under the laws of the State of California that the

11  foregoing is true and correct.

12

13  Dated: October 18, 2019

14                      David M. Zeff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| Page 9 of 9 | **DECLARATION OF DAVID M. ZEFF IN SUPPORT OF MOTION FOR ASSIGNMENT AND CHARGING ORDERS** | *Law Offices of David M. Zeff*<br>*1100 Larkspur Landing Cir. #350*<br>*Larkspur, CA 94939*<br>*Tel: 415 923 1380* |

# EXHIBIT 1

**EXHIBIT 1**

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*:
After recording, return to:
David M. Zeff    (Bar # 63289)
Law Offices of David M. Zeff
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
TEL. NO.: (415) 923-1380 FAX NO. (optional): (415) 923-1382
E-MAIL ADDRESS *(Optional)*: dmz@zefflaw.com
[X] ATTORNEY [X] JUDGMENT [ ] ASSIGNEE
FOR           CREDITOR       OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street, Room 103
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco 94102
BRANCH NAME:

*FOR RECORDER'S USE ONLY*

| PLAINTIFF: Frederick C. Fiechter | CASE NUMBER: |
| DEFENDANT: Carl Wescott aka Carl A. Wescott | CGC 10 496091 |

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS [ ] Amended | *FOR COURT USE ONLY* |

1. The [X] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   Carl Wescott aka Carl A. Wescott
   San Pedro Sula, Honduras and
   P.O. Box 191273, San Francisco, CA 94119

   b. Driver's license no. [last 4 digits] and state:    [X] Unknown
   c. Social security no. [last 4 digits]: 8664          [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
      Carl Wescott
      P.O. Box 191273, San Francisco, CA 94119

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Frederick C. Fiechter
   1896 Pacific Avenue, #502, San Francisco, California 94117

Date: October 13, 2015
      David M. Zeff
      (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

▶ _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 1,490,032.31

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date)*: July 14, 2015
   b. Renewal entered on *(date)*:

9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date)*:
NOV - 2 2015

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    CLERK OF THE COURT        MADONNA CARANTO
    Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL**
**AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

*LexisNexis® Automated California Judicial Council Forms*

| PLAINTIFF: Frederick C. Fiechter | COURT CASE NO.: |
|---|---|
| DEFENDANT: Carl Wescott aka Carl A. Wescott | CGC 10 496091 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

**Page 2 of 2**

*LexisNexis® Automated California Judicial Council Forms*

# EXHIBIT 2

**EXHIBIT 2**

## David Zeff

| | |
|---|---|
| **From:** | Carl Wescott <carlawescottiii@gmail.com> |
| **Sent:** | Wednesday, May 15, 2019 2:30 PM |
| **To:** | dmz@zefflaw.com; Carl Wescott |
| **Subject:** | some facts for your consideration with settlement offer |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

[for settlement only]

Mr. Zeff,

As of last Thursday I had either $0 or -$3.50 depending on timing in my PP account.

On Friday I received a $500 Paypal which is being reversed.

I have been on food stamps for the great majority of the last 3 years, including now. I've been homeless for the great majority of the past 4.5 years.

My total revenue (other than minor expense reimbursements) for the past 4.5 years is $5000, which cost me more than $5000 to generate (costs for that sole proprietorship).

I have no assets of significance other than legal claims.

I lost everything of value in a chapter 7 in 2012 and whatever remained went to my ex-wife.

It's my understanding that you are alleging liquid assets in overseas bank accounts to Cooley LLP. The only overseas bank account I've ever had is in Ecuador where there might be under $100 if not all eaten away in fees in the last 8 years since I went to that bank.

From your subpoena it's clear to me you induced a fiduciary breach. I'm willing to settle that issue for $10,000 as to you as the Defendant if we sign a simple agreement (which I will draft) in the next day or two and you provide the money this week
.

In California as you might be aware the order of payments to creditors is:

* Child Support
* Spousal Support
* Other Payments to Spouse
* All other creditors

Mr. Fiechter is in the 4th category.

If you take 30 minutes to do a little digging you'll see that I owe over US $10 million in the first 3 categories. A helpful clue: FDI-14-781666.

Bottom line: you're wasting your client's money. Or, in the unlikely case that you will now not bill him for your recent time, you're wasting your valuable time.

He should have almost no expectation of receiving any money from me in his or my lifetime :-).

See you in court, most likely.

CAW +1 415 335 5000

On Wed, May 15, 2019 at 2:13 PM Carl Wescott <carlawescottiii@gmail.com> wrote:
Mr. Zeff,

I received an email stating that Paypal had received a Writ and Notice of Levy from you.

I have not received any served documents from Mr. Fiechter since 2011 or possibly early 2012, or from you since 2011 or early 2012.

My address for future legal correspondence is PO Box 1906 SF CA 94119.

This is a good email address for me.  Please send digital copies of all items in the future.  I will do the same.

If you'd like to bilaterally agree to electronic service, I will do so and then we can both skip the inefficient USnail system.

Please send me a copy of the Notice of Writ and Levy immediately by email.

Thank you

CAW +1 415 335 5000

## David Zeff

| | |
|---|---|
| **From:** | Carl Wescott <carlwescott42@gmail.com> |
| **Sent:** | Monday, June 17, 2019 6:51 PM |
| **To:** | David Zeff |
| **Subject:** | Re: Writ and Notice of Levy Fiechter v. Wescott, our file 9415-1 |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Currently on both.  Will email.  CAW

Telepathically sent to Siri who hopefully got it right.

On Jun 17, 2019, at 1:37 PM, David Zeff <dmz@zefflaw.com> wrote:

> Dear Mr. Wescott:
>
> I would of course be interested in any proof you may provide that you are currently or have in the past
> been on Food Stamps and MEDI-CAL.
> Please forward that when you can.  Thank you,
>
> David M. Zeff
> Law Offices Of David M. Zeff
> 1100 Larkspur Landing Circle, Suite 350
> Larkspur, CA 94939
> Tel: (415) 923-1380 Fax: (415) 923-1382
> dmz@zefflaw.com
>
>
> **From:** Carl Wescott <carlawescottiii@gmail.com>
> **Sent:** Friday, May 17, 2019 5:11 PM
> **To:** David Zeff <dmz@zefflaw.com>; Carl A Wescott <carlawescottiii@gmail.com>
> **Cc:** Carl Wescott <carlwescott42@gmail.com>; Michelle Knutson <dmzofficemichelle@gmail.com>;
> Robert Weaver <rnweaver@pacbell.net>
> **Subject:** Re: Writ and Notice of Levy Fiechter v. Wescott, our file 9415-1
>
> Thank you Mr. Zeff.
>
> I am not sure I have to provide you with an address for physical service, not that I expect you will have
> anything to serve personally.  Let me research this issue and if it appears that I need to provide such as a
> matter of law, I will do so.
>
> Thank you for using my new address.  Now that I'm aware of this case proceeding in 2015, I will update
> the court, too, and file documents there that I will serve upon you.
>
> I hope we can continue the courteous dialogue (which I appreciate).  I also appreciate your
> responsiveness.
>
> I will continue to be attentive to your communications.  When I get a chance I will email you the marital
> dissolution judgment which will provide part of the information I cited.

One of the documents that I will file will be a fee waiver request, which will cite my being on MEDI-CAL and food stamps, as well as my lack of income.

CAW +1 415 335 5000

On Thu, May 16, 2019 at 12:39 PM David Zeff <dmz@zefflaw.com> wrote:

Mr. Wescott:

In reply to your email below, I respond as follows:

1. As stated below, We served all papers at the addresses and PO Boxes you had on record on this case and others. It is your duty, not ours, to keep your addresses current in such court matters. We will use your PO Box below for all service in this case. But we also need an address where you may be personally served. Please provide that.

2. We do not agree to email service for anything.

3. I will email you copies of the Levies and Subpoenas today or tomorrow, as my schedule permits.

I will respond separately to your other email sent yesterday.

David M. Zeff

Law Offices Of David M. Zeff

1100 Larkspur Landing Circle, Suite 350

Larkspur, CA 94939

Tel: (415) 923-1380 Fax: (415) 923-1382

dmz@zefflaw.com

---

**From:** David Zeff <dmz@zefflaw.com>
**Sent:** Wednesday, May 15, 2019 3:09 PM
**To:** 'Carl Wescott' <carlawescottiii@gmail.com>; 'Carl Wescott' <carlwescott42@gmail.com>
**Cc:** 'Michelle Knutson' <dmzofficemichelle@gmail.com>; 'David Zeff' <dmz@zefflaw.com>
**Subject:** RE: Writ and Notice of Levy Fiechter v. Wescott, our file 9415-1

Dear Mr. Wescott:

Thank you for this email. We served all papers at the addresses and PO Boxes you had on record on this case and others. It is your duty, not ours, to keep your addresses current in such court matters.

Tomorrow we will email to you copies of all Writs and Subpoenas served.

I will ask my client if he will agree to email service on these matters and get back to you.


VTY,


David M. Zeff

Law Offices Of David M. Zeff

1100 Larkspur Landing Circle, Suite 350

Larkspur, CA 94939

Tel: (415) 923-1380 Fax: (415) 923-1382

dmz@zefflaw.com




**From:** Carl Wescott <carlawescottiii@gmail.com>
**Sent:** Wednesday, May 15, 2019 2:13 PM
**To:** dmz@zefflaw.com; Carl Wescott <carlwescott42@gmail.com>
**Subject:** Writ and Notice of Levy


Mr. Zeff,


I received an email stating that Paypal had received a Writ and Notice of Levy from you.


I have not received any served documents from Mr. Fiechter since 2011 or possibly early 2012, or from you since 2011 or early 2012.

3

My address for future legal correspondence is PO Box 1906 SF CA 94119.

This is a good email address for me.  Please send digital copies of all items in the future.  I will do the same.

If you'd like to bilaterally agree to electronic service, I will do so and then we can both skip the inefficient USnail system.

Please send me a copy of the Notice of Writ and Levy immediately by email.

Thank you

CAW +1 415 335 5000

## David Zeff

**From:** Carl Wescott <carlwescott42@gmail.com>
**Sent:** Monday, June 17, 2019 7:27 PM
**To:** dmz@zefflaw.com; carlwescott42@gmail.com
**Subject:** Carl Wescott EBT card -current
**Attachments:** IMG_2342.jpg; Untitled attachment 00006.txt

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Mr Zeff:

1

## David Zeff

**From:**       Carl Wescott <carlawescottiii@gmail.com>
**Sent:**       Monday, June 17, 2019 7:28 PM
**To:**         dmz@zefflaw.com
**Subject:**    Fwd: Your SAR-7 has been submitted to San Francisco County

**Follow Up Flag:**   Follow up
**Flag Status:**      Flagged

Shows EBT is current.  —CAW

Telepathically sent to Siri who hopefully got it right.

Begin forwarded message:

> **From:** GetCalFresh <hello@getcalfresh.org>
> **Date:** June 7, 2019 at 12:54:34 PM PDT
> **To:** carlawescottiii@gmail.com
> **Subject: Your SAR-7 has been submitted to San Francisco County**
>
> Hello,
>
> We have successfully submitted your SAR 7 to San Francisco county!
>
> If anything is missing, your county will contact you.
>
> The GetCalFresh Team
>
>
> Unsubscribe

# EXHIBIT 3

**EXHIBIT 3**

# Cooley

Joshua E. Elefant                                                                                                  Via FedEx
+1 650 843 5572
jelefant@cooley.com

July 9, 2019

David M. Zeff
Law Offices of David M. Zeff
1100 Larkspur Landing Circle, Suite 350
Larkspur, CA 94939

Re: *Fiechter, et al. v. Wescott*, San Francisco Superior Court Case No. CPF-11-511547

Dear Mr. Zeff:

Please find enclosed an amended document production to replace the documents previously produced by SparkLabs Management, LLC ("SparkLabs") as SPARKLABS000001-000006 in response to the third party subpoena issued to SparkLabs by your office in the above-referenced matter.

Sincerely,

Joshua E. Elefant

JEE/lo

Enclosures

207663241 v1

RECEIVED JUL 10 2019

COOLEY LLP
LESLIE V. CANCEL (160652)
(LCANCEL@COOLEY.COM)
JOSHUA E. ELEFANT (312913)
(JELEFANT@COOLEY.COM)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Third Party
SPARKLABS MANAGEMENT, LLC

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| FREDERICK C. FIECHTER, et al., | No. CPF-11-511547 |
| Plaintiffs, | **DECLARATION OF RECORDS CUSTODIAN** |
| v. | |
| CARL WESCOTT, | |
| Defendant. | |

I, Bernard Moon, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 3587 Lupine Avenue, Palo Alto, CA 94303.

3. I am Manager at SparkLabs Management, LLC and SparkLabs Global Ventures Management LLC.

4. I am the duly authorized custodian of the following described business records: documents concerning any past or present property interest Carl Wescott, aka Kalle Wescott, has or claims to have in SparkLabs, as well as any payments or other things of value from Carl Wescott or paid to Carl Wescott, or anyone acting on his behalf.

5. The copies provided are true copies of all the records responsive to the subpoena,

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

203652684 v1

1.

DECLARATION OF RECORDS CUSTODIAN CPF-11-511547

1  subject to SparkLabs' reasonable limitation with respect to scope, except for the confidential
2  information that has been redacted.

3        6.    The documents transmitted herewith are copies of business records and were
4  prepared by the personnel of SparkLabs in the ordinary course of business at or near the time of the
5  act, condition, or event.

6

7        I declare under penalty of perjury under the laws of the State of California that the foregoing
8  is true and correct and that this Declaration is executed on July 8, 2019 at Palo Alto,
9  California.

10

11

12  BERNARD MOON

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-------- Original Message --------
From: Bernard Moon <bernard@sparklabsglobal.com>
To: "Carl A. Wescott" <C@carlawescott.com>
Date: August 8, 2017 at 5:22 AM
Subject: Managing Parter Role for SparkLabs IoT

Carl,

It would be awesome if you would come on board as the Managing Partner for SparkLabs IoT. I already discuss this with █ and █ and will soon with █ but we know that he will agree. At this time, I would be discrete and not disclose to █ when you see him next week. Unless █ informs you otherwise.

Your salary I assume will be at least $150,000/year. Small at a minimum, but can increase depending on the amount that is raised and what we plan for the yearly budget.

As for your carried interest, this is the confidential but original allocation:



| 3.0% | Carl Wescott |

SPARKLABS000001

4

We want to credit  with some of his carry for the 1st year, so we will let him retain 3% vs. 9%. I assume you basically don't need an engineering director. Maybe you might need a junior or mid-level hardware engineer, so you might have to allocate him some of your carry. We can discuss if things need to be shifted around. Here is the new carry distribution with you getting 37%:



100.0%

37.0% | Carl Wescott

As you know, this is the carry allocation for the 20% profit we will receive after all the principal is paid back. Let me know if you have any questions and I'll see you soon. Thanks!

Bernard

SPARKLABS000002



42.0% | Carl Wescott & Team

Bernard

---------- Forwarded message ----------
From: **Bernard Moon** <bernard@sparklabsglobal.com>
Date: Sun, Nov 11, 2018 at 5:44 PM
Subject: Carried Interest Changes for SparkLabs IoT
To: Carl Wescott <carl@sparklabsiot.com>
Cc: eugene <eugene@sparklabs.co.kr>

So I lowered the founding partners from █ % to █ %. Lowered Carl & Team from 44% to 42%. Then allocated █ % to ███████, which hopefully they will accept.

Some other minor changes, such as allocating █ % for the advisors since I think it's better for them to feel appreciated. Let me know if you are good with this. Thanks!

SPARKLABS000003

1



2

SPARKLABS000004

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of 18 years and not a party to this action. My business address is Cooley LLP, 3175 Hanover Street, Palo Alto, California 94304-1130. My e-mail address is lodell@cooley.com. On July 9, 2019, I served the following documents on the parties listed below in the manner(s) indicated:

1. **DECLARATION OF RECORDS CUSTODIAN;**
2. **BATES LABELED DOCUMENT NOS. SPARKLABS000001-SPARKLABS000006**

☐ (BY U.S. MAIL – CCP § 1013a(1)) I am familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ (BY MESSENGER SERVICE – CCP § 1011) I consigned the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE – CCP § 1013(e)) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☒ (BY OVERNIGHT MAIL – CCP § 1013(c)) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Delivery Service for overnight delivery.

☐ (BY ELECTRONIC MAIL – CCP § 1010.6(a)(4)(A)) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused such documents described herein to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

*See Service List*

///

///

///

///

1    *Service List:*

2        David M. Zeff
         Law Offices of David M. Zeff
3        1100 Larkspur Landing Circle
         Suite 350
4        Larkspur, CA 94939-1809
         <u>Via FedEx Overnight Mail</u>

5        I declare under penalty of perjury under the laws of the State of California that the above is

6    true and correct.

7        Executed on July 9, 2019, at Palo Alto, California.

8

9

10                                                   Lori L. O'Dell

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 4

**<u>EXHIBIT 4</u>**

Carl Wescott Paypal - Credit Transactions

| Platform | Created Date | CR | Counterparty Name | Counterparty Email |
|---|---|---|---|---|
| PAYPAL | 07-04-2018 17:05:55 | $25.00 | Andrew Swett | aswett07@gmail.com |
| PAYPAL | 10-04-2018 16:04:41 | $210.00 | Angela Ha | ha.angela@yahoo.com |
| PAYPAL | 06-17-2018 09:30:40 | $500.00 | **Anthony Turino** | anthonyturino@gmail.com |
| PAYPAL | 06-17-2018 09:30:40 | $500.00 | Anthony Turino | anthonyturino@gmail.com |
| PAYPAL | 08-08-2018 16:43:53 | $131.00 | Anthony Turino | anthonyturino@gmail.com |
| PAYPAL | 08-08-2018 18:29:31 | $131.00 | Anthony Turino | anthonyturino@gmail.com |
| PAYPAL | 09-20-2018 17:25:22 | $3,500.00 | Anthony Turino | anthonyturino@gmail.com |
| PAYPAL | 11-27-2018 17:59:46 | $200.00 | Anthony Turino | anthonyturino@gmail.com |
| PAYPAL | 02-10-2019 12:27:53 | $23.00 | Anthony Turino | anthonyturino@gmail.com |
| | | | | **$4,985.00** |
| PAYPAL | 11-01-2017 14:08:06 | $79.99 | B&H Foto & Electronics Corp. | paypal@bhphotovideo.com |
| PAYPAL | 02-20-2019 19:34:22 | $855.00 | **Bernard Moon** | bernard@sparklabsglobal.com |
| PAYPAL | 03-18-2019 12:03:31 | $1,100.00 | Bernard Moon | bernard@sparklabsglobal.com |
| PAYPAL | 04-14-2019 23:53:56 | $1,541.66 | Bernard Moon | bernard@sparklabsglobal.com |
| | | | | **$3,496.66** |
| PAYPAL | 01-05-2019 13:30:06 | $36.00 | catherine lee | videovision_cml@yahoo.com |
| PAYPAL | 08-15-2018 10:38:06 | $1,000.00 | **Daniel Anderson** | danandersonmobile@yahoo.com |
| | | | | **$1,000.00** |
| PAYPAL | 09-17-2017 07:30:38 | $54.00 | Elite Snowboard Services | jaytierney@hotmail.com |
| PAYPAL | 09-13-2017 14:46:00 | $63.00 | Henry Heikkinen | henryh@livefunk.com |
| PAYPAL | 09-26-2018 21:55:52 | $60.00 | Henry Petras | henrypetras@hotmail.com |
| PAYPAL | 10-06-2017 17:56:36 | $23.97 | Jenny Phu | jennyphu@gmail.com |
| PAYPAL | 01-26-2018 14:43:55 | $200.00 | Jeremy Kee | jeremykeecorp@gmail.com |
| PAYPAL | 01-21-2019 10:16:34 | $20.00 | Jeremy Kee | jeremykeecorp@gmail.com |
| PAYPAL | 02-26-2019 11:15:10 | $291.00 | John Cashman | jcashman09@gmail.com |
| PAYPAL | 11-29-2017 18:22:33 | $175.00 | **Jonas Goodman** | jonasgoodman@gmail.com |
| PAYPAL | 12-19-2017 13:07:51 | $200.00 | Jonas Goodman | jonasgoodman@gmail.com |
| PAYPAL | 01-24-2018 13:01:45 | $100.00 | Jonas Goodman | jonasgoodman@gmail.com |
| PAYPAL | 05-24-2018 14:44:16 | $85.00 | Jonas Goodman | jonasgoodman@gmail.com |
| PAYPAL | 05-29-2018 22:50:09 | $100.00 | Jonas Goodman | jonasgoodman@gmail.com |
| PAYPAL | 06-02-2018 00:39:25 | $50.00 | Jonas Goodman | jonasgoodman@gmail.com |
| PAYPAL | 01-07-2019 19:44:51 | $1,062.50 | Jonas Goodman | jonasgoodman@gmail.com |
| | | | | **$1,772.50** |
| PAYPAL | 08-26-2018 22:41:19 | $71.00 | Jonathan Cifuentes | cifuentj@gmail.com |
| PAYPAL | 07-28-2018 16:51:13 | $162.00 | Laurie Etheridge | laurieetheridge@yahoo.com |
| PAYPAL | 08-15-2018 11:35:09 | $1,000.00 | **Michael Shea** | chetvancouver@yahoo.com |
| PAYPAL | 08-29-2018 20:13:57 | $1,500.00 | Michael Shea | chetvancouver@yahoo.com |
| | | | | **$2,500.00** |
| PAYPAL | 06-27-2018 23:02:09 | $1,000.00 | **Nicole Wescott** | notnicoleagain@hotmail.com |
| PAYPAL | 06-28-2018 19:54:11 | $1,000.00 | Nicole Wescott | notnicoleagain@hotmail.com |
| | | | | **$2,000.00** |
| PAYPAL | 10-19-2017 15:24:07 | $1.00 | **Olga Africawala** | savoaf@yahoo.com |
| PAYPAL | 04-22-2018 21:41:03 | $266.00 | Olga Africawala | savoaf@yahoo.com |
| PAYPAL | 04-22-2018 21:41:22 | $50.00 | Olga Africawala | savoaf@yahoo.com |
| PAYPAL | 06-17-2018 19:08:21 | $50.00 | Olga Africawala | savoaf@yahoo.com |
| PAYPAL | 08-15-2018 10:24:29 | $100.00 | Olga Africawala | savoaf@yahoo.com |
| PAYPAL | 09-30-2018 18:47:28 | $42.00 | Olga Africawala | savoaf@yahoo.com |
| | | | | **$509.00** |
| PAYPAL | 08-08-2018 18:58:57 | $50.00 | peter koufis' Store | peterck@greenerlatitudes.com |
| PAYPAL | 08-08-2018 18:58:57 | $50.00 | peter koufis' Store | peterck@greenerlatitudes.com |
| PAYPAL | 08-09-2018 14:22:20 | $50.00 | peter koufis' Store | peterck@greenerlatitudes.com |
| PAYPAL | 09-25-2018 18:43:11 | $85.00 | Raman Frey | ramanfrey@gmail.com |
| PAYPAL | 04-26-2019 16:59:36 | $147.00 | randy vogel | randy@ntth.com |

