DAVID M. ZEFF
9 Pixley Ave. No. 95
Corte Madera, CA 94925
Tel: 415 726 0000
Fax: 415 923 1382
Email: dmz@zefflaw.com
In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL A. WESCOTT,<br><br>          Plaintiff,<br><br>     vs.<br><br>FREDERICK C. FIECHTER, IV;<br>DAVID M. ZEFF, ESQ.;<br>ROBERT N. WEAVER, ESQ. + DOES 1 through 25,<br><br>          Defendants. | Case No. CV22-4288-VC<br><br>**CERTIFICATE OF CONFLICTS AND INTERESTED PARTIES**<br><br>Date:  February 23, 2023<br>Time:  10:00 a.m.<br>Courtroom 4 – 17th Floor<br>Judge Vince Chhabria |

   Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

DATED:     January 18, 2023

                                                  By: _____
                                                         David M. Zeff
                                                         In Propria Persona