Carl Wescott Paypal - Credit Transactions

| | | | | |
|---|---|---|---|---|
| PAYPAL | 03-05-2018 13:43:18 | $25.00 | Rene Torres | rtorresphd@hotmail.com |
| PAYPAL | 07-10-2018 17:15:33 | $25.00 | **robert block** | rjbrjb1@gmail.com |
| PAYPAL | 08-09-2018 16:35:05 | $200.00 | robert block | rjbrjb1@gmail.com |
| PAYPAL | 09-25-2018 12:07:49 | $100.00 | robert block | rjbrjb1@gmail.com |
| PAYPAL | 09-25-2018 15:57:01 | $300.00 | robert block | rjbrjb1@gmail.com |
| PAYPAL | 10-06-2018 15:16:22 | $100.00 | robert block | rjbrjb1@gmail.com |
| | | | | **$725.00** |
| PAYPAL | 03-21-2018 21:42:07 | $45.00 | Shannel Busuioc | shannelb-10@sandiego.edu |
| PAYPAL | 11-07-2018 09:31:37 | $500.00 | Shelley Alger Photography | shelleyalger@gmail.com |
| PAYPAL | 01-14-2019 11:30:46 | $67.00 | Trent Clingan | thclingan13@gmail.com |
| PAYPAL | 10-19-2017 12:10:20 | $1,500.00 | **William Russ** | texfix@toast.net |
| PAYPAL | 11-22-2017 12:31:32 | $1,000.00 | William Russ | texfix@toast.net |
| PAYPAL | 11-30-2017 09:58:57 | $1,000.00 | William Russ | texfix@toast.net |
| PAYPAL | 12-06-2017 14:45:55 | $2,000.00 | William Russ | texfix@toast.net |
| PAYPAL | 12-15-2017 07:33:10 | $2,630.00 | William Russ | texfix@toast.net |
| PAYPAL | 01-03-2018 11:16:03 | $2,500.00 | William Russ | texfix@toast.net |
| PAYPAL | 01-16-2018 11:48:05 | $2,500.00 | William Russ | texfix@toast.net |
| PAYPAL | 02-01-2018 15:43:07 | $2,500.00 | William Russ | texfix@toast.net |
| PAYPAL | 02-15-2018 07:50:04 | $2,500.00 | William Russ | texfix@toast.net |
| PAYPAL | 03-05-2018 12:01:20 | $1,000.00 | William Russ | texfix@toast.net |
| PAYPAL | 03-07-2018 09:12:21 | $1,000.00 | William Russ | texfix@toast.net |
| PAYPAL | 03-08-2018 13:50:50 | $500.00 | William Russ | texfix@toast.net |
| PAYPAL | 03-16-2018 11:07:40 | $2,500.00 | William Russ | texfix@toast.net |
| PAYPAL | 04-03-2018 13:26:50 | $1,000.00 | William Russ | texfix@toast.net |
| PAYPAL | 04-09-2018 07:02:16 | $1,500.00 | William Russ | texfix@toast.net |
| PAYPAL | 04-17-2018 01:51:23 | $2,500.00 | William Russ | texfix@toast.net |
| PAYPAL | 05-04-2018 13:21:50 | $2,500.00 | William Russ | texfix@toast.net |
| PAYPAL | 05-17-2018 12:34:09 | $1,000.00 | William Russ | texfix@toast.net |
| PAYPAL | 05-20-2018 11:15:13 | $1,000.00 | William Russ | texfix@toast.net |
| PAYPAL | 05-29-2018 19:37:09 | $500.00 | William Russ | texfix@toast.net |
| PAYPAL | 05-31-2018 17:06:06 | $2,500.00 | William Russ | texfix@toast.net |
| PAYPAL | 06-15-2018 09:35:58 | $2,500.00 | William Russ | texfix@toast.net |
| PAYPAL | 07-02-2018 11:31:36 | $1,250.00 | William Russ | texfix@toast.net |
| PAYPAL | 07-05-2018 20:27:30 | $1,250.00 | William Russ | texfix@toast.net |
| PAYPAL | 07-16-2018 08:34:49 | $2,500.00 | William Russ | texfix@toast.net |
| PAYPAL | 08-01-2018 14:10:19 | $2,000.00 | William Russ | texfix@toast.net |
| PAYPAL | 08-06-2018 12:34:38 | $500.00 | William Russ | texfix@toast.net |
| PAYPAL | 08-16-2018 07:11:13 | $2,500.00 | William Russ | texfix@toast.net |
| PAYPAL | 09-03-2018 20:00:25 | $2,500.00 | William Russ | texfix@toast.net |
| PAYPAL | 09-12-2018 14:27:40 | $1,250.00 | William Russ | texfix@toast.net |
| PAYPAL | 09-18-2018 10:32:15 | $1,250.00 | William Russ | texfix@toast.net |
| PAYPAL | 10-09-2018 14:57:09 | $1,000.00 | William Russ | texfix@toast.net |
| PAYPAL | 10-16-2018 12:46:29 | $2,000.00 | William Russ | texfix@toast.net |
| PAYPAL | 10-22-2018 16:51:30 | $2,000.00 | William Russ | texfix@toast.net |
| PAYPAL | 11-02-2018 13:18:47 | $2,500.00 | William Russ | texfix@toast.net |
| PAYPAL | 11-16-2018 18:52:31 | $2,500.00 | William Russ | texfix@toast.net |
| PAYPAL | 12-03-2018 11:33:55 | $2,500.00 | William Russ | texfix@toast.net |
| PAYPAL | 12-17-2018 14:47:04 | $2,500.00 | William Russ | texfix@toast.net |
| PAYPAL | 12-22-2018 18:56:32 | $400.00 | William Russ | texfix@toast.net |
| PAYPAL | 01-03-2019 17:02:11 | $1,500.00 | William Russ | texfix@toast.net |
| PAYPAL | 01-14-2019 11:49:10 | $200.00 | William Russ | texasfixtures@gmail.com |
| PAYPAL | 01-17-2019 19:52:47 | $300.00 | William Russ | texasfixtures@gmail.com |
| PAYPAL | 01-19-2019 18:25:04 | $800.00 | William Russ | texasfixtures@gmail.com |
| | | | | **$71,330.00** |
| PAYPAL | 10-06-2017 21:41:58 | $30.63 | | |
| PAYPAL | 10-09-2017 20:24:25 | $5.55 | | |
| PAYPAL | 10-09-2017 20:24:25 | $25.63 | | |
| PAYPAL | 10-09-2017 20:32:54 | $129.99 | | |
| PAYPAL | 10-21-2017 03:06:13 | $737.69 | | |
| PAYPAL | 10-28-2017 15:02:55 | $170.00 | | |
| PAYPAL | 10-29-2017 17:00:49 | $1.00 | | |
| PAYPAL | 12-12-2017 15:50:20 | $31.91 | | |
| PAYPAL | 02-06-2018 09:27:07 | $15.00 | | |
| PAYPAL | 04-26-2018 05:17:03 | $0.19 | | |
| PAYPAL | 04-26-2018 05:17:24 | $222.22 | | |
| PAYPAL | 02-09-2019 02:11:37 | $48.55 | | |
| PAYPAL | 02-26-2019 06:02:23 | $81.12 | | |
| PAYPAL | 03-13-2019 07:43:47 | $137.71 | | |
| PAYPAL | 03-13-2019 07:43:47 | $104.79 | | |
| PAYPAL | 03-20-2019 23:19:54 | $106.90 | | |
| PAYPAL | 04-16-2019 12:42:25 | $260.52 | | |

**$92,742.52 TOTAL CREDIT TRANSACTIONS**

# EXHIBIT 5

**EXHIBIT 5**

## David Zeff

| | |
|---|---|
| **From:** | Robert J. Block <rjbrjb1@gmail.com> |
| **Sent:** | Wednesday, August 07, 2019 8:52 AM |
| **To:** | David Zeff |
| **Subject:** | Wescott |

He is within about a week or a little less receiving $50,000. Would that be of interest? We would need to move with alacrity. The putative payor has paid me directly on his instructions.

Let me know, thx.

773-571-5446

# EXHIBIT 6

**EXHIBIT 6**

**David Zeff**

| | |
|---|---|
| **From:** | Robert J. Block <rjbrjb1@gmail.com> |
| **Sent:** | Wednesday, August 07, 2019 9:11 AM |
| **To:** | David Zeff |
| **Subject:** | Fwd: acct number is 325074917914 |

Has the corporate name. Did you ever check this out? I believe he's using the same account though I may be mistaken. He keeps a couple hundred to a couple Grand in there at a time.

---------- Forwarded message ---------
From: Carl A. Wescott <c@carlawescott.com>
Date: Sun, May 20, 2018, 9:51 PM
Subject: acct number is 325074917914
To: <rjbrjb1@gmail.com>


B of A

Side Coast Inc (small business account in california)

325074917914

# EXHIBIT 7

**EXHIBIT 7**

**David Zeff**

| | |
|---|---|
| **From:** | Robert J. Block <rjbrjb1@gmail.com> |
| **Sent:** | Thursday, August 08, 2019 1:50 PM |
| **To:** | David Zeff |
| **Subject:** | Fwd: basic facts and legal reasoning on the US $50k |

Mr. Zeff:

First of all, confirming: I have no professional or personal obligation of confidentiality to Mr. Wescott.

What is most interesting in this chain is the self-serving June 19, 2019 email from Moon to Wescott (third email down). Moon acknowledges that your client and Monette have filed writs of attachment. He proposes paying Carl $50K in a manner calculated to evade those writs. I think that is inculpatory. Nor do I believe a Judge will credit Moon's posturing that the payment is from altruistic motives. You're the expert but a Court may find the communication to be irregular, suggestive and redolent of bad faith.

I will see what other nuggets I can excavate in the morning. I recalled this one off the top of my head because it was so ill-advised.

Thx for your call.

---------- Forwarded message ---------
From: Carl Wescott <carlwescott42@gmail.com>
Date: Fri, Jun 21, 2019, 6:02 PM
Subject: Fwd: basic facts and legal reasoning on the US $50k
To: Robert J. Block <RjbRjb1@gmail.com>

Telepathically sent to Siri who hopefully got it right.

Begin forwarded message:

> **From:** Bernard Moon <bernard@sparklabsglobal.com>
> **Date:** June 20, 2019 at 1:49:11 PM PDT
> **To:** Carl Wescott <carl@sparklabsiot.com>
> **Cc:** Carl Wescott <carlwescott42@gmail.com>, Carl A Wescott <carlawescottiii@gmail.com>, Jimmy Kim <jimmy@sparklabsglobal.com>
> **Subject:** Re: basic facts and legal reasoning on the US $50k
>
> Carl,
>
>
> Per my prior email – your association with SparkLabs has ended. You are not to do any work on SparkLabs' behalf.  Do not attend Demo Day.  We are "disinviting" you.

1

Bernard

On Thu, Jun 20, 2019 at 10:47 AM Carl Wescott <carl@sparklabsiot.com> wrote:
> Bernard,
>
> Thanks for getting back to me.
>
> As per prior communications, I plan to resign from my SparkLabs job and from the partnership in early July, as that is when you indicated (at one point) that the $50,000 could or would (likely) be paid.  Once those monies are in hand, I will resign and focus on getting a new safe/secure place to live and/or work and starting my new life. (Yes, very repetitive).
>
> If it takes longer to pay, then I will resign when paid that US $50,000.  Since I cannot work on SparkLabs IoT, I will continue to carry out other tasks and projects for the next couple or three weeks until I get this payment.  Among other promised deliverables, I'm still going to complete the Singapore writeup, and I'll finally have the time post-Seoul (if not paid by then) to use my rolodex to fill out mentors at some of the new accelerators (long list for DC, for example).
>
> My housing and other issues that have been outstanding for years are simply a matter of money.  I already have a plane ticket to Seoul and a hotel for Monday through Friday, and two other nights of hotels.  As per Dr. Jo's request, I am speaking at Inha University on June 28th, and I still plan to do this.  I'm still planning to attend Demo Day and related events that I'm registered for and was invited to (and obviously will not be discussing any of these issues with anyone).  As you know, it's been my plan to attend these Demo Day events for the last time as an "insider", and then to resign in early July after getting this $50,000.  If you're specifically disinviting me from attending Demo Day, please let me know.
>
> CAW
>
> --
> Carl A. Wescott
> +1 415 335 5000
> Email: carl@sparklabsiot.com
> URL: www.sparklabsiot.com
> 

On Wed, Jun 19, 2019 at 7:57 PM Bernard Moon <bernard@sparklabsglobal.com> wrote:

Carl,

Jimmy forwarded to your below email to me.  Given Jimmy's family situation, I will reply for both of us.

We are having multiple email exchange with you about the same topics, often repeating things that were previously said or addressing comments from you that seem to ignore what was said earlier.

On June 7th, Jimmy sent you an email confirming that you should stop all SparkLabs activity, and that you should proceed with your proposed "resignation." Since you don't have a formal role with the organization, we did not think any formal resignation or transition process was needed. Jimmy only asked that you show us the resignation message you planned to send out, so that we were comfortable with your proposed messaging.

Nothing has changed since that email was sent. In your latest email you say, "I can understand why Bernard and you no longer wish me to be part of the SparkLabs team (if that's true)." With all due respect to you, it is true. We do not think your continued involvement with SparkLabs is appropriate given the circumstances. Given that decision, you should not come to Seoul or do any more work on behalf of SparkLabs. As Jimmy mentioned in his June 7th email, you should focus on resolving your family, financial and housing issues and he just reiterated this to me again.

With respect to the consulting fee, we do not believe you are legally entitled to any money. We proposed giving you some money to help you out, if certain business conditions were met. We will still willing to provide you with the $50K consulting fee discussed out of goodwill, but (A) it needs to be documented in a way so that it resolves all SparkLabs claims for money you have, and (B) you need to take steps that would allow us to pay you these funds directly. Right now, the SparkLabs entities and myself personally (this past Friday) have been served with writs of attachment directing us to send any money payable to Monette (to satisfy the judgment she had) and to Fiechter (to satisfy that judgment).

We strongly reject with your contention that there was any "oral contract" or any other agreement to pay you funds for investor referrals or for any other services. We told you several times that you could not receive any referral fees as that would be prohibited transaction based compensation (since you do not have a broker dealer license). Our understanding was that you would get carry and be admitted as a Managing Partner when and if SparkLabs IoT's fundraising was successfully completed. That has not happened.

Your latest email is extremely troubling. In addition to raising a number of threatened legal claims, you are blaming SparkLabs for your personal difficulties (homelessness, use of food stamps, inability to visit with your children) which we have not had any visibility on or control over. We were not even aware of the depth of your financial troubles until recently. At various points in the past you told us that you would be securing another job, and we never prevented or discouraged you from doing so.

If you would like to propose a way resolving this matter fully and fairly, please do so. In the meantime, you should not represent that you are a SparkLabs representative in any business discussions you may be having, and should change your LinkedIn and other professional materials to reflect that your involvement with SparkLabs ended.


Respectfully,


Bernard


2019년 6월 19일 (수) 오전 5:44, Carl Wescott <carlawescottiii@gmail.com>님이 작성:

Jimmy, I don't want to bother or upset Bernard on his birthday, so sending to you only.

I will forward to Bernard tomorrow.

After years of oral and written promises that I thought I could rely on (and I believe ARE legally binding), I have heard from both you and Bernard that you don't believe there is any legal basis to compensate me or pay me, and thus I am setting out the basic facts and legal reasoning for your review.

As you know, years ago (perhaps 2015 or 2016, will look it up) Bernard, as agent for SparkLabs and partner thereof, offered me 5% ($50,000 per $1 million raised) for referrals to investors that SparkLabs closed. Oral contract formed. Offer, acceptance, meeting of the minds.

I then did more than refer. I took John Lee to lunch (part of the consideration, a legal term relating to the original oral contract), found out the details of his venture fund within MLB, advised him a bit on it on some other investments, and recommended SparkLabs. MLB then invested an eight-digit amount, including US $1 mil to SparkLabs. Highly confidential as you know. I know the other details on US $20+ mil more but cannot divulge due to NDA.

But rather than pay the $50,000, Bernard suggested we deepen the relationship, and that I become a Venture Partner in SparkLabs IoT. I will have to look up what % of the carry I was to get; I think it was 3%. Though nothing was guaranteed, based on SparkLabs IoT being funded and making 16 investments with many more to come, I was to reasonably expect much more than US $50,000 over time.

It was only later that I discovered that SparkLabs IoT was NOT funded and in fact the 16 investments trumpeted as SparkLabs IoT in press releases and on the web site were made by a different entity. This is the reason I have suggested a new clean entity if SparkLabs IoT is going to continue, though that is more related to the job I was offered in 2016 and not the consulting I was to be paid for before. Continuing on, another idea is just to shut it down. I offered to raise an IoT accelerator fund in Singapore (and Bernard thinks a FinTech one there is a better idea. I agree that both should be viable and have written up some details and can continue to refine the writeup and concept if we have interest).

4

If I were to file a lawsuit over this issue, the way the law works in the US is that I would get:

1) 10% interest compounded from the date I was supposed to originally get paid (2015?)

2) *if* fraud is proven, I would get triple damages on top of the interest-adjusted number. I'm pretty sure that the civil torts of promissory fraud, and state and federal securities fraud, among other types of fraud, would apply. Essentially I purchased a security (a share in SparkLabs IoT) based on false information, with the $50,000 I should have received. Was SparkLabs IoT actually funded? Did it make those 16 investments? Did it reasonably expect to generate the expected cash flow? I refer your attention to US Securities and Exchange Commission Rule 10b-5, codified at 17 C.F.R. 240.10b-5, part of the Securities Exchange Act of 1934, which prohibits any act or omission resulting in deceit relating to the sale of any security. I'll go ahead and draft the complaint for your review. I have no plans to file it. I simply want you to look at it, and if you check with Cooley LLP they will confirm that we do have issues and legal obligations.

3) It's likely I would get exemplary/punitive damages as well, given the impact on my life from 2015 through late 2016 and beyond, where I did not get a place to live, have not paid child support, could not afford to hire an attorney so I could see my children. These damages would help adjust for the secondary impact of these issues as well as are meant to deter the tortfeasors from similar behavior in the future.

Based on conversations with Bernard, where I pointed out that my original share of SparkLabs IoT was NOT what it was supposed to be, and that I had not gotten paid, he had promised to make things right, starting with the original $50,000, and with promises to pay of that $50,000 (most recently, prior to new offer, in January when I was bringing in an investment by Randy Russ).

I have been extremely patient for years. I have been a team player and good soldier. I have made incredible sacrifices on behalf of Bernard, you, and SparkLabs, remaining homeless, on food stamps, not living the lifestyle I should have, not seeing my children, not traveling or dating for the most part outside of some SparkLabs business and a few other sponsored trips.

I do not want to cause issues. I do not want to fight. I simply seek a fair resolution of my issues. Can we please talk about this soon and figure out how to handle this? If you are no longer going to pay the newly promised $50,000, can you please advise as soon as possible?

Right now I'm just trying to get part of the original $50,000. I have been told that SparkLabs grew too quickly and capital was being raised too slowly and that I cannot get paid.

Thus, if SparkLabs still can't afford to pay the US $50k, and partners cannot cover, perhaps we can do something like this:

I'd like to get $5k wired to Capital Ideas Inc. from Korea in the next day or so (but can survive with $2k). It can also be wired to me or to Side Coast Inc. I don't have a personal bank account but can set one up. It can be wired from elsewhere.

I'd like to get $20k wired to Capital Ideas Inc from Korea on July 4th, the first $9k so I can get a safe, secure place to live, and another $10k for an attorney so I can see my children (or perhaps $6k of that for a Child Support payment if that will do the trick). It would be better to get $9k of it earlier so I can lock in my place to live and work. I prefer to lock it in this week, sign a lease starting July 5th, and move starting July 5th.

I'm open to ideas.

Again, if we're no longer going to pay me, please advise ASAP, thanks.

Otherwise, I'd like to work something out on the logistics and timing and am very open to possibilities.

Finally, we need to work through these issues, but I still think highly of Bernard, you, the rest of the team, and the whole SparkLabs ecosystem. I have been honored to be a small part of our success (ironically, more as a mentor than in other roles). I can understand why Bernard and you no longer wish me to be part of the SparkLabs team (if that's true). I fully admit that issues related to where I have had to live and work, in the worst part of San Francisco where crime is rampant, have impacted my ability to perform.

I value our relationships. If and when there is interest, perhaps in the future, I would like to work on some cool projects that are not tainted by these sorts of issues where we are able to succeed together.

--Carl +1 415 335 5000

# EXHIBIT 8

**EXHIBIT 8**

**David Zeff**

| | |
|---|---|
| **From:** | Robert J. Block <rjbrjb1@gmail.com> |
| **Sent:** | Thursday, August 08, 2019 2:11 PM |
| **To:** | David Zeff |
| **Subject:** | Fwd: subpoena response put together by Cooley and signed by Bernard, that went to LVS |
| **Attachments:** | Third-Party SparkLabs Objections and Responses to Subpoena .pdf; SparkLabs Declaration of Records Custodian .pdf |

Carl specifically alleges perjury in subpoena response.

---------- Forwarded message ---------
From: Carl Wescott <carlawescottiii@gmail.com>
Date: Tue, Jun 25, 2019, 2:49 AM
Subject: subpoena response put together by Cooley and signed by Bernard, that went to LVS
To: Robert J. Block <rjbrjb1@gmail.com>, Carl A Wescott <carlawescottiii@gmail.com>, Carl Wescott <carlwescott42@gmail.com>

Bernard commits perjury herein.

The only question is whether Cooley and Bernard/SparkLabs conspired to cover up my compensation, or whether Cooley is unaware.

--Carl

1

# EXHIBIT 9

**EXHIBIT 9**

**David Zeff**

| | |
|---|---|
| **From:** | Robert J. Block <rjbrjb1@gmail.com> |
| **Sent:** | Friday, August 09, 2019 10:58 AM |
| **To:** | David Zeff |
| **Subject:** | Re: acct number is 325074917914 |

To correct, my $500 deposit was 5/20-21/18. That was the reason he sent the account number and Corp name in his 5/20/18 email.

On Fri, Aug 9, 2019, 12:53 PM Robert J. Block <rjbrjb1@gmail.com> wrote:
Carl Pay-Pals me. He paid the for a hotel room at the Clift last month using a debit card linked to this account. He routinely pays hotel expenses with that card. He paid a friend of mine 3-4X directly from this account and she PayPalled me (my bank is TCF with no branches convenient to Carl). I would rather not use her name.

Carl was stranded in Panama in June of 2018. He instructed me to deposit $500 in this specific account. I did so and he used the money to get a hotel in Panama.

On Fri, Aug 9, 2019, 12:48 PM David Zeff <dmz@zefflaw.com> wrote:

Working on your declaration.  Have you personally received money from Wescott via this account?

Do you know of others he has paid from this account?



**From:** Robert J. Block <rjbrjb1@gmail.com>
**Sent:** Wednesday, August 07, 2019 9:11 AM
**To:** David Zeff <dmz@zefflaw.com>
**Subject:** Fwd: acct number is 325074917914



Has the corporate name. Did you ever check this out? I believe he's using the same account though I may be mistaken. He keeps a couple hundred to a couple Grand in there at a time.

---------- Forwarded message ---------
From: Carl A. Wescott <c@carlawescott.com>
Date: Sun, May 20, 2018, 9:51 PM
Subject: acct number is 325074917914
To: <rjbrjb1@gmail.com>



B of A

Side Coast Inc (small business account in california)

325074917914

# EXHIBIT 10

**EXHIBIT 10**

**Additional Paypal Payments from Carl Wescott (c@carlawescott.com) to Robert Block (rjbrjb1@gmail.com)**

| Date | Details | Transaction ID | Amount |
|------|---------|----------------|--------|
| 2/1/19 | Payment from Carl Wescott | 6UW3227066718150X | $100.00 |
| 1/18/19 | Payment from Carl Wescott | 2W927861YA690510D | $200.00 |
| 1/8/19 | Payment from Carl Wescott | 94S20351F6198990C | $820.00 |
| 1/7/19 | Payment from Carl Wescott | 0TD75336HT1118709 | $180.00 |
| 1/4/19 | Payment from Carl Wescott | 018196887R773324H | $150.00 |
| 12/30/18 | Payment from Carl Wescott | 43S08491A5686532L | $400.00 |
| 12/19/18 | Payment from Carl Wescott | 37S54650UR4804445 | $1,000.00 |
| 12/17/18 | Payment from Carl Wescott | 14T093163B765950T | $920.00 |
| 12/16/18 | Payment from Carl Wescott | 10U670354B6946158 | $80.00 |
| 12/3/18 | Payment from Carl Wescott | 9V0633222X0141713 | $2,000.00 |
| 11/27/18 | Payment from Carl Wescott | 7C785516T9225764F | $200.00 |
| 11/16/18 | Payment from Carl Wescott | 6A4961701Y6091134 | $1,500.00 |
| 11/16/18 | Payment from Carl Wescott | 9P603085H18437121 | $30.00 |
| 11/7/18 | Payment from Carl Wescott | 3HP51979DG300102Y | $500.00 |
| 11/3/18 | Payment from Carl Wescott | 3M412077F08735026 | $500.00 |
| 11/2/18 | Payment from Carl Wescott | 1TP70126B90427800 | $1,000.00 |
| 11/1/18 | Payment from Carl Wescott | 8UC18018L5259892K | $40.00 |
| 10/24/18 | Payment from Carl Wescott | 68U30285S01667056 | $25.00 |
| 10/22/18 | Payment from Carl Wescott | 97N67670FY3872525 | $875.00 |
| 10/22/18 | Payment from Carl Wescott | 9JA97119BU1499016 | $6.00 |
| 10/22/18 | Payment from Carl Wescott | 378736247U767832V | $94.00 |
| 10/16/18 | Payment from Carl Wescott | 2B719442T1882721P | $1,000.00 |
| 10/9/18 | Payment from Carl Wescott | 5PG60002BK0893457 | $3.20 |
| 10/9/18 | Payment from Carl Wescott | 93843925B5807474K | $100.00 |
| 9/23/18 | Payment from Carl Wescott | 3C840608EX9359606 | $1,000.00 |
| 9/20/18 | Payment from Carl Wescott | 1JT45106YT640820N | $1,000.00 |
| 9/18/18 | Payment from Carl Wescott | 06V34712AN107452W | $1,000.00 |
| 9/4/17 | Payment from Carl Wescott | 8DX23753SG159040P | $1,000.00 |
| 9/2/18 | Payment from Carl Wescott | 6AD905111R9535147 | $1,000.00 |
| 8/17/18 | Payment from Carl Wescott | 5GB49390GV2299353 | $1,000.00 |
| 8/16/18 | Payment from Carl Wescott | 6XU47878JD375980B | $206.90 |
| 8/15/18 | Payment from Carl Wescott | 10T23888M41723932 | $1,000.00 |
| 8/6/18 | Payment from Carl Wescott | 6D428106FK502644B | $13.76 |
| 8/6/18 | Payment from Carl Wescott | 2T363366HC1772618 | $500.25 |
| 8/1/18 | Payment from Carl Wescott | 5JS629987D7804339 | $1,825.00 |
| 7/31/18 | Payment from Carl Wescott | 4VR81564TN445173P | $100.00 |
| 7/18/18 | Payment from Carl Wescott | 40C15231UV6484355 | $25.00 |
| 7/16/18 | Payment from Carl Wescott | 4JK389886H3904146 | $2,000.00 |
| 7/5/18 | Payment from Carl Wescott | 5B044537FY546150E | $1,000.00 |
| 7/2/18 | Payment from Carl Wescott | 89H80607AG373064N | $1,000.00 |
| 6/28/18 | Payment from Carl Wescott | 5MS275625W730000V | $500.00 |
| 6/28/18 | Payment from Carl Wescott | 49N94438DD674703U | $500.00 |
| 6/20/18 | Payment from Carl Wescott | 54X51581FP661370B | $50.00 |
| 6/15/18 | Payment from Carl Wescott | 5ET995422J8045500 | $1,000.00 |
| 6/2/18 | Payment from Carl Wescott | 3UG452349J5070110 | $24.50 |
| 6/1/18 | Payment from Carl Wescott | 6WR62578U8365745H | $1,500.00 |
| 5/20/18 | Payment from Carl Wescott | 5DM95493BU806574G | $500.00 |

| 5/20/18 | Payment from Carl Wescott | 0420703248179403G | $200.00 |
| 5/17/18 | Payment from Carl Wescott | 6S810480VF4668928 | $800.00 |
| 5/7/18 | Payment from Carl Wescott | 0ED92294GW921652X | $1,000.00 |
| 5/1/18 | Payment from Carl Wescott | 29691591P6105760A | $500.00 |
| 4/27/18 | Payment from Carl Wescott | 13G511072P1186721 | $54.00 |
| 4/27/18 | Payment from Carl Wescott | 0H399003RG266512D | $246.00 |
| 4/17/18 | Payment from Carl Wescott | 1J198158W12086242 | $1,500.00 |
| 4/16/18 | Payment from Carl Wescott | 0TC05403F7749505P | $500.00 |
| 4/9/18 | Payment from Carl Wescott | 58M63909448441738 | $1,000.00 |
| 4/3/18 | Payment from Carl Wescott | 1UB5576700844774F | $1,000.00 |
| 3/16/18 | Payment from Carl Wescott | 2V072388GM5394836 | $1,650.00 |
| 3/7/18 | Payment from Carl Wescott | 5G724471VC7358925 | $475.00 |
| 3/5/18 | Payment from Carl Wescott | 9GU715996S577221G | $25.00 |
| 3/5/18 | Payment from Carl Wescott | 2P1528796A371970W | $1,000.00 |
| 2/15/18 | Payment from Carl Wescott | 823490709C728121X | $1,000.00 |
| 2/1/18 | Payment from Carl Wescott | 73U25945LT0026224 | $1,000.00 |
| 1/23/18 | Payment from Carl Wescott | 4RC05531TN3851603 | $18.00 |
| 1/20/18 | Payment from Carl Wescott | 64V7001578379450R | $100.00 |
| 1/16/18 | Payment from Carl Wescott | 1TV0509035793103D | $0.01 |
| 1/16/18 | Payment from Carl Wescott | 5X305566SX653062X | $501.99 |
| 12/28/17 | Payment from Carl Wescott | 37U57053NP744245U | $18.00 |
| 12/23/17 | Payment from Carl Wescott | 6BE40205D8809250R | $75.00 |
| 12/19/17 | Payment from Carl Wescott | 47603519LF791241D | $62.50 |
| 12/15/17 | Payment from Carl Wescott | 8KN52966P3349131L | $237.51 |
| 12/12/17 | Payment from Carl Wescott | 9EY756159P743751V | $145.00 |
| 12/4/17 | Payment from Carl Wescott | 2YA25171LL951231V | $185.00 |
| 12/1/17 | Payment from Carl Wescott | 8YS427894A886690N | $165.00 |
| 11/24/17 | Payment from Carl Wescott | 75C41293NE808534J | $121.26 |
| 11/22/17 | Payment from Carl Wescott | 4XT56516VB828220V | $212.50 |
| 10/29/17 | Payment from Carl Wescott | 6NP89478BA7353823 | $25.00 |
| 10/28/17 | Payment from Carl Wescott | 4WY93548VG469700G | $100.00 |
| 10/27/17 | Payment from Carl Wescott | 0PC88335VV8792116 | $103.00 |
| 10/24/17 | Payment from Carl Wescott | 6MU41255LE999754W | $162.50 |
| 10/19/17 | Payment from Carl Wescott | 43281822WB9222316 | $150.00 |
| 10/8/17 | Payment from Carl Wescott | 4UB35968A91247420 | $0.00 |
| 10/7/17 | Payment from Carl Wescott | 55E78276J08867508 | $40.00 |
| 10/6/17 | Payment from Carl Wescott | 0XC34600LW129441E | $10.00 |
| | | | **$43,850.88**  **TOTAL** |

# EXHIBIT 11

**EXHIBIT 11**

**From:** "Robert J. Block" <rjbrjb1@gmail.com>
**Date:** September 12, 2019 at 11:39:01 AM MDT
**To:** David Zeff <dmz@zefflaw.com>
**Subject: Wescott**

He hacked into my email, violating the stored communications act among other things. He bluffed and bullied. I consulted a lawyer here who has persuaded me he is ultimately not a threat. Apologies for the radio silence but I needed to protect my flank - his attack was most unexpected. He is an IT expert, that's the only thing about him that's genuine so security is important.

I imagine that you would imagine we are working some scam but I can forward his threats and imprecations.

I am prepared to sign a revised Dec if that would help.

If not, I understand and good luck. I wouldn't pay him a penny.

1

# EXHIBIT 12

**EXHIBIT 12**

CRAIG C. DANIEL (212588)
JUSTIN L. SOWA (305002)
GLUCK DANIEL LLP
One Sansome Street, Suite 720
San Francisco, CA 94104
Telephone      415-510-2114
Facsimile      415-510-2208
Email          litigation@gluckdaniel.com

Attorneys for Defendant
BERNARD MOON

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO, CENTRAL DIVISION

| | |
|---|---|
| FREDERICK C. FIECHTER, ET AL., | Case No. CPF-11-511547 |
| Plaintiff, | **THIRD-PARTY BERNARD MOON'S OBJECTIONS AND RESPONSES TO DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS ISSUED BY FREDERICK FIECHTER** |
| v. | |
| CARL WESCOTT, ET AL., | |
| Defendants. | |

Pursuant to California Code of Civil Procedure sections 2020.010 et seq., Third-Party Bernard Moon hereby responds to Plaintiff Frederick C. Fiechter's May 21, 2019 Deposition Subpoena for Production of Business Records.

This response to the Requests is made to the best of Responding Party's present knowledge, information, and belief. This response is at all times subject to such additional or different information that discovery or further investigation may disclose and, while based on the present state of Responding Party's recollection, is subject to such refreshing of recollection, and such additional knowledge off acts as may result from Responding Party's further discovery or investigation. Responding Party reserves the right but assumes no responsibility to conduct further investigation or discovery.

1    Responding Party will not produce documents or materials that he deems to embody

2    material that is private, business confidential, proprietary, trade secret, or otherwise protected from

3    disclosure pursuant to California Constitution, article I, section 1, or California Evidence Code

4    section 1060.  Under appropriate circumstances, Responding Party may agree to produce such

5    documents upon the entry of, and subject to, an appropriate protective order against the

6    unauthorized use or disclosure of such information.

7    Responding Party reserves all objections or other questions as to the competency,

8    relevance, materiality, privilege or admissibility as evidence in any subsequent proceeding in or

9    trial of this or any other action for any purpose whatsoever of this response and any document or

10    thing produced in response to the Requests.

11    Any representation that Responding Party will produce documents responsive to a

12    particular request is not a representation that such documents actually exist.

13    **GENERAL OBJECTIONS**

14    Responding Party objects to the definitions of "refer," "refers to," and "referring to" as

15    being overbroad, vague, encompassing documents unrelated to the action, and placing an undue

16    burden on the Responding Party.  Responding Party will interpret documents that "refer to" a

17    given topic to mean documents that reflect or refer to that topic on their face.

18    Responding Party objects to any demand that seeks documents or information that is

19    publicly available or available through the parties to the litigation.

20    **SPECIFIC REQUESTS**

21    **Request no. 1**

22    True copies of each and every DOCUMENT in YOUR possession custody or control,

23    which shows or REFERS to any past or present property interest CARL WESCOTT, aka KALLE

24    WESCOTT, has or claims to have with you or in any of your business entities, including, but not

25    limited to cash, sums on deposit, credits, checking and savings accounts, PayPal accounts, crypto

26    currency accounts (including, but not limited to Bitcoin, Aziza Coin, Aziza Project, Ethereum and

27    the like), brokerage accounts, credit union accounts, chattel paper, accounts receivable,

28    commission or royalty rights, promissory notes to CARL WESCOTT, aka KALLE WESCOTT,

1  general intangibles, property subject to pending actions, final money judgments, securities of all

2  kinds, stocks, bonds, debentures, options, options contracts, any interest in any LLC, LLP,

3  partnership, limited partnership, computers and\or equipment of any kind.

4  **Response to Request no. 1**

5      Subject to and without waiving the foregoing general objections, Responding Party will

6  produced non-privileged documents in his custody or control responsive to this Request.

7  **Request no. 2**

8      True copies of each and every DOCUMENT in YOUR possession, custody or control,

9  which shows or REFERS to any cash, credits, wires, ACH transfers or any other thing of value

10  YOU have received from CARL WESCOTT, aka KALLE WESCOTT, or any person or entity

11  acting on his behalf, including, but not limited to PayPal, Inc., cryptocurrency accounts (including,

12  but not limited to Bitcoin, Aziza Coin, Aziza Project, Ethereum and the like), Side Coast, Inc.,

13  Percy Haulund, Bernard Moon, Robert Block, Monette R. Stephens, and/or Zoom Systems

14  Corporation, during the period starting on September 6, 2010 (one year before this Judgment was

15  entered) and the date of YOUR response hereto.

16  **Response to Request no. 2**

17      Subject to and without waiving the foregoing general objections, Responding Party will

18  produced non-privileged documents in his custody or control responsive to this Request.

19  **Request no. 3**

20      True copies of each and every DOCUMENT in YOUR possession, custody or control,

21  which shows or REFERS to any cash, credits, wires, ACH transfers or any other thing of value

22  YOU have given, delivered or sent, or caused to be given, delivered or sent, to CARL WESCOTT,

23  aka KALLE WESCOTT, or to any person or entity on his behalf, including, but not limited to

24  PayPal, Inc., crypto currency accounts (including, but not limited to Bitcoin, Aziza Coin, Aziza

25  Project, Ethereum and the like), Side Coast, Inc., Percy Haulund, Bernard Moon, Robert Block,

26  Monette R. Stephens, and\or Zoom Systems Corporation, during the period starting on September

27  6, 2010 ( one year before this Judgment was entered) and the date of YOUR response hereto.

28

1  **Response to Request no. 3**

2      Subject to and without waiving the foregoing general objections, Responding Party will

3  produce non-privileged documents in his custody or control responsive to this Request.

4

5                                                    GLUCK DANIEL LLP

   Dated: July 29, 2019
6                                                    _____

7                                                    Craig C. Daniel
                                                     Attorneys for BERNARD MOON
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Hello, Bernard Moon



# You sent $500.00 USD to Carl Wescott

Transaction Details

Transaction ID: 9SR81525B0910062A

May 10, 2019

Money sent

**$500.00 USD**



Fee

$ · · · · · · · · ·

PAID WITH

PayPal Credit                                                                $514.80 USD

---

**You paid**                          **$514.80 USD**

**Carl Wescott will receive**            $500.00 USD

---

Please note it may take a little while for this payment to appear in the Activity section of your account.

Get the Details



Help & Contact | Security | Apps

   

**Right to Refund**

You, the customer, are entitled to a refund of the money to be transmitted as the result of this agreement if PayPal, Inc. does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.

If your instructions as to when the moneys shall be forwarded or transmitted are not complied with and the money has not yet been forwarded or transmitted, you have a right to a refund of your



If you want a refund, you must mail or deliver your written request to PayPal, Inc., at P.O. Box 45950, Omaha, NE 68145-0950. If you do not receive your refund, you may be entitled to your money back plus a penalty of up to $1,000 and attorney's fees pursuant to section 2102 of the California Financial Code.

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Copyright © 1999-2019 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPC000956:1.9:e9e6e96815125



Hello, Bernard Moon



# You sent $1,541.66 USD to Carl Wescott

Transaction Details

Transaction ID: 48H45347GX354740X

April 14, 2019

Money sent

**$1,541.66 USD**

Fee

PAID WITH

AMEX 1008                                                                  $1,586.67 USD

                                        **You paid**        **$1,586.67 USD**

                        **Carl Wescott will receive**        $1,541.66 USD

Please note it may take a little while for this payment to appear in the Activity section of your account.

Get the Details



Help & Contact  |  Security  |  Apps

   

**Right to Refund**

You, the customer, are entitled to a refund of the money to be transmitted as the result of this agreement if PayPal, Inc. does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.

If your instructions as to when the moneys shall be forwarded or transmitted are not complied with and the money has not yet been forwarded or transmitted, you have a right to a refund of your

If you want a refund, you must mail or deliver your written request to PayPal, Inc., at P.O. Box 45950, Omaha, NE 68145-0950. If you do not receive your refund, you may be entitled to your money back plus a penalty of up to $1,000 and attorney's fees pursuant to section 2102 of the California Financial Code.

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Copyright © 1999-2019 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPC000956:1.3:3a4202ee16a53

Hello, Bernard Moon



# You sent $1,100.00 USD to Carl Wescott

Transaction Details

Transaction ID: 6TA88525767013013                    March 18, 2019

Money sent

**$1,100.00 USD**

Fee

$32.20 USD

PAID WITH

AMEX 1008                                                              $1,132.20 USD

---

**You paid**              **$1,132.20 USD**

**Carl Wescott will receive**        $1,100.00 USD

---

Please note it may take a little while for this payment to appear in the Activity section of your account.

Get the Details

---



Help & Contact | Security | Apps

   

---

**Right to Refund**

You, the customer, are entitled to a refund of the money to be transmitted as the result of this agreement if PayPal, Inc. does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.

and the money has not yet been forwarded or transmitted, you have a right to a refund of your money.

If you want a refund, you must mail or deliver your written request to PayPal, Inc. at P.O. Box 45950, Omaha, NE 68145-0950. If you do not receive your refund, you may be entitled to your money back plus a penalty of up to $1,000 and attorney's fees pursuant to section 2102 of the California Financial Code.

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Copyright © 1999-2019 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPC000956:1.3:c638ba0ce2455

Hello, Bernard Moon



# You sent $855.00 USD to Carl Wescott

Transaction Details

Transaction ID: 3V6688600W2648326

February 20, 2019

Money sent

**$855.00 USD**

Fee

$~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~$

PAID WITH

AMEX 1008                                                          $880.10 USD

---

                              **You paid**              **$880.10 USD**

                    **Carl Wescott will receive**        $855.00 USD

---

Please note it may take a little while for this payment to appear in the Activity section of your account.

Get the Details



Help & Contact  |  Security  |  Apps

   

### Right to Refund

You, the customer, are entitled to a refund of the money to be transmitted as the result of this agreement if PayPal, Inc. does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.

If your instructions as to when the moneys shall be forwarded or transmitted are not complied with and the money has not yet been forwarded or transmitted, you have a right to a refund of your

If you want a refund, you must mail or deliver your written request to PayPal, Inc. at P.O. Box 45950, Omaha, NE 68145-0950. If you do not receive your refund, you may be entitled to your money back plus a penalty of up to $1,000 and attorney's fees pursuant to section 2102 of the California Financial Code.

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Copyright © 1999-2019 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPC000956:1.52.44.0.0.2:f9e0589f3332b

Hello, Bernard Moon



# You sent $1,000.00 USD to robert block

Transaction Details

Transaction ID: 28J29829WR605580T

May 29, 2019

Money sent

**$1,000.00 USD**

Fee

PAID WITH

PayPal Credit                                                                $1,029.30 USD

---

                                        **You paid**        **$1,029.30 USD**

                        **robert block will receive**         $1,000.00 USD

---

Please note it may take a little while for this payment to appear in the Activity section of your account.

Get the Details



Help & Contact | Security | Apps

   

**Right to Refund**

You, the customer, are entitled to a refund of the money to be transmitted as the result of this agreement if PayPal, Inc. does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.

If your instructions as to when the moneys shall be forwarded or transmitted are not complied with and the money has not yet been forwarded or transmitted, you have a right to a refund of your

If you want a refund, you must mail or deliver your written request to PayPal, Inc., at P.O. Box 45950, Omaha, NE 68145-0950. If you do not receive your refund, you may be entitled to your money back plus a penalty of up to $1,000 and attorney's fees pursuant to section 2102 of the California Financial Code.

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Copyright © 1999-2019 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPC000956:1.9:a74d44c982033

**PROOF OF SERVICE**

1

2        I, **Brenda Martinez-Eby**, declare as follows: I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. My business address is Gluck Daniel LLP, One Sansome Street, Suite 720, San Francisco, California 94104. I served the attached paper identified below on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as indicated and served the named document in the manner indicated below

3

4

5    **THIRD-PARTY BERNARD MOON'S OBJECTIONS AND RESPONSES TO DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS ISSUED BY FREDERICK FIECHTER**

6

7 Service upon:

8

| David M. Zeff, Esq. | *Attorney for Plaintiff and Judgment Creditor* |
| 1100 Larkspur Circle, Suite 350 | *FREDERICK C. FIECHTER* |
| Larkspur, CA 94939 | |
| Tel.: (415) 923-1380 | |
| Fax: (415) 923-1382 | |
| Email: dmz@zefflaw.com | |

9

10

11

12 ☒ **BY MAIL**: I caused true and correct copies of the above document(s) to be served by mail on the above date by personally placing and sealing said document(s) in an envelope or package suitable for mailing, addressed to the addressee(s) and including this firm's return address, and then, following ordinary office practice, placing said sealed envelope in the office's usual location for collection and mailing with the United States Postal Service.

13

14

15 ☐ **BY NEXT-DAY OVERNIGHT SERVICE**: I caused true and correct copies of the above document(s) to be placed within a sealed envelope or other package suitable for overnight shipment, addressed to the addressee(s) and including this firm's return address, and delivered on the date stated above to an overnight delivery service for delivery to the addressee(s) on the following business day.

16

17

18 ☐ **BY HAND DELIVERY**: I caused true and correct copies of the above document(s) to be placed within a sealed envelope or other package suitable for handling by a messenger or courier service and then caused the package to be hand-delivered by a same-day messenger service to the addressee(s) on this date.

19 ☒ **BY EMAIL**: I caused true and correct copies of the above document(s) to be sent via email to the addressee(s) on this date. I did not receive a notice indicating delivery failure.

20 ☐ **BY E-SERVICE**: I caused true and correct copies of the above document(s) to be sent via electronic transmission through the Court's E-service vendor in conformity with San Francisco Superior Court Local Rule 2.10 in transaction number XXX.

21

22    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed **July 29, 2019**, at San Francisco, California.

23

24

25 *Brenda Martinez-Eby*
                    **Brenda Martinez-Eby**

26

27

28

GLUCK DANIEL LLP
415-510-2114

# EXHIBIT 13

**EXHIBIT 13**

Wescott PayPal Activity re Travel

10/2017 - 4/2019

| Platform | Date / Time | Total | Name | Email |
|----------|-------------|-------|------|-------|
| PAYPAL | 10-06-2017 21:41:58 | $30.63 | HOTELS.COM USA | hus_pp@expedia.com |
| PAYPAL | 10-06-2017 21:41:20 | $30.63 | HOTELS.COM USA | hus_pp@expedia.com |
| PAYPAL | 10-09-2017 20:32:54 | $129.99 | HOTELS.COM USA | hus_pp@expedia.com |
| PAYPAL | 10-09-2017 20:32:14 | $129.99 | HOTELS.COM USA | hus_pp@expedia.com |
| PAYPAL | 10-09-2017 20:24:25 | $31.18 | HOTELS.COM USA | hus_pp@expedia.com |
| PAYPAL | 10-09-2017 20:23:42 | $31.18 | HOTELS.COM USA | hus_pp@expedia.com |
| PAYPAL | 10-19-2017 12:16:19 | $737.69 | United Airlines, Inc | paypal@coair.com |
| PAYPAL | 10-21-2017 03:06:13 | $737.69 | United Airlines, Inc | paypal@coair.com |
| PAYPAL | 12-12-2017 15:50:20 | $31.91 | HOTELS.COM USA | hus_pp@expedia.com |
| PAYPAL | 12-12-2017 15:49:47 | $31.91 | HOTELS.COM USA | hus_pp@expedia.com |
| PAYPAL | 02-09-2019 02:11:02 | $48.55 | HOTELS.COM USA | hus_pp@expedia.com |
| PAYPAL | 02-09-2019 02:11:02 | $48.55 | HOTELS.COM USA | hus_pp@expedia.com |
| PAYPAL | 02-09-2019 02:11:37 | $48.55 | HOTELS.COM USA | hus_pp@expedia.com |
| PAYPAL | 02-26-2019 06:01:51 | $81.12 | HOTELS.COM USA | hus_pp@expedia.com |
| PAYPAL | 02-26-2019 06:02:23 | $81.12 | HOTELS.COM USA | hus_pp@expedia.com |
| PAYPAL | 02-26-2019 06:01:51 | $81.12 | HOTELS.COM USA | hus_pp@expedia.com |
| PAYPAL | 03-13-2019 07:43:47 | $101.53 | HOTELS.COM SGP | hsg_pp@expedia.com |
| PAYPAL | 03-13-2019 07:43:12 | $101.53 | HOTELS.COM SGP | hsg_pp@expedia.com |
| PAYPAL | 03-13-2019 07:43:12 | $101.53 | HOTELS.COM SGP | hsg_pp@expedia.com |
| PAYPAL | 03-20-2019 23:19:54 | $106.90 | HOTELS.COM USA | hus_pp@expedia.com |
| PAYPAL | 03-20-2019 23:19:18 | $106.90 | HOTELS.COM USA | hus_pp@expedia.com |
| PAYPAL | 03-20-2019 23:19:18 | $106.90 | HOTELS.COM USA | hus_pp@expedia.com |
| PAYPAL | 04-16-2019 12:41:50 | $260.52 | HOTELS.COM USA | hus_pp@expedia.com |
| PAYPAL | 04-16-2019 12:41:50 | $260.52 | HOTELS.COM USA | hus_pp@expedia.com |
| PAYPAL | 04-16-2019 12:42:25 | $260.52 | HOTELS.COM USA | hus_pp@expedia.com |
| PAYPAL | 04-21-2019 06:06:39 | $11.20 | United Airlines, Inc | paypal@united.com |
| PAYPAL | 04-23-2019 04:07:32 | $11.20 | United Airlines, Inc | paypal@united.com |
| PAYPAL | 04-21-2019 06:06:39 | $11.20 | United Airlines, Inc | paypal@united.com |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | $3,752.26 |  |  |

# EXHIBIT 14

**EXHIBIT 14**

| Platform | Account Number | Agent Info | IP | First Used Date | Last Used Date | Log | Is Signup IP | Is Bad IP | Is Ofac IP | Is Spoof IP | Is High Risk IP | Count | Region | City | Start IP | End IP | Geo Country | Geo State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAYPAL | 1268990030431179647 | | 201.144.25.1 | 06-23-2009 | 06-23-2009 | 2 | FALSE | FALSE | FALSE | FALSE | FALSE | MX | | mexico city | 201.144.25.0 | 201.144.25.81 | mx | ciudad de mexico |
| PAYPAL | 1268990030431179647 | | 71.141.121.49 | 05-03-2009 | 05-03-2009 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | CA | san francisco | 71.141.121.0 | 71.141.121.255 | us | california |
| PAYPAL | 1268990030431179647 | | 99.154.117.63 | 04-22-2009 | 04-22-2009 | 2 | FALSE | FALSE | FALSE | FALSE | FALSE | US | WA | redmond | 99.154.117.0 | 99.154.117.255 | us | washington |
| PAYPAL | 1268990030431179647 | | 71.141.103.249 | 02-10-2009 | 02-10-2009 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | CA | san francisco | 71.141.103.0 | 71.141.103.255 | us | california |
| PAYPAL | 1268990030431179647 | | 71.141.108.199 | 12-13-2008 | 12-13-2008 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | CA | san francisco | 71.141.108.0 | 71.141.108.255 | us | california |
| PAYPAL | 1268990030431179647 | | 99.154.119.168 | 12-07-2008 | 12-07-2008 | 2 | FALSE | FALSE | FALSE | FALSE | FALSE | US | WA | redmond | 99.154.119.0 | 99.154.119.255 | us | washington |
| PAYPAL | 1268990030431179647 | | 201.234.16.102 | 11-19-2008 | 11-19-2008 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | AR | | buenos aires | 201.234.16.0 | 201.234.16.127 | ar | capital federal |
| PAYPAL | 1268990030431179647 | | 71.141.127.93 | 11-08-2008 | 11-11-2008 | 2 | FALSE | FALSE | FALSE | FALSE | FALSE | US | CA | san francisco | 71.141.127.0 | 71.141.127.255 | us | california |
| PAYPAL | 1268990030431179647 | | 64.75.218.2 | 10-31-2008 | 11-01-2008 | 3 | FALSE | FALSE | FALSE | FALSE | FALSE | US | HI | honolulu | 64.75.218.0 | 64.75.218.134 | us | hawaii |
| PAYPAL | 1268990030431179647 | | 76.200.172.188 | 10-21-2008 | 10-21-2008 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | WA | redmond | 76.200.172.0 | 76.200.172.255 | us | washington |
| PAYPAL | 1268990030431179647 | | 190.40.173.19 | 10-16-2008 | 10-16-2008 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | PE | | lima | 190.40.173.0 | 190.40.173.255 | pe | |
| PAYPAL | 1268990030431179647 | | 98.173.203.162 | 10-11-2008 | 10-11-2008 | 3 | FALSE | FALSE | FALSE | FALSE | FALSE | FI | | tampere | 194.251.170.96 | 194.251.170.127 | fi | |
| PAYPAL | 1268990030431179647 | | 194.251.170.108 | 07-22-2008 | 07-22-2008 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | CA | surfside | 98.173.203.160 | 98.173.203.163 | us | california |
| PAYPAL | 1268990030431179647 | | 24.23.193.87 | 07-25-2006 | 07-26-2007 | 7 | FALSE | FALSE | FALSE | FALSE | FALSE | US | CA | santa clara | 24.23.193.0 | 24.23.193.255 | us | california |
| PAYPAL | 1268990030431179647 | | 202.21.178.27 | 05-08-2007 | 05-08-2007 | 2 | FALSE | FALSE | FALSE | FALSE | FALSE | MV | | male | 202.21.178.10 | 202.21.178.40 | mv | |
| PAYPAL | 1268990030431179647 | | 71.141.102.70 | 02-18-2007 | 02-18-2007 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | CA | san francisco | 71.141.102.0 | 71.141.102.255 | us | california |
| PAYPAL | 1268990030431179647 | | 71.141.115.27 | 09-12-2006 | 09-12-2006 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | CA | san francisco | 71.141.115.0 | 71.141.115.255 | us | california |
| PAYPAL | 1268990030431179647 | | 71.141.110.120 | 08-21-2006 | 08-22-2006 | 2 | FALSE | FALSE | FALSE | FALSE | FALSE | US | CA | san francisco | 71.141.110.0 | 71.141.110.255 | us | california |
| PAYPAL | 1268990030431179647 | | 67.188.35.156 | 02-27-2006 | 07-13-2006 | 19 | FALSE | FALSE | FALSE | FALSE | FALSE | US | CA | hayward | 67.188.35.64 | 67.188.35.255 | us | california |
| PAYPAL | 1268990030431179647 | | 63.80.146.210 | 07-12-2006 | 07-12-2006 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | CA | santa clara | 63.80.146.208 | 63.80.146.223 | us | california |
| PAYPAL | 1268990030431179647 | | 80.187.152.145 | 06-22-2006 | 06-22-2006 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | DE | | bonn | 80.187.152.0 | 80.187.152.255 | de | nordrhein-westfalen |
| PAYPAL | 1268990030431179647 | | 212.19.41.226 | 06-20-2006 | 06-20-2006 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | DE | | stuttgart | 212.19.41.225 | 212.19.41.255 | de | baden-wurttemberg |
| PAYPAL | 1268990030431179647 | | 71.141.135.75 | 03-27-2006 | 03-27-2006 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | WA | seattle | 71.141.135.0 | 71.141.135.255 | us | washington |
| PAYPAL | 1268990030431179647 | | 64.46.81.50 | 03-09-2006 | 03-09-2006 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | FL | key biscayne | 64.46.81.50 | 64.46.81.50 | us | florida |
| PAYPAL | 1268990030431179647 | | 12.164.248.236 | 02-18-2006 | 02-18-2006 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | middletown | 12.164.248.225 | 12.164.248.246 | us | new jersey |
| PAYPAL | 1268990030431179647 | | 67.122.207.206 | 09-16-2005 | 09-16-2005 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | WA | redmond | 67.122.207.0 | 67.122.207.255 | us | washington |
| PAYPAL | 1268990030431179647 | | 67.122.205.180 | 09-01-2005 | 09-01-2005 | 2 | FALSE | FALSE | FALSE | FALSE | FALSE | US | WA | redmond | 67.122.205.0 | 67.122.205.255 | us | washington |
| PAYPAL | 1268990030431179647 | | 67.122.206.77 | 08-25-2005 | 08-25-2005 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | WA | redmond | 67.122.206.0 | 67.122.206.255 | us | washington |
| PAYPAL | 1268990030431179647 | | 67.122.204.160 | 08-11-2005 | 08-11-2005 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | WA | redmond | 67.122.204.0 | 67.122.204.255 | us | washington |
| PAYPAL | 1268990030431179647 | | 67.125.86.21 | 08-05-2005 | 08-05-2005 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | WA | redmond | 67.125.86.0 | 67.125.86.255 | us | washington |
| PAYPAL | 1268990030431179647 | | 67.122.206.152 | 08-04-2005 | 08-04-2005 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | WA | redmond | 67.122.206.0 | 67.122.206.255 | us | washington |
| PAYPAL | 1268990030431179647 | | 63.206.121.164 | 08-02-2005 | 08-02-2005 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | CA | san francisco | 63.206.121.0 | 63.206.121.255 | us | california |
| PAYPAL | 1268990030431179647 | | 67.125.86.250 | 07-29-2005 | 07-29-2005 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | WA | redmond | 67.125.86.0 | 67.125.86.255 | us | washington |
| PAYPAL | 1268990030431179647 | | 67.122.204.104 | 07-18-2005 | 07-19-2005 | 2 | FALSE | FALSE | FALSE | FALSE | FALSE | US | WA | redmond | 67.122.204.0 | 67.122.204.255 | us | washington |
| PAYPAL | 1268990030431179647 | | 208.54.15.129 | 07-10-2005 | 07-10-2005 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | WA | bellevue | 208.54.15.0 | 208.54.15.255 | us | washington |
| PAYPAL | 1268990030431179647 | | 67.122.204.18 | 06-01-2005 | 06-16-2005 | 4 | FALSE | FALSE | FALSE | FALSE | FALSE | US | WA | redmond | 67.122.204.0 | 67.122.204.255 | us | washington |
| PAYPAL | 1268990030431179647 | | 67.122.204.185 | 05-07-2005 | 05-07-2005 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | WA | redmond | 67.122.204.0 | 67.122.204.255 | us | washington |
| PAYPAL | 1268990030431179647 | | 63.206.123.34 | 05-05-2005 | 05-05-2005 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | CA | san francisco | 63.206.123.0 | 63.206.123.255 | us | california |
| PAYPAL | 1268990030431179647 | | 67.125.84.47 | 04-21-2005 | 05-03-2005 | 6 | FALSE | FALSE | FALSE | FALSE | FALSE | US | WA | redmond | 67.125.84.0 | 67.125.84.255 | us | washington |
| PAYPAL | 1268990030431179647 | | 63.206.120.64 | 04-13-2005 | 04-15-2005 | 2 | FALSE | FALSE | FALSE | FALSE | FALSE | US | CA | san francisco | 63.206.120.0 | 63.206.120.255 | us | california |
| PAYPAL | 1268990030431179647 | | 67.122.206.89 | 03-31-2005 | 04-04-2005 | 3 | FALSE | FALSE | FALSE | FALSE | FALSE | US | WA | redmond | 67.122.206.0 | 67.122.206.255 | us | washington |
| PAYPAL | 1268990030431179647 | | 67.122.206.159 | 01-06-2005 | 03-10-2005 | 3 | FALSE | FALSE | FALSE | FALSE | FALSE | US | WA | redmond | 67.122.206.0 | 67.122.206.255 | us | washington |
| PAYPAL | 1268990030431179647 | | 63.196.7.160 | 12-20-2004 | 12-20-2004 | 2 | FALSE | FALSE | FALSE | FALSE | FALSE | US | CA | san francisco | 63.196.7.0 | 63.196.7.255 | us | california |
| PAYPAL | 1268990030431179647 | | 69.106.226.210 | 08-27-2004 | 08-27-2004 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | CA | san francisco | 69.106.226.0 | 69.106.226.255 | us | california |
| PAYPAL | 1268990030431179647 | | 69.107.3.76 | 08-04-2004 | 08-04-2004 | 3 | FALSE | FALSE | FALSE | FALSE | FALSE | US | WA | seattle | 69.107.3.0 | 69.107.3.255 | us | washington |
| PAYPAL | 1268990030431179647 | | 12.44.172.114 | 04-29-2003 | 04-29-2003 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | middletown | 12.44.172.96 | 12.44.172.255 | us | new jersey |
| PAYPAL | 1268990030431179647 | | 64.162.71.123 | 01-27-2002 | 06-18-2002 | 9 | FALSE | FALSE | FALSE | FALSE | FALSE | US | CA | san francisco | 64.162.71.123 | 64.162.71.127 | us | california |

| Geo City | Zip Code | Latitude | Longitude | Proxy Status | Date Updated | Geo Region | Area Code | City Conf | Connection Speed | Country Conf | Domain Name | ISP Name | Metro Code | Region Conf | Zip Country |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| mexico city | 14620 | 19.42 | -99.14 | ? | 2019-02-03 | cmx | 0.0 | 5.0 | broadband | 5.0 | uninet-ide.com.mx | uninet s.a. de c.v. | -1.0 | 5.0 | mex |
| san francisco | 94107 | 37.79 | -122.44 | ? | 2019-04-03 | ca | 415.0 | 5.0 | xdsl | 5.0 | pacbell.net | att internet services | 807.0 | 5.0 | usa |
| redmond | 98052 | 47.63 | -122.05 | ? | 2019-04-03 | wa | 425.0 | 4.0 | xdsl | 5.0 | att.net | att internet services | 819.0 | 5.0 | usa |
| san francisco | 94107 | 37.79 | -122.44 | ? | 2019-04-03 | ca | 415.0 | 5.0 | xdsl | 5.0 | pacbell.net | att internet services | 807.0 | 5.0 | usa |
| san francisco | 94107 | 37.79 | -122.44 | ? | 2019-04-03 | ca | 415.0 | 5.0 | xdsl | 5.0 | pacbell.net | att internet services | 807.0 | 5.0 | usa |
| redmond | 98052 | 47.63 | -122.05 | ? | 2019-04-03 | wa | 425.0 | 4.0 | xdsl | 5.0 | att.net | att internet services | 819.0 | 5.0 | usa |
| buenos aires | c1001 | -34.61 | -58.42 | ? | 2018-09-03 | c | 0.0 | 5.0 | broadband | 5.0 | ? | impsat fiber networks inc | -1.0 | 5.0 | arg |
| san francisco | 94107 | 37.79 | -122.44 | ? | 2019-04-03 | ca | 415.0 | 5.0 | xdsl | 5.0 | pacbell.net | att internet services | 807.0 | 5.0 | usa |
| honolulu | 96813 | 21.28 | -157.76 | ? | 2019-02-03 | hi | 808.0 | 5.0 | broadband | 5.0 | progressive-hi.com | hawaii online | 744.0 | 5.0 | usa |
| redmond | 98052 | 47.63 | -122.05 | ? | 2019-04-03 | wa | 425.0 | 4.0 | xdsl | 5.0 | att.net | att internet services | 819.0 | 5.0 | usa |
| lima | 15000 | -12.04 | -77.02 | ? | 2018-06-13 | lma | 0.0 | 5.0 | mobile | 5.0 | telefonica.com.pe | telefonica del peru s.a.a. | -1.0 | 5.0 | per |
| surfside | 90743 | 33.73 | -118.08 | ? | 2019-04-03 | ca | 562.0 | 4.0 | cable | 5.0 | cox.net | cox communications inc. | 803.0 | 4.0 | usa |
| tampere | 33900 | 61.5 | 23.76 | ? | 2019-04-03 | 11 | 0.0 | 4.0 | broadband | 5.0 | sonera.fi | teliasonera finland oyj | 246013.0 | 5.0 | fin |
| santa clara | 95051 | 37.35 | -121.95 | ? | 2019-04-03 | ca | 408.0 | 4.0 | cable | 5.0 | comcast.net | comcast cable communications inc. | 807.0 | 4.0 | usa |
| male | 0 | 4.18 | 73.51 | ? | 2019-01-03 | mle | 0.0 | 5.0 | broadband | 5.0 | gov.mv | focus infocom private limited | -1.0 | 5.0 | mdv |
| san francisco | 94107 | 37.79 | -122.44 | ? | 2019-04-03 | ca | 415.0 | 5.0 | xdsl | 5.0 | pacbell.net | att internet services | 807.0 | 5.0 | usa |
| san francisco | 94107 | 37.79 | -122.44 | ? | 2019-04-03 | ca | 415.0 | 5.0 | xdsl | 5.0 | pacbell.net | att internet services | 807.0 | 5.0 | usa |
| san francisco | 94107 | 37.79 | -122.44 | ? | 2019-04-03 | ca | 415.0 | 5.0 | xdsl | 5.0 | pacbell.net | att internet services | 807.0 | 5.0 | usa |
| hayward | 94544 | 37.67 | -122.08 | ? | 2019-04-03 | ca | 510.0 | 4.0 | cable | 5.0 | comcast.net | comcast cable communications inc. | 807.0 | 4.0 | usa |
| santa clara | 95050 | 37.35 | -121.95 | ? | 2019-04-03 | ca | 408.0 | 5.0 | broadband | 5.0 | verizon.com | verizon business | 807.0 | 5.0 | usa |
| bonn | 53111 | 50.72 | 7.05 | ? | 2019-04-03 | nw | 0.0 | 5.0 | mobile | 5.0 | t-mobile.de | t-mobile deutschland gmbh | 276002.0 | 5.0 | deu |
| stuttgart | 70173 | 48.78 | 9.18 | ? | 2019-04-03 | bw | 0.0 | 4.0 | broadband | 5.0 | plus.line.ag | plus.line ag | 276004.0 | 4.0 | deu |
| seattle | 98108 | 47.61 | -122.34 | corporate | 2019-04-03 | wa | 206.0 | 5.0 | broadband | 5.0 | amazon.com | amazon.com inc. | 819.0 | 5.0 | usa |
| key biscayne | 33149 | 25.69 | -80.17 | corporate | 2019-04-03 | fl | 305.0 | 5.0 | broadband | 5.0 | sheraton-quito.com | access internet | 528.0 | 5.0 | usa |
| middletown | 07748 | 40.4 | -74.11 | ? | 2019-04-03 | nj | 732.0 | 4.0 | broadband | 5.0 | sbcox.net | att services inc. | 501.0 | 4.0 | usa |
| redmond | 98052 | 47.63 | -122.05 | ? | 2019-04-03 | wa | 425.0 | 4.0 | xdsl | 5.0 | att.net | att internet services | 819.0 | 5.0 | usa |
| redmond | 98052 | 47.63 | -122.05 | ? | 2019-04-03 | wa | 425.0 | 4.0 | xdsl | 5.0 | att.net | att internet services | 819.0 | 5.0 | usa |
| redmond | 98052 | 47.63 | -122.05 | ? | 2019-04-03 | wa | 425.0 | 4.0 | xdsl | 5.0 | att.net | att internet services | 819.0 | 5.0 | usa |
| redmond | 98052 | 47.63 | -122.05 | ? | 2019-04-03 | wa | 425.0 | 4.0 | xdsl | 5.0 | att.net | att internet services | 819.0 | 5.0 | usa |
| redmond | 98052 | 47.63 | -122.05 | ? | 2019-04-03 | wa | 425.0 | 4.0 | xdsl | 5.0 | att.net | att internet services | 819.0 | 5.0 | usa |
| san francisco | 94107 | 37.79 | -122.44 | ? | 2019-04-03 | ca | 415.0 | 5.0 | xdsl | 5.0 | att.net | att internet services | 807.0 | 5.0 | usa |
| redmond | 98052 | 47.63 | -122.05 | ? | 2019-04-03 | wa | 425.0 | 4.0 | xdsl | 5.0 | att.net | att internet services | 819.0 | 5.0 | usa |
| redmond | 98052 | 47.63 | -122.05 | ? | 2019-04-03 | wa | 425.0 | 4.0 | xdsl | 5.0 | att.net | att internet services | 819.0 | 5.0 | usa |
| bellevue | 98006 | 47.61 | -122.17 | ? | 2019-04-03 | wa | 425.0 | 5.0 | mobile | 5.0 | t-mobile.com | t-mobile usa inc. | 819.0 | 5.0 | usa |
| redmond | 98052 | 47.63 | -122.05 | ? | 2019-04-03 | wa | 425.0 | 4.0 | xdsl | 5.0 | att.net | att internet services | 819.0 | 5.0 | usa |
| san francisco | 94107 | 37.79 | -122.44 | ? | 2019-04-03 | ca | 415.0 | 5.0 | xdsl | 5.0 | att.net | att internet services | 807.0 | 5.0 | usa |
| redmond | 98052 | 47.63 | -122.05 | ? | 2019-04-03 | wa | 425.0 | 4.0 | xdsl | 5.0 | att.net | att internet services | 819.0 | 5.0 | usa |
| san francisco | 94107 | 37.79 | -122.44 | ? | 2019-04-03 | ca | 415.0 | 5.0 | xdsl | 5.0 | att.net | att internet services | 807.0 | 5.0 | usa |
| redmond | 98052 | 47.63 | -122.05 | ? | 2019-04-03 | wa | 425.0 | 4.0 | xdsl | 5.0 | att.net | att internet services | 819.0 | 5.0 | usa |
| redmond | 98052 | 47.63 | -122.05 | ? | 2019-04-03 | wa | 425.0 | 4.0 | xdsl | 5.0 | att.net | att internet services | 819.0 | 5.0 | usa |
| san francisco | 94104 | 37.79 | -122.44 | ? | 2019-04-03 | ca | 415.0 | 5.0 | xdsl | 5.0 | pacbell.net | att internet services | 807.0 | 5.0 | usa |
| seattle | 98108 | 47.61 | -122.34 | corporate | 2019-04-03 | wa | 206.0 | 5.0 | broadband | 5.0 | amazon.com | amazon.com inc. | 819.0 | 5.0 | usa |
| middletown | 07748 | 40.4 | -74.11 | ? | 2019-04-03 | nj | 732.0 | 4.0 | broadband | 5.0 | att.com | att services inc. | 501.0 | 4.0 | usa |
| san francisco | 94104 | 37.79 | -122.44 | ? | 2019-04-03 | ca | 415.0 | 5.0 | xdsl | 5.0 | pacbell.net | att internet services | 807.0 | 5.0 | usa |

2

| Platform | Account Number | Agent Info | IP | First Used Date | Last Used Date | Login Count | Is Signup IP | Is Bad IP | Is Ofac IP | Is Spoof IP | Is High Risk IP | Country | Region | City | Start IP | End IP | Geo Country |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAYPAL | 1508018676141761352 | | 174.222.133.109 | 04-26-2019 | 04-26-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.222.133.0 | 174.222.133.!us | |
| PAYPAL | 1508018676141761352 | | 174.214.24.204 | 04-22-2019 | 04-22-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.214.24.0 | 174.214.24.2!us | |
| PAYPAL | 1508018676141761352 | | 174.215.43.200 | 04-17-2019 | 04-17-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.215.43.0 | 174.215.43.2!us | |
| PAYPAL | 1508018676141761352 | | 174.215.21.62 | 04-16-2019 | 04-16-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.215.21.0 | 174.215.21.2!us | |
| PAYPAL | 1508018676141761352 | | 174.214.33.100 | 04-15-2019 | 04-15-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.214.33.0 | 174.214.33.2!us | |
| PAYPAL | 1508018676141761352 | | 174.215.0.84 | 04-12-2019 | 04-12-2019 | 3 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.215.0.0 | 174.215.0.25!us | |
| PAYPAL | 1508018676141761352 | | 174.215.21.49 | 04-11-2019 | 04-11-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.215.21.0 | 174.215.21.2!us | |
| PAYPAL | 1508018676141761352 | | 134.0.204.210 | 03-18-2019 | 03-21-2019 | 6 | FALSE | FALSE | FALSE | FALSE | FALSE | OM | | masqat | 134.0.204.0 | 134.0.204.25!om | |
| PAYPAL | 1508018676141761352 | | 173.209.212.158 | 03-18-2019 | 03-18-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | FL | tampa | 173.209.212.0 | 173.209.212.!us | |
| PAYPAL | 1508018676141761352 | | 174.215.44.44 | 03-15-2019 | 03-15-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.215.44.0 | 174.215.44.2!us | |
| PAYPAL | 1508018676141761352 | | 103.14.185.12 | 03-13-2019 | 03-13-2019 | 3 | FALSE | FALSE | FALSE | FALSE | FALSE | SG | | singapore | 103.14.185.0 | 103.14.185.2!sg | |
| PAYPAL | 1508018676141761352 | | 42.61.191.94 | 03-02-2019 | 03-02-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | SG | | singapore | 42.61.191.0 | 42.61.191.25!sg | |
| PAYPAL | 1508018676141761352 | | 219.74.18.66 | 02-28-2019 | 02-28-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | SG | | singapore | 219.74.18.0 | 219.74.18.25!sg | |
| PAYPAL | 1508018676141761352 | | 118.201.227.81 | 02-28-2019 | 02-28-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | SG | | singapore | 118.201.227.0 | 118.201.227.!sg | |
| PAYPAL | 1508018676141761352 | | 174.215.22.35 | 02-26-2019 | 02-26-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.215.22.0 | 174.215.22.2!us | |
| PAYPAL | 1508018676141761352 | | 174.215.48.247 | 02-22-2019 | 02-22-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.215.48.0 | 174.215.48.2!us | |
| PAYPAL | 1508018676141761352 | | 174.214.0.7 | 02-22-2019 | 02-22-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.214.0.0 | 174.214.0.25!us | |
| PAYPAL | 1508018676141761352 | | 174.215.63.31 | 02-20-2019 | 02-20-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.215.63.0 | 174.215.63.2!us | |
| PAYPAL | 1508018676141761352 | | 67.221.169.243 | 09-16-2017 | 02-19-2019 | 123 | FALSE | FALSE | FALSE | FALSE | FALSE | US | CA | san francisco | 67.221.169.195 | 67.221.169.2!us | |
| PAYPAL | 1508018676141761352 | | 174.215.0.252 | 02-14-2019 | 02-14-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.215.0.0 | 174.215.0.25!us | |
| PAYPAL | 1508018676141761352 | | 174.224.12.51 | 02-10-2019 | 02-10-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.224.12.0 | 174.224.12.2!us | |
| PAYPAL | 1508018676141761352 | | 67.139.178.66 | 02-10-2019 | 02-10-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | OR | portland | 67.139.178.0 | 67.139.178.2!us | |
| PAYPAL | 1508018676141761352 | | 174.215.38.41 | 02-09-2019 | 02-09-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.215.38.0 | 174.215.38.2!us | |
| PAYPAL | 1508018676141761352 | | 174.215.40.129 | 02-09-2019 | 02-09-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.215.40.0 | 174.215.40.2!us | |
| PAYPAL | 1508018676141761352 | | 174.214.1.42 | 02-04-2019 | 02-04-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.214.1.0 | 174.214.1.25!us | |
| PAYPAL | 1508018676141761352 | | 174.214.7.91 | 02-04-2019 | 02-04-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.214.7.0 | 174.214.7.25!us | |
| PAYPAL | 1508018676141761352 | | 174.215.43.16 | 02-02-2019 | 02-02-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.215.43.0 | 174.215.43.2!us | |
| PAYPAL | 1508018676141761352 | | 174.214.9.151 | 02-01-2019 | 02-01-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.214.9.0 | 174.214.9.25!us | |
| PAYPAL | 1508018676141761352 | | 174.214.18.40 | 01-26-2019 | 01-26-2019 | 2 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.214.18.0 | 174.214.18.2!us | |
| PAYPAL | 1508018676141761352 | | 174.215.43.75 | 01-23-2019 | 01-23-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.215.43.0 | 174.215.43.2!us | |
| PAYPAL | 1508018676141761352 | | 174.215.21.191 | 01-19-2019 | 01-19-2019 | 2 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.215.21.0 | 174.215.21.2!us | |
| PAYPAL | 1508018676141761352 | | 174.215.52.113 | 01-08-2019 | 01-08-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.215.52.0 | 174.215.52.2!us | |
| PAYPAL | 1508018676141761352 | | 75.25.141.49 | 01-07-2019 | 01-08-2019 | 4 | FALSE | FALSE | FALSE | FALSE | FALSE | US | WA | redmond | 75.25.141.0 | 75.25.141.25!us | |
| PAYPAL | 1508018676141761352 | | 174.214.19.236 | 01-07-2019 | 01-07-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.214.19.0 | 174.214.19.2!us | |
| PAYPAL | 1508018676141761352 | | 174.215.20.178 | 01-06-2019 | 01-06-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.215.20.0 | 174.215.20.2!us | |
| PAYPAL | 1508018676141761352 | | 174.215.20.42 | 01-04-2019 | 01-04-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.215.20.0 | 174.215.20.2!us | |
| PAYPAL | 1508018676141761352 | | 174.215.48.78 | 01-03-2019 | 01-03-2019 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.215.48.0 | 174.215.48.2!us | |
| PAYPAL | 1508018676141761352 | | 102.165.74.17 | 12-30-2018 | 12-30-2018 | 2 | FALSE | FALSE | FALSE | FALSE | FALSE | ZA | | fish hoek | 102.165.74.0 | 102.165.74.2!za | |
| PAYPAL | 1508018676141761352 | | 174.214.19.210 | 12-23-2018 | 12-23-2018 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.214.19.0 | 174.214.19.2!us | |
| PAYPAL | 1508018676141761352 | | 174.215.45.239 | 12-19-2018 | 12-19-2018 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.215.45.0 | 174.215.45.2!us | |
| PAYPAL | 1508018676141761352 | | 73.189.147.209 | 04-30-2018 | 12-17-2018 | 4 | FALSE | FALSE | FALSE | FALSE | FALSE | US | CA | windsor | 73.189.147.0 | 73.189.147.2!us | |
| PAYPAL | 1508018676141761352 | | 174.214.4.138 | 12-06-2018 | 12-06-2018 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.214.4.0 | 174.214.4.25!us | |
| PAYPAL | 1508018676141761352 | | 174.214.2.48 | 11-27-2018 | 11-27-2018 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.214.2.0 | 174.214.2.25!us | |
| PAYPAL | 1508018676141761352 | | 72.223.23.6 | 01-09-2018 | 11-20-2018 | 28 | FALSE | FALSE | FALSE | FALSE | FALSE | US | AZ | phoenix | 72.223.23.0 | 72.223.23.25!us | |
| PAYPAL | 1508018676141761352 | | 174.215.38.76 | 11-19-2018 | 11-19-2018 | 1 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.215.38.0 | 174.215.38.2!us | |
| PAYPAL | 1508018676141761352 | | 174.215.20.27 | 11-17-2018 | 11-17-2018 | 2 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.215.20.0 | 174.215.20.2!us | |
| PAYPAL | 1508018676141761352 | | 174.214.9.39 | 11-16-2018 | 11-16-2018 | 3 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.214.9.0 | 174.214.9.25!us | |
| PAYPAL | 1508018676141761352 | | 174.214.18.53 | 11-14-2018 | 11-14-2018 | 3 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.214.18.0 | 174.214.18.2!us | |
| PAYPAL | 1508018676141761352 | | 97.41.129.128 | 11-11-2018 | 11-11-2018 | 2 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 97.41.129.0 | 97.41.129.25!us | |
| PAYPAL | 1508018676141761352 | | 174.215.42.132 | 11-11-2018 | 11-11-2018 | 2 | FALSE | FALSE | FALSE | FALSE | FALSE | US | NJ | livingston | 174.215.42.0 | 174.215.42.2!us | |

EXHIBIT 14

| Geo State | Geo City | Zip Code | | Latitude | Longitude | Proxy Status | Date Updated | Geo R | Area Code | City Conf | Connection Speed | Country | Domain Name | ISP Name | Metro Co | Regio | Zip Co |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 84 Irving Ave., Livingston NJ | | | | | | | | | | | | | | |
| new jersey | livingston | 07039 | 07039 | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| | | | near unnamed road, Ruwi, | | | | | | | | | | | | | | |
| | masqat | 112 | Muscat, Oman | 23.6 | 58.54 | ? | 2018-06-13 | ma | 0.0 | 5.0 | mobile | 5.0 | ? | omantel | -1.0 | 5.0 | omn |
| florida | tampa | 33647 | | 28.06 | -82.46 | ? | 2019-04-03 | fl | 813.0 | 5.0 | broadband | 5.0 | syniverse.com | hosted data solutions llc | 539.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| | | | near 68 Prinsep St., | | | | | | | | | | | | | | |
| | singapore | 228211 | Singapore 188661 | 1.3 | 103.85 | ? | 2018-06-13 | 01 | 0.0 | 5.0 | broadband | 5.0 | ? | 60 airport boulevard | -1.0 | 5.0 | sgp |
| | singapore | 148943 | | 1.3 | 103.85 | ? | 2019-02-03 | 01 | 0.0 | 4.0 | broadband | 5.0 | singnet.com.sg | singnet pte ltd | -1.0 | 5.0 | sgp |
| | singapore | 148943 | | 1.3 | 103.85 | ? | 2019-02-03 | 01 | 0.0 | 4.0 | broadband | 5.0 | singnet.com.sg | singnet pte ltd | -1.0 | 5.0 | sgp |
| | singapore | 148943 | | 1.3 | 103.85 | ? | 2019-02-03 | 01 | 0.0 | 4.0 | broadband | 5.0 | singnet.com.sg | singnet pte ltd | -1.0 | 5.0 | sgp |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| | | | 2816 Clay Street, San | | | | | | | | | | | | | | |
| california | san francisco | 94103 | Francisco, CA 94115 | 37.79 | -122.44 | ? | 2019-04-03 | ca | 415.0 | 5.0 | broadband | 5.0 | mentacapital.com | unitedlayer inc. | 807.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| oregon | portland | 97205 | | 45.5 | -122.69 | ? | 2019-04-03 | or | 503.0 | 5.0 | xdsl | 5.0 | integratelecom.com | integra telecom inc. | 820.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | att.net | verizon wireless | 501.0 | 5.0 | usa |
| washington | redmond | 98052 | | 47.63 | -122.05 | ? | 2019-04-03 | wa | 425.0 | 4.0 | xdsl | 5.0 | att.net | att internet services | 819.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| | | | near Clovelly Rd., Fish Hoek, | | | | | | | | | | | | | | |
| western cape | fish hoek | s-7975 | South Africa | -34.12 | 18.43 | ? | 2018-06-13 | wc | 0.0 | 5.0 | broadband | 5.0 | ? | african network information c | -1.0 | 5.0 | zaf |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| | | | near 8109 Conde Ln., | | | | | | | | | | | | | | |
| california | windsor | 95492 | Windsor CA 95492 | 38.54 | -122.81 | ? | 2019-04-03 | ca | 707.0 | 4.0 | cable | 5.0 | comcast.net | comcast cable communicatio | 807.0 | 4.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | verizonwireless.com | myvzw.com | 501.0 | 5.0 | usa |
| | | | Phoenix Convention Center, | | | | | | | | | | | | | | |
| | | | 100 N, 3rd Street, Phoenix | | | | | | | | | | | | | | |
| arizona | phoenix | 85032 | AZ 85004 | 33.45 | -112.07 | ? | 2018-01-01 | az | 602.0 | 4.0 | cable | 5.0 | cox.net | cox communications inc. | 753.0 | 4.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |
| new jersey | livingston | 07039 | | 40.79 | -74.32 | ? | 2019-04-03 | nj | 973.0 | 4.0 | mobile | 5.0 | myvzw.com | verizon wireless | 501.0 | 5.0 | usa |

4

# EXHIBIT 15

**EXHIBIT 15**

1   COOLEY LLP
    LESLIE V. CANCEL (160652)
2   (LCANCEL@COOLEY.COM)
    JOSHUA E. ELEFANT (312913)
3   (JELEFANT@COOLEY.COM)
    3175 Hanover Street
4   Palo Alto, CA  94304-1130
    Telephone:    (650) 843-5000
5   Facsimile:    (650) 849-7400

6   Attorneys for Third Party
    SPARKLABS MANAGEMENT, LLC
7

8               SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                       COUNTY OF SAN FRANCISCO

10

11

12  CARL A. WESCOTT,                        No.  FDI-14-781666

13            Petitioner,                   **THIRD-PARTY SPARKLABS
                                            MANAGEMENT LLC'S
14       v.                                 OBJECTIONS AND RESPONSE TO
                                            DEPOSITION SUBPOENA FOR
15  MONETTE R. STEPHENS,                    PRODUCTION OF BUSINESS
                                            RECORDS TO SPARKLABS
16            Respondent.                   GLOBAL VENTURES
                                            MANAGEMENT, LLC**
17

18

19       Pursuant to California Code of Civil Procedure sections 2020.010 *et seq.*, Third-Party

20  SparkLabs Management, LLC ("SparkLabs") hereby responds to Respondent Monette Stephens'

21  ("Respondent") February 5, 2019 Deposition Subpoena for Production of Business Records

22  ("Subpoena") served on the custodian of records for SparkLabs Global Ventures Management,

23  LLC.

24  I.    GENERAL RESPONSE.

25       1.    SparkLabs' response to the Requests is made to the best of SparkLabs' present

26  knowledge, information, and belief.  This response is at all times subject to such additional or

27  different information that discovery or further investigation may disclose and, while based on the

28  present state of SparkLabs' recollection, is subject to such refreshing of recollection, and such

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

200514491 v1                                1.

THIRD-PARTY OBJECTION AND RESPONSE TO DEPOSITION SUBPOENA FOR BUSINESS
RECORDS FDI-14-781666

1  additional knowledge of facts, as may result from SparkLabs' further discovery or investigation.

2  SparkLabs reserves the right but assumes no responsibility to conduct further investigation or

3  discovery.

4      **2.**    SparkLabs will not produce documents or materials that SparkLabs deems to

5  embody material that is private, business confidential, proprietary, trade secret, or otherwise

6  protected from disclosure pursuant to California Constitution, article I, section 1, or California

7  Evidence Code section 1060. Under appropriate circumstances, SparkLabs may agree to produce

8  such documents upon the entry of, and subject to, an appropriate protective order against the

9  unauthorized use or disclosure of such information.

10      **3.**    SparkLabs reserves all objections or other questions as to the competency,

11  relevance, materiality, privilege or admissibility as evidence in any subsequent proceeding in or

12  trial of this or any other action for any purpose whatsoever of this response and any document or

13  thing produced in response to the Requests.

14      **4.**    SparkLabs reserves the right to object on any ground at any time to such other or

15  supplemental demands for production as Respondent may at any time propound involving or

16  relating to the subject matter of this Subpoena.

17  **II.**   **GENERAL OBJECTIONS.**

18      SparkLabs makes the following general objections, whether or not separately set forth in

19  response to each and every instruction, definition, and document demand made in Plaintiff's

20  Subpoena:

21      **1.**    SparkLabs objects generally to all Definitions, Instructions, and Requests inclusive,

22  insofar as each such request seeks production of documents or information protected by the

23  attorney-client privilege, the work product doctrine, or the right of privacy under the California

24  Constitution, article I, section 1. Such documents or information shall not be produced in response

25  to any of the Requests and any inadvertent production thereof shall not be deemed a waiver of any

26  privilege or right with respect to such documents or information or of any work product doctrine

27  that may attach thereto.

28      **2.**    SparkLabs objects to the Subpoena to the extent it contains Requests duplicative of

200514491 v1

2.

**THIRD-PARTY OBJECTION AND RESPONSE TO DEPOSITION SUBPOENA FOR BUSINESS
RECORDS FDI-14-781666**

1    document requests previously served on parties to the litigation.

2        **3.**    SparkLabs objects to all Definitions, Instructions, and Requests inclusive, to the

3    extent they purport to enlarge, expand, or alter in any way the plain meaning and scope of any

4    specific demand on the ground that such enlargement, expansion, or alteration renders said demand

5    vague, ambiguous, unintelligible, unduly broad, and uncertain.

6        **4.**    SparkLabs objects to all Definitions, Instructions, and Requests inclusive,  to the

7    extent they seek documents not currently in SparkLabs' possession, custody or control, or refer to

8    persons, entities or events not known to SparkLabs, on the grounds that such instructions,

9    definitions, or demands seek to require more of SparkLabs than any obligation imposed by law,

10   would subject SparkLabs to unreasonable and undue annoyance, oppression, burden, and expense,

11   and would seek to impose upon SparkLabs an obligation to investigate or discover information or

12   materials from third parties or services who are equally accessible to the parties to the action.

13       **5.**    SparkLabs objects to all Requests to the extent the requested information is available

14   publicly and/or available through the parties to the litigation.

15       **6.**    SparkLabs objects to all Definitions, Instructions, and Document Requests in which

16   the phrases "REFERRING," "RELATING TO," or "EVIDENCING" appears.   The phrases

17   "REFERRING," "RELATING TO," or "EVIDENCING" are overly broad, vague, ambiguous, and

18   unintelligible, require subjective judgment on the part of SparkLabs and SparkLabs' attorneys, and

19   would require a conclusion or opinion of counsel in violation of the attorney work product doctrine.

20       **7.**    SparkLabs objects to all definitions, instructions, and document requests in the

21   Requests to the extent that they call for the production of "all" documents or things where a

22   reasonable quantity of documents would suffice to show the pertinent information requested.   To

23   the extent that SparkLabs agrees to produce documents in response to a Request seeking "all"

24   documents related to or reflecting certain information, SparkLabs will only produce documents

25   sufficient to show the pertinent information requested.

26       **8.**    SparkLabs objects to the use of the term "DOCUMENT(S)," and to each request

27   containing that term, on the grounds that the term is overbroad, vague, ambiguous, and seeks to

28   impose an undue burden on SparkLabs.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

**THIRD-PARTY OBJECTION AND RESPONSE TO DEPOSITION SUBPOENA FOR BUSINESS
RECORDS FDI-14-781666**

III.    SPECIFIC OBJECTIONS AND RESPONSES TO DOCUMENT DEMANDS.

Without waiving or limiting in any manner any of the foregoing General Objections, but rather incorporating them into each of the following responses to the extent applicable, SparkLabs responds to the specific demands of Respondent's Subpoena as follows:

REQUEST FOR PRODUCTION NO. 1:

Any and all documents referring and/or relating to CARL ALEXANDER WESCOTT, DOB: 06/15/1967, SSN: [REDACTED], for the time period beginning 1/1/2016 through the date of production.

SPECIFIC OBJECTIONS TO REQUEST FOR PRODUCTION NO. 1:

SparkLabs incorporates its General Responses and General Objections in response to this request. SparkLabs objects: (1) to the phrases "documents", "referring", and "relating to", as overbroad, vague, and ambiguous; (2) that the request is unintelligible to the extent it does not include definitions of the terms "referring" and "relating"; (3) on the grounds that the Request seeks information that is confidential, sensitive, or private in nature, including confidential business information, or would otherwise invade the privacy rights of third parties; (4) to the extent the Request seeks information that is protected by the attorney-client privilege and/or attorney work product doctrine; and (5) on the grounds that the Request is overbroad, unduly burdensome, oppressive, and harassing insomuch as it is disproportionate to the needs of the case and to the extent that it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving any objections, SparkLabs answers as follows: SparkLabs shall produce any and all documents concerning the terms and conditions of SparkLabs' actual or potential future engagement of Mr. Wescott as a service provider, subject to redaction of confidential and private information of SparkLabs and other third parties.

REQUEST FOR PRODUCTION NO. 2:

Any and all documents evidencing any remuneration, including but not limited to consulting fees, returns on investment, dividends, stocks, stock options, and any other forms of remuneration/compensation, to which CARL ALEXANDER WESCOTT, DOB: 06/15/1967, SSN:

200514491 v1

4.

1   [REDACTED] is entitled from 1/1/2016 through the date of production.

2   SPECIFIC OBJECTIONS TO REQUEST FOR PRODUCTION No. 2:

3       SparkLabs incorporates its General Responses and General Objections in response to this

4   request.   SparkLabs objects:   (1) to the phrases "documents", "evidencing", "remuneration",

5   "consulting fees", "returns on investment", and "other forms of remuneration/compensation", as

6   overbroad, vague, and ambiguous; (2) that the request is unintelligible to the extent it does not

7   include definitions of the term "evidencing"; (3) on the grounds that the Request seeks information

8   that is confidential, sensitive, or private in nature, including confidential business information, or

9   would otherwise invade the privacy rights of third parties; (4) to the extent the Request seeks

10  information that is protected by the attorney-client privilege and/or attorney work product doctrine;

11  and (5) on the grounds that the Request is overbroad, unduly burdensome, oppressive, and harassing

12  insomuch as it is disproportionate to the needs of the case and to the extent that it seeks information

13  that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

14      Subject to and without waiving the foregoing objections, SparkLabs responds as follows:

15  SparkLabs will produce all documents related to any compensation that Mr. Wescott may be

16  entitled to in the future as part of his relationship with SparkLabs.  Mr. Wescott is not currently

17  entitled to, and is not currently receiving, any remuneration from SparkLabs.

18

19  Dated:       March 21, 2019

20                                              COOLEY LLP
                                                LESLIE V. CANCEL (160652)
21                                              JOSHUA E. ELEFANT (312913)

22

23                                              By: _____
                                                      Joshua E. Elefant (312913)
24

25                                              Attorneys for Third-Party
                                                SPARKLABS MANAGEMENT, LLC
26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

200514491 v1                                    5.

THIRD-PARTY OBJECTION AND RESPONSE TO DEPOSITION SUBPOENA FOR BUSINESS
RECORDS FDI-14-781666



SPARKLABS000001

From: **Bernard Moon** <bernard@sparklabsglobal.com>
Date: Tue, Aug 8, 2017 at 2:22 AM

Subject: Managing Parter Role for SparkLabs IoT
To: "Carl A. Wescott" <C@carlawescott.com>

Carl,

It would be awesome if you would come on board as the Managing Partner for SparkLabs IoT. I already discuss this with  and ▮, and will soon with ▮ but we know that he will agree. At this time, I would be discrete and not disclose to ▮ when you see him next week. Unless ▮ informs you otherwise.

As for your carried interest, this is the confidential but original allocation:



3.0% Carl Wescott

SPARKLABS000002

100.0%

We want to credit ▮ with some of his carry for the 1st year, so we will let him retain ▮% vs. ▮%. I assume you basically don't need an engineering director. Maybe you might need a junior or mid-level hardware engineer, so you might have to allocate him some of your carry. We can discuss if things need to be shifted around. Here is the new carry distribution with you getting 37%:



37.0% | Carl Wescott

100.0%

As you know, this is the carry allocation for the 20% profit we will receive after all the principal is paid back. Let me know if you have any questions and I'll see you soon. Thanks!

SPARKLABS000003

3

Bernard

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

4

SPARKLABS000004

SPARKLABS000005



---------- Forwarded message ----------
From: **Bernard Moon** <bernard@sparklabsglobal.com>
Date: Sun, Nov 11, 2018 at 5:44 PM
Subject: Carried Interest Changes for SparkLabs IoT
To: Carl Wescott <carl@sparklabsiot.com>
Cc: eugene <eugene@sparklabs.co.kr>

So I lowered the founding partners from █% to █%. Lowered Carl & Team from 44% to 42%. Then allocated █% to  █, which hopefully they will accept.

Some other minor changes, such as allocating █% for the advisors since I think it's better for them to feel appreciated. Let me know if you are good with this. Thanks!

Bernard



42.0% | Carl Wescott & Team

SPARKLABS000006



100.0%

2

**PROOF OF SERVICE**

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of 18 years and not a party to this action. My business address is Cooley LLP, 3175 Hanover Street, Palo Alto, California 94304-1130. My e-mail address is dprocedo@cooley.com@cooley.com. On March 21, 2019, I served the following documents on the parties listed below in the manner(s) indicated:

THIRD-PARTY SPARKLABS MANAGEMENT LLC'S OBJECTIONS AND RESPONSE TO DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS TO SPARKLABS GLOBAL VENTURES MANAGEMENT, LLC(S)

☐ (BY U.S. MAIL – CCP § 1013a(1)) I am familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ (BY MESSENGER SERVICE – CCP § 1011) I consigned the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE – CCP § 1013(e)) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☒ (BY OVERNIGHT MAIL – CCP § 1013(c)) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

☒ (BY ELECTRONIC MAIL – CCP § 1010.6(a)(4)(A)) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused such documents described herein to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Hannah R. Salassi
Lvovich & Szucsko, P.C.
50 Osgood Place, Suite 500
San Francisco, CA 94133
hannah@landslawgroup.com

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

1     I declare under penalty of perjury under the laws of the State of California that the above is

2 true and correct.

3     Executed on March 21, 2019, at Palo Alto, California.

4

5

6                                                   Debra L. Procedo

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 16

**EXHIBIT 16**

AT-167/EJ-152

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | LEVYING OFFICER *(Name and Address):* |
|---|---|
| David M. Zeff, 63289<br>1100 Larkspur Landing Circle, Suite 350, Larkspur, Ca 94939<br>TELEPHONE NO.: (415) 923-1380     FAX NO.: (415) 923-1382<br>E-MAIL ADDRESS: dmz@zefflaw.com<br>ATTORNEY FOR *(Name):* FREDERICK C. FIECHTER, Plaintiff and Judgment Creditor | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN FRANCISCO
   STREET ADDRESS: 400 McAllister Street, Room 103
   MAILING ADDRESS:
   CITY AND ZIP CODE: San Francisco 94102
   BRANCH NAME:

| | LEVYING OFFICER FILE NO.: |
|---|---|
| PLAINTIFF/PETITIONER: FREDERICK C. FIECHTER, et al. | |
| DEFENDANT/RESPONDENT: CARL WESCOTT, et al. | |

| MEMORANDUM OF GARNISHEE<br>(Attachment–Enforcement of Judgment) | COURT CASE NO.:<br>CPF-11-511547 |
|---|---|

| NOTICE TO PERSON SERVED WITH WRIT AND NOTICE OF LEVY OR NOTICE OF ATTACHMENT: This memorandum must be completed and mailed or delivered to the levying officer within 10 days after service on you of the writ and notice of levy or attachment unless you have fully complied with the levy. Failure to complete and return this memorandum may render you liable for the costs and attorney fees incurred in obtaining the required information.<br>  — RETURN ALL COPIES OF THIS MEMORANDUM TO THE LEVYING OFFICER — | This memorandum does *not* apply to garnishment of earnings. |
|---|---|

1. a. Garnishee *(name):* SPARKLABS IGNITION MANAGEMENT, LLC
   b. Address: c/o CT CORPORATION, 818 W SEVENTH ST, SUITE 930, LOS ANGELES, CA  90017

2. Judgment Creditor *(name):* FREDERICK C. FIECHTER

3. ☒ *(Check if applicable.)* The garnishee holds neither any property nor any obligations in favor of the judgment debtor.

4. If you will not deliver to the levying officer any property levied upon, describe the property and the reason for not delivering it:

5. For writ of execution only.  Describe any property of the judgment debtor not levied upon that is in your possession or under your control:

*(Continued on reverse)*

Page 1 of 2

| Form Approved for Optional Use<br>Judicial Council of California<br>AT-167/EJ-152 [Revised  July 1, 2013] | MEMORANDUM OF GARNISHEE<br>(Attachment–Enforcement of Judgment) | Code Civ. Proc., §§ 488.610,<br>701.030<br>*LexisNexis® Automated California Judicial Council Forms* |
|---|---|---|

AT-167/EJ-152

| SHORT TITLE: | LEVYING OFFICER FILE NO.: | CASE NUMBER: |
|---|---|---|
| Fiechter v. Wescott | | CPF-11-511547 |

6. If you owe money to the judgment debtor which you will not pay to the levying officer, describe the amount and the terms of the obligation and the reason for not paying it to the levying officer:

7. Describe the amount and terms of any obligation owed to the judgment debtor that is levied upon but is not yet due and payable:

8. **For writ of execution only.** Describe the amount and terms of any obligation owed to the judgment debtor that is not levied upon:

9. Describe any claims and rights of other persons to the property or obligation levied upon that are known to you and the names and addresses of the other persons:

## DECLARATION OF GARNISHEE

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Yoon Kang
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE)

If you need more space to provide the information required by this memorandum, you may attach additional pages.

☐ Total number of pages attached:

AT-167/EJ-152 [Rev. July 1, 2013]

MEMORANDUM OF GARNISHEE
(Attachment–Enforcement of Judgment)

Page 2 of 2

*LexisNexis® Automated California Judicial Council Forms*

AT-167/EJ-152

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | LEVYING OFFICER *(Name and Address):* |
|---|---|
| David M. Zeff, 63289<br>1100 Larkspur Landing Circle, Suite 350, Larkspur, Ca 94939<br>TELEPHONE NO.: (415) 923-1380      FAX NO.: (415) 923-1382<br>E-MAIL ADDRESS: dmz@zefflaw.com<br>ATTORNEY FOR *(Name):* FREDERICK C. FIECHTER, Plaintiff and Judgment Creditor | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN FRANCISCO |
|---|
| STREET ADDRESS: 400 McAllister Street, Room 103 |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: San Francisco 94102 |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: FREDERICK C. FIECHTER, et al. | LEVYING OFFICER FILE NO.: |
|---|---|
| DEFENDANT/RESPONDENT: CARL WESCOTT, et al. | |

| MEMORANDUM OF GARNISHEE<br>(Attachment–Enforcement of Judgment) | COURT CASE NO.:<br>CPF-11-511547 |
|---|---|

| NOTICE TO PERSON SERVED WITH WRIT AND NOTICE OF LEVY OR NOTICE OF ATTACHMENT: This memorandum must be completed and mailed or delivered to the levying officer within 10 days after service on you of the writ and notice of levy or attachment unless you have fully complied with the levy. Failure to complete and return this memorandum may render you liable for the costs and attorney fees incurred in obtaining the required information.<br>— RETURN ALL COPIES OF THIS MEMORANDUM TO THE LEVYING OFFICER — | This memorandum does *not* apply to garnishment of earnings. |
|---|---|

1. a. Garnishee *(name):* SPARKLABS VENTURES IGNITION FUND, LP

  b. Address: c/o CT CORPORATION, 818 W SEVENTH ST, SUITE 930, LOS ANGELES, CA  90017

2. Judgment Creditor *(name):* FREDERICK C. FIECHTER

3. [X] *(Check if applicable.)* The garnishee holds neither any property nor any obligations in favor of the judgment debtor.

4. If you will not deliver to the levying officer any property levied upon, describe the property and the reason for not delivering it:

5. For writ of execution only.  Describe any property of the judgment debtor not levied upon that is in your possession or under your control:

*(Continued on reverse)*

| Form Approved for Optional Use<br>Judicial Council of California<br>AT-167/EJ-152 [Revised July 1, 2013] | MEMORANDUM OF GARNISHEE<br>(Attachment–Enforcement of Judgment) | Code Civ. Proc., §§ 488.610,<br>701.030<br>*LexisNexis® Automated California Judicial Council Forms* |
|---|---|---|

AT-167/EJ-152

| SHORT TITLE:<br><br>Fiechter v. Wescott | LEVYING OFFICER FILE NO.: | CASE NUMBER:<br><br>CPF-11-511547 |
|---|---|---|

6. If you owe money to the judgment debtor which you will not pay to the levying officer, describe the amount and the terms of the obligation and the reason for not paying it to the levying officer:

7. Describe the amount and terms of any obligation owed to the judgment debtor that is levied upon but is not yet due and payable:

8. For writ of execution only. Describe the amount and terms of any obligation owed to the judgment debtor that is not levied upon:

9. Describe any claims and rights of other persons to the property or obligation levied upon that are known to you and the names and addresses of the other persons:

## DECLARATION OF GARNISHEE

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Yoon Kang

_____                                    _____
(TYPE OR PRINT NAME)                                                          (SIGNATURE)

If you need more space to provide the information required by this memorandum, you may attach additional pages.

☐ Total number of pages attached:

AT-167/EJ-152 [Rev. July 1, 2013]                        MEMORANDUM OF GARNISHEE                                              Page 2 of 2
(Attachment–Enforcement of Judgment)

LexisNexis® Automated California Judicial Council Forms

AT-167/EJ-152

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>David M. Zeff, 63289<br>1100 Larkspur Landing Circle, Suite 350, Larkspur, Ca 94939<br>TELEPHONE NO.: (415) 923-1380          FAX NO.: (415) 923-1382<br>E-MAIL ADDRESS: dmz@zefflaw.com<br>ATTORNEY FOR (Name): FREDERICK C. FIECHTER, Plaintiff and Judgment Creditor | LEVYING OFFICER (Name and Address): |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN FRANCISCO<br>STREET ADDRESS: 400 McAllister Street, Room 103<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco 94102<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: FREDERICK C. FIECHTER, et al.<br>DEFENDANT/RESPONDENT: CARL WESCOTT, et al. | LEVYING OFFICER FILE NO.: |
| MEMORANDUM OF GARNISHEE<br>(Attachment–Enforcement of Judgment) | COURT CASE NO.:<br>CPF-11-511547 |

| | |
|---|---|
| NOTICE TO PERSON SERVED WITH WRIT AND NOTICE OF LEVY OR NOTICE OF ATTACHMENT: This memorandum must be completed and mailed or delivered to the levying officer within 10 days after service on you of the writ and notice of levy or attachment unless you have fully complied with the levy. Failure to complete and return this memorandum may render you liable for the costs and attorney fees incurred in obtaining the required information.<br>— RETURN ALL COPIES OF THIS MEMORANDUM TO THE LEVYING OFFICER — | This memorandum does *not* apply to garnishment of earnings. |

1. a. Garnishee (name): SPARKLABS VENTURES IGNITION GP, LP
   b. Address: c/o CT CORPORATION, 818 W SEVENTH ST, SUITE 930, LOS ANGELES, CA  90017

2. Judgment Creditor (name): FREDERICK C. FIECHTER

3. ☒ (Check if applicable.) The garnishee holds neither any property nor any obligations in favor of the judgment debtor.

4. If you will not deliver to the levying officer any property levied upon, describe the property and the reason for not delivering it:

5. For writ of execution only.  Describe any property of the judgment debtor not levied upon that is in your possession or under your control:

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>AT-167/EJ-152 [Revised July 1, 2013] | MEMORANDUM OF GARNISHEE<br>(Attachment–Enforcement of Judgment) | Code Civ. Proc., §§ 488.610,<br>701.030<br>*LexisNexis® Automated California Judicial Council Forms* |

AT-167/EJ-152

| SHORT TITLE: | LEVYING OFFICER FILE NO.: | CASE NUMBER: |
|---|---|---|
| Fiechter v. Wescott | | CPF-11-511547 |

6. If you owe money to the judgment debtor which you will not pay to the levying officer, describe the amount and the terms of the obligation and the reason for not paying it to the levying officer:

7. Describe the amount and terms of any obligation owed to the judgment debtor that is levied upon but is not yet due and payable:

8. For writ of execution only. Describe the amount and terms of any obligation owed to the judgment debtor that is not levied upon:

9. Describe any claims and rights of other persons to the property or obligation levied upon that are known to you and the names and addresses of the other persons:

### DECLARATION OF GARNISHEE

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Yoon Kang
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE)

If you need more space to provide the information required by this memorandum, you may attach additional pages.

☐ Total number of pages attached:

AT-167/EJ-152 [Rev. July 1, 2013]

**MEMORANDUM OF GARNISHEE**
(Attachment–Enforcement of Judgment)

Page 2 of 2

*LexisNexis® Automated California Judicial Council Forms*

AT-167/EJ-152

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | LEVYING OFFICER *(Name and Address):* |
|---|---|
| David M. Zeff, 63289<br>1100 Larkspur Landing Circle, Suite 350, Larkspur, Ca 94939<br>TELEPHONE NO.: (415) 923-1380    FAX NO.: (415) 923-1382<br>E-MAIL ADDRESS: dmz@zefflaw.com<br>ATTORNEY FOR *(Name):* FREDERICK C. FIECHTER, Plaintiff and Judgment Creditor | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street, Room 103
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco 94102
BRANCH NAME:

| PLAINTIFF/PETITIONER: FREDERICK C. FIECHTER, et al. | LEVYING OFFICER FILE NO.: |
|---|---|
| DEFENDANT/RESPONDENT: CARL WESCOTT, et al. | |
| **MEMORANDUM OF GARNISHEE**<br>(Attachment–Enforcement of Judgment) | COURT CASE NO.:<br>CPF-11-511547 |

| NOTICE TO PERSON SERVED WITH WRIT AND NOTICE OF LEVY OR NOTICE OF<br>ATTACHMENT: This memorandum must be completed and mailed or delivered to the<br>levying officer within 10 days after service on you of the writ and notice of levy<br>or attachment unless you have fully complied with the levy. Failure to complete and<br>return this memorandum may render you liable for the costs and attorney fees incur-<br>red in obtaining the required information.<br>— RETURN ALL COPIES OF THIS MEMORANDUM TO THE LEVYING OFFICER — | This memorandum does *not* apply<br>to garnishment of earnings. |
|---|---|

1. a. Garnishee *(name):* BERNARD MOON
   b. Address: 3587 Lupine Ave., Palo Alto, CA 94303

2. Judgment Creditor *(name):* FREDERICK C. FIECHTER

3. [ x ] *(Check if applicable.)* The garnishee holds neither any property nor any obligations in favor of the judgment debtor.

4. If you will not deliver to the levying officer any property levied upon, describe the property and the reason for not delivering it:

   Garnishee is not a judgment debtor in this matter.  Garnishee is not in possession of any property
   or obligations in favor of Carl Wescott.

5. For writ of execution only.  Describe any property of the judgment debtor not levied upon that is in your possession or under your
   control:

---

Form Approved  for Optional Use<br>Judicial Council of California<br>AT-167/EJ-152 [Revised  July 1, 2013]

**MEMORANDUM OF GARNISHEE**
(Attachment–Enforcement of Judgment)

Code Civ. Proc., §§ 488.610,
701.030

*LexisNexis® Automated California Judicial Council Forms*

AT-167/EJ-152

| SHORT TITLE: | LEVYING OFFICER FILE NO.: | CASE NUMBER: |
|---|---|---|
| Ficchter v. Wescott | | CPF-11-511547 |

6. If you owe money to the judgment debtor which you will not pay to the levying officer, describe the amount and the terms of the obligation and the reason for not paying it to the levying officer:

None

7. Describe the amount and terms of any obligation owed to the judgment debtor that is levied upon but is not yet due and payable:

None

8. For writ of execution only. Describe the amount and terms of any obligation owed to the judgment debtor that is not levied upon:

9. Describe any claims and rights of other persons to the property or obligation levied upon that are known to you and the names and addresses of the other persons:

None

**DECLARATION OF GARNISHEE**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Bernard B. Moon
(TYPE OR PRINT NAME)

▶ Bernard B. Moon
(SIGNATURE)

If you need more space to provide the information required by this memorandum, you may attach additional pages.

☐ Total number of pages attached:

AT-167/EJ-152 [Rev. July 1, 2013] 

**MEMORANDUM OF GARNISHEE**
(Attachment–Enforcement of Judgment)

Page 2 of 2

*LexisNexis® Automated California Judicial Council Forms*

1

## PROOF OF SERVICE

2   I, **Brenda Martinez-Eby**, declare as follows: I am a citizen of the United States, over the age of
3   eighteen years and not a party to the within entitled action. My business address is Gluck Daniel LLP, One
    Sansome Street, Suite 720, San Francisco, California 94104. I served the attached paper identified below
4   on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as
    indicated and served the named document in the manner indicated below

5   ## MEMORANDUM OF GARNISHEE
    ### (Attachment-Enforcement of Judgment)

6

7   Service upon:

8   | David M. Zeff, Esq. | *Attorney for Plaintiff and Judgment Creditor* |
    | 1100 Larkspur Circle, Suite 350 | *FREDERICK C. FIECHTER* |
9   | Larkspur, CA 94939 | |
    | Tel.: (415) 923-1380 | |
10  | Fax: (415) 923-1382 | |
    | Email: dmz@zefflaw.com | |

11

12  ☒   **BY MAIL**: I caused true and correct copies of the above document(s) to be served by mail on the above
        date by personally placing and sealing said document(s) in an envelope or package suitable for mailing,
13      addressed to the addressee(s) and including this firm's return address, and then, following ordinary office
        practice, placing said sealed envelope in the office's usual location for collection and mailing with the United
14      States Postal Service.

15  ☐   **BY NEXT-DAY OVERNIGHT SERVICE**: I caused true and correct copies of the above
        document(s) to be placed within a sealed envelope or other package suitable for overnight shipment,
16      addressed to the addressee(s) and including this firm's return address, and delivered on the date stated above
        to an overnight delivery service for delivery to the addressee(s) on the following business day.

17  ☐   **BY HAND DELIVERY**: I caused true and correct copies of the above document(s) to be placed within
        a sealed envelope or other package suitable for handling by a messenger or courier service and then caused
18      the package to be hand-delivered by a same-day messenger service to the addressee(s) on this date.

19  ☒   **BY EMAIL**: I caused true and correct copies of the above document(s) to be sent via email to the
        addressee(s) on this date. I did not receive a notice indicating delivery failure.

20  ☐   **BY E-SERVICE**: I caused true and correct copies of the above document(s) to be sent via electronic
        transmission through the Court's E-service vendor in conformity with San Francisco Superior Court Local
21      Rule 2.10 in transaction number XXX.

22      I declare under penalty of perjury under the laws of the State of California that the
    foregoing is true and correct. Executed **July 29, 2019**, at San Francisco, California.

23

24  

25      **Brenda Martinez-Eby**

26

27

28

GLUCK DANIEL LLP
415-510-2114

# EXHIBIT 17

**EXHIBIT 17**

### ARTICLES OF INCORPORATION
#### Side Coast, Inc.

**1) NAME:**

The name of this corporation is **Side Coast, Inc.**

**FILED**
Secretary of State
State of California
ʃᵉᶜ APR 2 2 2016

**2) PURPOSE:**

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the **GENERAL CORPORATION LAW** of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**3) AGENT FOR SERVICE OF PROCESS:**

The name and address in the State of California of this corporation's initial agent for service of process is:

Name          **PERCY HAULUND**
              **2929 190th Street**
              **Redondo Beach CA 90278**

**4) ADDRESSES:**

2929 190th Street Redondo Beach CA 90278 is also the corporation's initial physical address.

However, the mailing address of Side Coast, Inc., is **PO Box 1304, Sausalito, CA 94966.**

**5) STOCK:**

This corporation is authorized to issue only one class of shares of stock which shall be designated common stock. The total number of shares it is authorized to issue is **Two Hundred Million Shares (200,000,000).**

**6) DIRECTOR(S):**

The name and address of the person who is appointed to act as the initial director of this corporation is:

Name          **Carl Wescott**
              **PO Box 1304**
              **Sausalito, CA 94966**

**7) LIABILITY:**

The liability of the director(s) of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

**8) INDEMNIFICATION:**

The corporation is authorized to indemnify the directors and officers of the corporation to the fullest extent permissible under California law.

IN WITNESS WHEREOF, the undersigned, being all the person named above as the initial director(s), have executed these Articles of Incorporation.

_____          _____
Carl Wescott                     April 20th, 2016
                                 Date

The undersigned, being all the persons named above as the initial director(s), declare that they are the person(s) who executed the foregoing Articles of Incorporation, which execution is their act and deed.

_____          _____
Carl Wescott                     April 20th, 2016
                                 Date

# EXHIBIT 18

**EXHIBIT 18**

**FILED**

JUL 1 0 2017

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re   CARL ALEXANDER WESCOTT )
          Debtor                )          Case No.   12-30143
                                )                      Dm
_____)

My new address is

Carl A. Wescott
Po Box 1304
SAUSALITO, CA  94966

Thank you!

Carl A. Wescott                    7/10/2017

# EXHIBIT 19

**EXHIBIT 19**

1

2

3

FILED

4

MAR 28 2019

5

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7

8 UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9

CV 19 1640

10 Carl A. Wescott

KAW

11                 Plaintiff,     )    CASE NO. _____

12     vs.                          )    APPLICATION TO PROCEED
                                     )    IN FORMA PAUPERIS

13 Jim Upshaw, UPSI, Chris Patterson
+ DOES 1 to 25              )

14             Defendant.    )

15 _____ )

16     I, _Carl A. Wescott_____, declare, under penalty of perjury that I am the plaintiff

17 in the above entitled case and that the information I offer throughout this application is true and

18 correct. I offer this application in support of my request to proceed without being required to

19 prepay the full amount of fees, costs or give security. I state that because of my poverty I am

20 unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

21     In support of this application, I provide the following information:

22 1.    Are you presently employed?            No **NO**

23 If your answer is "yes," state both your gross and net salary or wages per month, and give the

24 name and address of your employer:

25 Gross: _____ Net: _____

26 Employer: _____

27 _____

28 If the answer is "no," state the date of last employment and the amount of the gross and net salary

1

1   and wages per month which you received.

2   My last job that did not involve golden handcuffs (2000) or an officer position (2003) was a

3   software engineer position in 1990 in which I earned $2000 pre-tax per month.

4   I last earned money in 2014 when I earned less than $6,000 for the year.*

*I did generate $5,000 of income in December 2018, paid in February 2019, as a sole
proprietor, but it cost me approximately $15,000 (to be reconciled when all expenses come in)
to earn that money, and thus it was actually a loss of approximately $10,000 (exact number
TBD)

5   2.      Have you received, within the past twelve (12) months, any money from any of the

6   following sources:

7           a.      Business, Profession or              Yes.  See * above.

8                   self employment?

9           b.      Income from stocks, bonds,           No

10                  or royalties?

11          c.      Rent payments?                       No

12          d.      Pensions, annuities, or              No

13                  life insurance payments?

14          e.      Federal or State welfare payments,   No, except that I receive
                                                         EBT/Calfresh/food stamps

If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  See * above regarding the only self-employment income I have had since August 2014.

20  Regarding EBT/CalFresh/food stamps, I receive $194 per month in food benefits

21  3.      Are you married?                             No! (divorced)

22  [spousal questions removed to make room for longer answers elsewhere on page]

23  4.      a.      List amount you contribute to your spouse's support:    $0 (last support payment
                                                                            made was June 2014)

24          b.      List the persons other than your spouse who are dependent upon you for support

25                  and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

1                       children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2   AW, 13 ($0), CW, 11 ($0), DW ($0) Last support payment I was able to make was also June 2014

3   _____

4   5.      Do you own or are you buying a home?         No

5

6   6.      Do you own an automobile?            No**

7   Make _____ Year _____ Model _____

    **I used to own a suspended LLC which owns a car that was impounded in June 2016

8.

7.                    Do you have a bank account?  Yes and No (Do not include account #s)

11   Name(s) and address(es) of bank: I only have one personal bank account in the world, in
    Ecuador with Banco Pichincha.  It has less than US $100 in it.       No PERSONAL
                                      BANK ACCOUNT IN THE USA

12   I do use a corporate bank account from time to time

13   Present balance(s): $ The Banco Pichincha account has less than $100

14   Do you own any cash?  Yes  Amount:  US $308 + 30 South African rand (plus ~$25 in change)

15   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16   market value.)                                           Yes

17   My main asset is legal claims.  I own 3 guitars, some old cell phones, lots of clothes, and many
    Books.  The guitars may be worth $100 to $200 each, the old cell phones perhaps $100 to $200 ea.

18   8.      What are your monthly expenses?

19   Rent: $ n/a (homeless)_____  Utilities: $130 (cell phone bill)

20   Food: $ 400_____  Clothing: $50

21   Charge Accounts: not applicable, credit ruined by bankruptcy

22   Name of Account        Monthly Payment           Total Owed on This Account

23   _____  $ _____  $ _____

24   _____  $ _____  $ _____

25   _____  $ _____  $ _____

26   9.      Do you have any other debts?  (List current obligations, indicating amounts and to whom

27   they are payable.  Do not include account numbers.)

28   I have huge debts which total over US $200 million, as detailed in my chapter 7

1

2 10.    Does the complaint which you are seeking to file raise claims that have been presented in

3 other lawsuits?    No

4 Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5 which they were filed.

6 _____ N/A _____

7 _____

8 I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9 false statement herein may result in the dismissal of my claims.

10

11 ___3/28/2019___            ___A. We___

12    DATE                          SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 20

**EXHIBIT 20**

Clear Form

1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

9

10

11 Plaintiff, ) CASE NO. _____
)
12 vs. ) **APPLICATION TO PROCEED**
) **IN FORMA PAUPERIS**
13 ) **(Non-prisoner cases only)**
)
14 Defendant. )
)
15

16 I, _____, declare, under penalty of perjury that I am the plaintiff

17 in the above entitled case and that the information I offer throughout this application is true and

18 correct. I offer this application in support of my request to proceed without being required to

19 prepay the full amount of fees, costs or give security. I state that because of my poverty I am

20 unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

21 In support of this application, I provide the following information:

22 1. Are you presently employed? Yes ____ No ____

23 If your answer is "yes," state both your gross and net salary or wages per month, and give the

24 name and address of your employer:

25 Gross: _____ Net: _____

26 Employer: _____

27 _____

28 If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

and wages per month which you received.

_____

_____

_____

2.   Have you received, within the past twelve (12) months, any money from any of the

following sources:

    a.   Business, Profession or               Yes ✓  No ____

        self employment?

    b.   Income from stocks, bonds,         Yes ____  No ____

        or royalties?

    c.   Rent payments?                        Yes ____  No ____

    d.   Pensions, annuities, or           Yes ____  No ____

        life insurance payments?

    e.   Federal or State welfare payments,   Yes ____  No ____

        Social Security or other govern-

        ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount

received from each.

I RECEIVED $5,000 in the last 12 months from

~~CONFIT~~ CONSULTING. THAT IS MY TOTAL EARNED INCOME
      SINCE 9/1/2019.

3.   Are you married?                    Yes ____  No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____  Net $_____

4.   a.   List amount you contribute to your spouse's support:$ _____0_____

    b.   List the persons other than your spouse who are dependent upon you for support

        and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2  _____ AW  13   CW  11   DW  9 _____

3  _____

4  5.    Do you own or are you buying a home?        Yes ✓ No ____

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.    Do you own an automobile?                   Yes ___ No ✓

7  Make _____ Year _____ Model AN LLC THAT HAS BEEN SUSPENDED
                                              BUT LODESTAR TECH LLC,
8  Is it financed? Yes _____ No _____ If so, Total due: $ FOR YEARS, OWNS A 2007
                                                          LEXUS THAT WAS IMPOUNDED
9  Monthly Payment: $ _____                      IN 2016.

10  7.    Do you have a bank account?  Yes ✓ No ____ (Do not include account numbers.)

11  Name(s) and address(es) of bank: ____ BANCO  PICHINCHA

12  _____ QUITO  ECUADOR

13  Present balance(s): $ LESS THAN 100 LAST TIME I cheded about 8 years ago

14  Do you own any cash?  Yes ✓ No ___ Amount: $ probably $6 in change

15  Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16  market value.)                                   Yes ✓ No ___

17  _____ legal claims are my only SIGNIFICANT asset

18  8.    What are your monthly expenses?

19  Rent: $  0  (homeless - I cook in AN office.) Utilities: _____ (25)

20  Food: $  300  _____ Clothing: ____ 100

21  Charge Accounts:

22  Name of Account        Monthly Payment         Total Owed on This Account

23  _____ $ _____ N/A ____ $ _____

24  _____ $ _____ $ _____

25  _____ $ _____ $ _____

26  9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

27  they are payable.  Do not include account numbers.) PRINCIPAL OF $70 MIL ($740 MILL+
   w/ Interest Not discharged in 2016 Ch. 7.  12-10431

28  * I DO NOT OWN A HOME.  I SIGNED A CONTRACT
   TO PURCHASE A HOME FOR US 12,500 IN PICHINGUA
   SELLER HAS NOT SIGNED.

-3-

10.      Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ✓   (Not against these defendants)

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Related case in St Superio Cout   JJ819?

                       CC-17-

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

As of

4/14/2019

_____

DATE                  SIGNATURE OF APPLICANT

Resigned 9/17/20-5

# EXHIBIT 21

**EXHIBIT 21**

# EXHIBIT 21 - 2017-2019 Incoming Payments to Carl Wescott Paypal Account

| Platform | Created Date | USD Equivalent | CR | Local | Balance Impact | Transaction Type | Status | Notes | Counterparty Name | Counterparty Email | Counterparty Txn ID | Counterparty | Month | Year | isSuccessful |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAYPAL | 07-04-2018 17:05:55 | $25.00 | $25.00 | USD | CR | Mobile Payment | Completed | Dead & Co, remaining balance | Andrew Swett | aswett07@gmail.com | 19479086554786810 | Verified | July | 2018 | TRUE |
| PAYPAL | 10-04-2018 16:04:41 | $210.00 | $210.00 | USD | CR | General Payment | Completed | Thanks again, Carl! Just got the tickets for Miss Saigon today. :-) | Angela Ha | ha.angela@yahoo.com | 19580257736988339 | Verified | October | 2018 | TRUE |
| PAYPAL | 06-17-2018 09:30:40 | $500.00 | $500.00 | USD | CR | Payment Refund | Pending | sorry i missed you in sf | Anthony Turino | anthonyturino@gmail.com | 19460259451286258 | Verified | June | 2018 | FALSE |
| PAYPAL | 06-17-2018 09:30:40 | $500.00 | $500.00 | USD | CR | Payment Refund | Completed | sorry i missed you in sf | Anthony Turino | anthonyturino@gmail.com | 19460259451286258 | Verified | June | 2018 | TRUE |
| PAYPAL | 08-08-2018 16:43:53 | $131.00 | $131.00 | USD | CR | General Payment | Completed | | Anthony Turino | anthonyturino@gmail.com | 19517584309978360 | Verified | August | 2018 | TRUE |
| PAYPAL | 08-08-2018 18:29:31 | $131.00 | $131.00 | USD | CR | Mobile Payment | Completed | | Anthony Turino | anthonyturino@gmail.com | 19517768721691621 | Verified | August | 2018 | TRUE |
| PAYPAL | 09-20-2018 17:25:22 | $3,500.00 | $3,500.00 | USD | CR | Mobile Payment | Completed | | Anthony Turino | anthonyturino@gmail.com | 19564866940777232 | Verified | September | 2018 | TRUE |
| PAYPAL | 11-27-2018 17:59:46 | $200.00 | $200.00 | USD | CR | General Payment | Completed | | Anthony Turino | anthonyturino@gmail.com | 19639819924743801 | Verified | November | 2018 | TRUE |
| PAYPAL | 02-10-2019 12:27:53 | $23.00 | $23.00 | USD | CR | General Payment | Completed | | Anthony Turino | anthonyturino@gmail.com | 19722082744856234 | Verified | February | 2019 | TRUE |
| PAYPAL | 11-01-2017 14:08:06 | $79.99 | $79.99 | USD | CR | Payment Refund | Completed | | B&H Foto & Electronics Cor | paypal@bhphotovideo.com | 19209724161612024 | Verified | November | 2017 | TRUE |
| PAYPAL | 02-20-2019 19:34:22 | $855.00 | $855.00 | USD | CR | General Payment | Completed | | Bernard Moon | bernard@sparklabsglobal.com | 19733084129620911 | Verified | February | 2019 | TRUE |
| PAYPAL | 03-18-2019 12:03:31 | $1,100.00 | $1,100.00 | USD | CR | General Payment | Completed | | Bernard Moon | bernard@sparklabsglobal.com | 19761666042045073 | Verified | March | 2019 | TRUE |
| PAYPAL | 04-14-2019 23:53:56 | $1,541.66 | $1,541.66 | USD | CR | General Payment | Completed | | Bernard Moon | bernard@sparklabsglobal.com | 19791350604503614 | Verified | April | 2019 | TRUE |
| PAYPAL | 01-05-2019 13:30:06 | $36.00 | $36.00 | USD | CR | General Payment | Completed | I really appreciate the Laurie Anderson ticket! Once in a lifetime show! | catherine lee | videovision_cml@yahoo.com | 19682504398339413 | Verified | January | 2019 | TRUE |
| PAYPAL | 08-15-2018 10:38:06 | $1,000.00 | $1,000.00 | USD | CR | General Payment | Completed | | Daniel Anderson | danandersonmobile@yahoo.com | 19525272005355213 | Verified | August | 2018 | TRUE |
| PAYPAL | 09-17-2017 07:30:38 | $54.00 | $54.00 | USD | CR | Mobile Payment | Completed | | Elite Snowboard Services | jaytierney@hotmail.com | 19160225476951129 | Verified | September | 2017 | TRUE |
| PAYPAL | 09-13-2017 14:46:00 | $63.00 | $63.00 | USD | CR | General Payment | Completed | Thanks for supporting live music always | Henry Heikkinen | henryh@livefunk.com | 19155841945384870 | Verified | September | 2017 | TRUE |
| PAYPAL | 09-26-2018 21:55:52 | $60.00 | $60.00 | USD | CR | General Payment | Completed | | Henry Petras | henrypetras@hotmail.com | 19571442596345690 | Verified | September | 2018 | TRUE |
| PAYPAL | 10-06-2017 17:56:36 | $23.97 | $23.97 | USD | CR | General Payment | Completed | Reimbursement for not getting the | Jenny Phu | jennyphu@gmail.com | 19181121908986807 | Verified | October | 2017 | TRUE |
| PAYPAL | 01-26-2018 14:43:55 | $200.00 | $200.00 | USD | CR | General Payment | Completed | | Jeremy Kee | jeremykeecorp@gmail.com | 19304269696746155 | Verified | January | 2018 | TRUE |
| PAYPAL | 01-21-2019 10:16:34 | $20.00 | $20.00 | USD | CR | General Payment | Completed | | Jeremy Kee | jeremykeecorp@gmail.com | 19700272542251513 | Verified | January | 2019 | TRUE |
| PAYPAL | 02-26-2019 11:15:10 | $291.00 | $291.00 | USD | CR | General Payment | Completed | Hi Carl,Sorry the upgrade did not work out. Here's the funds back minus the paypal fee. Hope you have a safe trip | John Cashman | jcashman09@gmail.com | 19739681992213496 | Verified | February | 2019 | TRUE |
| PAYPAL | 11-29-2017 18:22:33 | $175.00 | $175.00 | USD | CR | General Payment | Completed | | Jonas Goodman | jonasgoodman@gmail.com | 19240688429258693 | Verified | November | 2017 | TRUE |
| PAYPAL | 12-19-2017 13:07:51 | $200.00 | $200.00 | USD | CR | General Payment | Completed | | Jonas Goodman | jonasgoodman@gmail.com | 19262671882160899 | Verified | December | 2017 | TRUE |
| PAYPAL | 01-24-2018 13:01:45 | $100.00 | $100.00 | USD | CR | General Payment | Completed | | Jonas Goodman | jonasgoodman@gmail.com | 19302075070066006 | Verified | January | 2018 | TRUE |
| PAYPAL | 05-24-2018 14:44:16 | $85.00 | $85.00 | USD | CR | General Payment | Completed | books | Jonas Goodman | jonasgoodman@gmail.com | 19434058926212274 | Verified | May | 2018 | TRUE |
| PAYPAL | 05-29-2018 22:50:09 | $100.00 | $100.00 | USD | CR | General Payment | Completed | more books | Jonas Goodman | jonasgoodman@gmail.com | 19439571595304294 | Verified | May | 2018 | TRUE |
| PAYPAL | 06-02-2018 00:39:25 | $50.00 | $50.00 | USD | CR | General Payment | Completed | half (almost) of third shipment of books | Jonas Goodman | jonasgoodman@gmail.com | 19443969873073468 | Verified | June | 2018 | TRUE |
| PAYPAL | 01-07-2019 19:44:51 | $1,062.50 | $1,062.50 | USD | CR | General Payment | Completed | | Jonas Goodman | jonasgoodman@gmail.com | 19684693740093124 | Verified | January | 2019 | TRUE |
| PAYPAL | 08-26-2018 22:41:19 | $71.00 | $71.00 | USD | CR | General Payment | Completed | | Jonathan Cifuentes | cifuentj@gmail.com | 19537368452692079 | Verified | August | 2018 | TRUE |
| PAYPAL | 07-28-2018 16:51:13 | $162.00 | $162.00 | USD | CR | General Payment | Completed | | Laurie Etheridge | laurieetheridge@yahoo.com | 19505665612906796 | Verified | July | 2018 | TRUE |
| PAYPAL | 08-15-2018 11:35:09 | $1,000.00 | $1,000.00 | USD | CR | Mobile Payment | Completed | | Michael Shea | chetvancouver@yahoo.com | 19525276781604099 | Verified | August | 2018 | TRUE |
| PAYPAL | 08-29-2018 20:13:57 | $1,500.00 | $1,500.00 | USD | CR | General Payment | Completed | | Michael Shea | chetvancouver@yahoo.com | 19540661340263263 | Verified | August | 2018 | TRUE |
| PAYPAL | 06-27-2018 23:02:09 | $1,000.00 | $1,000.00 | USD | CR | General Payment | Completed | | Nicole Wescott | notnicoleagain@hotmail.com | 19471389217064594 | Verified | June | 2018 | TRUE |
| PAYPAL | 08-15-2018 19:54:11 | $1,000.00 | $1,000.00 | USD | CR | General Payment | Completed | | Nicole Wescott | notnicoleagain@hotmail.com | 19472682248731344 | Verified | August | 2018 | TRUE |
| PAYPAL | 10-19-2017 15:24:07 | $1.00 | $1.00 | USD | CR | Payment Refund | Completed | | Olga Africawala | savoaf@yahoo.com | 14189488807 | | October | 2017 | TRUE |
| PAYPAL | 04-22-2018 21:41:03 | $266.00 | $266.00 | USD | CR | Payment Refund | Completed | | Olga Africawala | savoaf@yahoo.com | 19398839675458021 | Verified | April | 2018 | TRUE |
| PAYPAL | 04-22-2018 21:41:22 | $50.00 | $50.00 | USD | CR | Payment Refund | Completed | | Olga Africawala | savoaf@yahoo.com | 19398839675477273 | Verified | April | 2018 | TRUE |
| PAYPAL | 06-17-2018 19:08:21 | $50.00 | $50.00 | USD | CR | General Payment | Completed | | Olga Africawala | savoaf@yahoo.com | 19460587361019105 | Verified | June | 2018 | TRUE |
| PAYPAL | 08-15-2018 10:24:29 | $100.00 | $100.00 | USD | CR | General Payment | Completed | | Olga Africawala | savoaf@yahoo.com | 19525284173318623 | Verified | August | 2018 | TRUE |
| PAYPAL | 09-30-2018 18:47:28 | $42.00 | $42.00 | USD | CR | General Payment | Completed | | Olga Africawala | savoaf@yahoo.com | 19575846791041730 | Verified | September | 2018 | TRUE |
| PAYPAL | 08-08-2018 18:58:57 | $50.00 | $50.00 | USD | CR | Mobile Payment | Pending | | peter koufis' Store | peterck@greenerlatitudes.com | 19517630172063681 | Verified | August | 2018 | FALSE |
| PAYPAL | 08-08-2018 18:58:57 | $50.00 | $50.00 | USD | CR | General Payment | Completed | Carl,Here is August payment $50E-check expected August 14th $50 | peter koufis' Store | peterck@greenerlatitudes.com | 19517630172063681 | Verified | August | 2018 | TRUE |
| PAYPAL | 08-09-2018 14:22:20 | $50.00 | $50.00 | USD | CR | Mobile Payment | Completed | check expected August 14th $50 | peter koufis' Store | peterck@greenerlatitudes.com | 19518664438424168 | Verified | August | 2018 | TRUE |
| PAYPAL | 09-25-2018 18:43:11 | $85.00 | $85.00 | USD | CR | General Payment | Completed | For dinner on Sunday | Raman Frey | ramanfrey@gmail.com | 19570537986631303 | Verified | September | 2018 | TRUE |
| PAYPAL | 04-26-2019 16:59:36 | $147.00 | $147.00 | USD | CR | General Payment | Completed | Julius Caesar is still dead | randy vogel | randy@rnth.com | 19804746851104040 | Verified | April | 2019 | TRUE |
| PAYPAL | 03-05-2018 13:43:18 | $25.00 | $25.00 | USD | CR | General Payment | Completed | | Rene Torres | rtorresphd@hotmail.com | 19346059848885198 | Verified | March | 2018 | TRUE |
| PAYPAL | 07-10-2018 17:15:33 | $25.00 | $25.00 | USD | CR | General Payment | Completed | Shipping tags and for any ancillary | robert block | rjbrjb1@gmail.com | 19485701887778165 | | July | 2018 | TRUE |
| PAYPAL | 08-09-2018 16:35:05 | $200.00 | $200.00 | USD | CR | General Payment | Completed | | robert block | rjbrjb1@gmail.com | 19518683945143971 | | August | 2018 | TRUE |
| PAYPAL | 09-25-2018 12:07:49 | $100.00 | $100.00 | USD | CR | General Payment | Completed | | robert block | rjbrjb1@gmail.com | 19570365132792613 | | September | 2018 | TRUE |
| PAYPAL | 09-25-2018 15:57:01 | $300.00 | $300.00 | USD | CR | General Payment | Completed | | robert block | rjbrjb1@gmail.com | 19570352835589635 | | September | 2018 | TRUE |
| PAYPAL | 10-06-2018 15:16:22 | $100.00 | $100.00 | USD | CR | General Payment | Completed | | robert block | rjbrjb1@gmail.com | 19582439084797968 | | October | 2018 | TRUE |
| PAYPAL | 03-21-2018 21:42:07 | $45.00 | $45.00 | USD | CR | General Payment | Completed | Thanks, Carl! -Elias | Shannel Busuioc | shannelb-10@sandiego.edu | 19363638992556922 | | March | 2018 | TRUE |
| PAYPAL | 11-07-2018 09:31:37 | $500.00 | $500.00 | USD | CR | General Payment | Completed | | Shelley Alger Photography | shelleyalger@gmail.com | 19617810221505228 | Verified | November | 2018 | TRUE |
| PAYPAL | 01-14-2019 11:30:46 | $69.03 | $67.00 | USD | CR | Mobile Payment | Completed | Paid in Phil | Trent Clingan | thclingan13@gmail.com | 19692586563920090 | | January | 2019 | TRUE |
| PAYPAL | 10-19-2017 12:10:20 | $1,500.00 | $1,500.00 | USD | CR | General Payment | Completed | | William Russ | texfix@toast.net | 19195417524114157 | Verified | October | 2017 | TRUE |
| PAYPAL | 11-22-2017 12:31:32 | $1,000.00 | $1,000.00 | USD | CR | General Payment | Completed | | William Russ | texfix@toast.net | 19232798449662215 | Verified | November | 2017 | TRUE |
| PAYPAL | 11-30-2017 09:58:53 | $1,000.00 | $1,000.00 | USD | CR | General Payment | Completed | | William Russ | texfix@toast.net | 19241776825945935 | Verified | November | 2017 | TRUE |
| PAYPAL | 12-06-2017 14:45:55 | $2,000.00 | $2,000.00 | USD | CR | General Payment | Completed | | William Russ | texfix@toast.net | 19248385035218571 | Verified | December | 2017 | TRUE |
| PAYPAL | 12-15-2017 07:33:10 | $2,630.00 | $2,630.00 | USD | CR | General Payment | Completed | | William Russ | texfix@toast.net | 19258095393817468 | Verified | December | 2017 | TRUE |
| PAYPAL | 01-03-2018 11:16:03 | $2,500.00 | $2,500.00 | USD | CR | General Payment | Completed | | William Russ | texfix@toast.net | 19278983456624678 | Verified | January | 2018 | TRUE |
| PAYPAL | 01-16-2018 11:48:05 | $2,500.00 | $2,500.00 | USD | CR | General Payment | Completed | | William Russ | texfix@toast.net | 19293278274304590 | Verified | January | 2018 | TRUE |
| PAYPAL | 02-01-2018 15:43:07 | $2,500.00 | $2,500.00 | USD | CR | General Payment | Completed | | William Russ | texfix@toast.net | 19310867344371047 | Verified | February | 2018 | TRUE |
| PAYPAL | 02-15-2018 07:50:04 | $2,500.00 | $2,500.00 | USD | CR | General Payment | Completed | | William Russ | texfix@toast.net | 19326254439600396 | Verified | February | 2018 | TRUE |
| PAYPAL | 03-05-2018 12:01:20 | $1,000.00 | $1,000.00 | USD | CR | General Payment | Completed | | William Russ | texfix@toast.net | 19346059837551973 | Verified | March | 2018 | TRUE |
| PAYPAL | 03-07-2018 09:12:21 | $1,000.00 | $1,000.00 | USD | CR | General Payment | Completed | | William Russ | texfix@toast.net | 19348254482634566 | Verified | March | 2018 | TRUE |
| PAYPAL | 03-08-2018 13:50:50 | $500.00 | $500.00 | USD | CR | General Payment | Completed | | William Russ | texfix@toast.net | 19349344040498068 | Verified | March | 2018 | TRUE |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAYPAL | 03-16-2018 11:07:40 | $2,500.00 | $2,500.00 USD CR | General Payment | Completed | | William Russ | texfix@toast.net | 19358136591609867 | Verified | March | 2018 | TRUE |
| PAYPAL | 04-03-2018 13:26:50 | $1,000.00 | $1,000.00 USD CR | General Payment | Completed | | William Russ | texfix@toast.net | 1937793392603919 | Verified | April | 2018 | TRUE |
| PAYPAL | 04-09-2018 07:02:16 | $1,500.00 | $1,500.00 USD CR | General Payment | Completed | | William Russ | texfix@toast.net | 19384532762952638 | Verified | April | 2018 | TRUE |
| PAYPAL | 04-17-2018 01:51:23 | $2,500.00 | $2,500.00 USD CR | General Payment | Completed | | William Russ | texfix@toast.net | 19393329699030270 | Verified | April | 2018 | TRUE |
| PAYPAL | 05-04-2018 13:21:50 | $2,500.00 | $2,500.00 USD CR | General Payment | Completed | | William Russ | texfix@toast.net | 19412017916553473 | Verified | May | 2018 | TRUE |
| PAYPAL | 05-17-2018 12:34:09 | $1,000.00 | $1,000.00 USD CR | General Payment | Completed | | William Russ | texfix@toast.net | 19426323503941772 | Verified | May | 2018 | TRUE |
| PAYPAL | 05-20-2018 11:15:13 | $1,000.00 | $1,000.00 USD CR | General Payment | Completed | | William Russ | texfix@toast.net | 19429607545434721 | Verified | May | 2018 | TRUE |
| PAYPAL | 05-29-2018 19:37:09 | $500.00 | $500.00 USD CR | General Payment | Completed | | William Russ | texfix@toast.net | 19439519154885458 | Verified | May | 2018 | TRUE |
| PAYPAL | 05-31-2018 17:06:06 | $2,500.00 | $2,500.00 USD CR | General Payment | Completed | | William Russ | texfix@toast.net | 19441713688878665 | Verified | May | 2018 | TRUE |
| PAYPAL | 06-15-2018 09:35:58 | $2,500.00 | $2,500.00 USD CR | General Payment | Completed | | William Russ | texfix@toast.net | 19458203746013561 | Verified | June | 2018 | TRUE |
| PAYPAL | 07-02-2018 11:31:36 | $1,250.00 | $1,250.00 USD CR | General Payment | Completed | | William Russ | texfix@toast.net | 19476902370562185 | Verified | July | 2018 | TRUE |
| PAYPAL | 07-05-2018 20:27:30 | $1,250.00 | $1,250.00 USD CR | General Payment | Completed | | William Russ | texfix@toast.net | 19480196461876743 | Verified | July | 2018 | TRUE |
| PAYPAL | 07-16-2018 08:34:49 | $2,500.00 | $2,500.00 USD CR | General Payment | Completed | | William Russ | texfix@toast.net | 19492282021717220 | Verified | July | 2018 | TRUE |
| PAYPAL | 08-01-2018 14:10:19 | $2,000.00 | $2,000.00 USD CR | General Payment | Completed | | William Russ | texfix@toast.net | 19509877241111268 | Verified | August | 2018 | TRUE |
| PAYPAL | 08-06-2018 12:34:38 | $500.00 | $500.00 USD CR | General Payment | Completed | | William Russ | texfix@toast.net | 19515365565409018 | Verified | August | 2018 | TRUE |
| PAYPAL | 08-16-2018 07:11:13 | $2,500.00 | $2,500.00 USD CR | General Payment | Completed | | William Russ | texfix@toast.net | 19526383784424864 | Verified | August | 2018 | TRUE |
| PAYPAL | 09-03-2018 20:00:20 | $2,500.00 | $2,500.00 USD CR | General Payment | Completed | | William Russ | texfix@toast.net | 19546170519322489 | Verified | September | 2018 | TRUE |
| PAYPAL | 09-12-2018 14:27:40 | $1,250.00 | $1,250.00 USD CR | General Payment | Completed | busier than a one legged man at a butt kicking contest here | William Russ | texfix@toast.net | 19556252192540623 | Verified | September | 2018 | TRUE |
| PAYPAL | 09-18-2018 10:32:15 | $1,250.00 | $1,250.00 USD CR | General Payment | Completed | | William Russ | texfix@toast.net | 19562665113599053 | Verified | September | 2018 | TRUE |
| PAYPAL | 10-09-2018 14:57:09 | $1,000.00 | $1,000.00 USD CR | General Payment | Completed | take a little pressure off | William Russ | texfix@toast.net | 19585755986942086 | Verified | October | 2018 | TRUE |
| PAYPAL | 10-16-2018 12:46:29 | $2,000.00 | $2,000.00 USD CR | General Payment | Completed | | William Russ | texfix@toast.net | 19593632394132525 | Verified | October | 2018 | TRUE |
| PAYPAL | 10-22-2018 16:51:30 | $2,000.00 | $2,000.00 USD CR | General Payment | Completed | | William Russ | texfix@toast.net | 19600051384014681 | Verified | October | 2018 | TRUE |
| PAYPAL | 11-02-2018 13:18:47 | $2,500.00 | $2,500.00 USD CR | Mobile Payment | Completed | | William Russ | texfix@toast.net | 19612324798675450 | Verified | November | 2018 | TRUE |
| PAYPAL | 11-16-2018 18:52:31 | $2,500.00 | $2,500.00 USD CR | General Payment | Completed | | William Russ | texfix@toast.net | 19627520497469395 | Verified | November | 2018 | TRUE |
| PAYPAL | 12-03-2018 11:33:55 | $2,500.00 | $2,500.00 USD CR | General Payment | Completed | | William Russ | texfix@toast.net | 19646411027142742 | Verified | December | 2018 | TRUE |
| PAYPAL | 12-17-2018 14:47:04 | $2,572.80 | $2,572.80 USD CR | Mobile Payment | Completed | | William Russ | texfix@toast.net | 19661812645229128 | Verified | December | 2018 | TRUE |
| PAYPAL | 12-22-2018 18:56:32 | $400.00 | $400.00 USD CR | Mobile Payment | Completed | | William Russ | texfix@toast.net | 19667305192391480 | Verified | December | 2018 | TRUE |
| PAYPAL | 01-03-2019 17:02:11 | $1,540.23 | $1,500.00 USD CR | Mobile Payment | Completed | | William Russ | texfix@toast.net | 19680295180853894 | Verified | January | 2019 | TRUE |
| PAYPAL | 01-14-2019 11:49:10 | $205.32 | $200.00 USD CR | General Payment | Completed | | William Russ | texasfixtures@gmail.com | 19692592165383405 | Verified | January | 2019 | TRUE |
| PAYPAL | 01-17-2019 19:52:47 | $300.00 | $300.00 USD CR | Mobile Payment | Completed | | William Russ | texasfixtures@gmail.com | 19695899111861544 | Verified | January | 2019 | TRUE |
| PAYPAL | 01-19-2019 18:25:04 | $800.00 | $800.00 USD CR | Mobile Payment | Completed | | William Russ | texasfixtures@gmail.com | 19698098212956773 | Verified | January | 2019 | TRUE |
| PAYPAL | 10-06-2017 21:41:58 | $30.63 | $30.63 USD CR | Reversal of General Ac | Completed | | | | | | October | 2017 | TRUE |
| PAYPAL | 10-09-2017 20:24:25 | $5.55 | $5.55 USD CR | Reversal of General Ac | Completed | | | | | | October | 2017 | TRUE |
| PAYPAL | 10-09-2017 20:24:25 | $25.63 | $25.63 USD CR | General Credit Card -D | Completed | | | | | | October | 2017 | TRUE |
| PAYPAL | 10-09-2017 20:32:54 | $129.99 | $129.99 USD CR | General Credit Card -D | Completed | | | | | | October | 2017 | TRUE |
| PAYPAL | 10-21-2017 03:06:13 | $737.69 | $737.69 USD CR | Reversal of General Ac | Completed | | | | | | October | 2017 | TRUE |
| PAYPAL | 10-28-2017 15:02:55 | $170.00 | $170.00 USD CR | Payment Reversal | Completed | | | | | | October | 2017 | TRUE |
| PAYPAL | 10-29-2017 17:00:49 | $1.00 | $1.00 USD CR | Payment Reversal | Completed | | | | | | October | 2017 | TRUE |
| PAYPAL | 12-12-2017 15:50:20 | $31.91 | $31.91 USD CR | Reversal of General Ac | Completed | | | | | | December | 2017 | TRUE |
| PAYPAL | 02-06-2018 09:27:07 | $15.00 | $15.00 USD CR | Payment Reversal | Completed | | | | | | February | 2018 | TRUE |
| PAYPAL | 04-26-2018 05:17:03 | $0.19 | $0.19 USD CR | Payment Reversal | Completed | | | | | | April | 2018 | TRUE |
| PAYPAL | 04-26-2018 05:17:24 | $222.22 | $222.22 USD CR | Payment Reversal | Completed | | | | | | April | 2018 | TRUE |
| PAYPAL | 02-09-2019 02:11:37 | $48.55 | $48.55 USD CR | Reversal of General Ac | Completed | | | | | | February | 2019 | TRUE |
| PAYPAL | 02-26-2019 06:02:23 | $81.12 | $81.12 USD CR | Reversal of General Ac | Completed | | | | | | February | 2019 | TRUE |
| PAYPAL | 03-13-2019 07:43:47 | $101.65 | $137.71 SGD CR | General Currency Con | Completed | | | | | | March | 2019 | TRUE |
| PAYPAL | 03-13-2019 07:43:47 | $104.79 | $104.79 USD CR | Reversal of General Ac | Completed | | | | | | March | 2019 | TRUE |
| PAYPAL | 03-20-2019 23:19:54 | $106.90 | $106.90 USD CR | Reversal of General Ac | Completed | | | | | | March | 2019 | TRUE |
| PAYPAL | 04-16-2019 12:42:25 | $260.52 | $260.52 USD CR | Reversal of General Ac | Completed | | | | | | April | 2019 | TRUE |

**$93,242.77**