DAVID M. ZEFF
9 Pixley Ave. No. 95
Corte Madera, CA 94925
Tel: 415 726 0000
Fax: 415 923 1382
Email: dmz@zefflaw.com
In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL A. WESCOTT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FREDERICK C. FIECHTER, IV;<br>DAVID M. ZEFF, ESQ.;<br>ROBERT N. WEAVER, ESQ. + DOES 1 through 25,<br><br>　　　　Defendants. | Case No. CV22-4288-VC<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:  February 23, 2023<br>Time:  10:00 a.m.<br>Courtroom 4 – 17th Floor<br>Judge Vince Chhabria |

**FEDERAL COURT PROOF OF SERVICE**
*Wescott v. Fiechter, Zeff, Weaver, et al*
USDC, Northern District, Case No. CV22-4288-VC

I, the undersigned, certify and declare that I am over the age of 18 years, located in the County of Marin, State of California.

On January 18, 2023, I served the following document(s):

**DEFENDANT DAVID M. ZEFF, ESQ.'S NOTICE OF SPECIAL MOTION AND SPECIAL MOTION TO STRIKE (ANTI-SLAPP) PLAINTIFF'S COMPLAINT PURSUANT TO CAL. CODE OF CIVIL PROCEDURE § 425.16;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DAVID M. ZEFF'S SPECIAL MOTION TO STRIKE (ANTI-SLAPP) WESCOTT'S COMPLAINT PURSUANT TO CAL. CODE OF CIVIL PROCEDURE § 425.16;**

**DECLARATION OF DAVID M. ZEFF, ESQ., IN SUPPORT OF HIS NOTICE OF SPECIAL MOTION AND SPECIAL MOTION TO STRIKE (ANTI-SLAPP) PLAINTIFF'S COMPLAINT PURSUANT TO CAL. CODE OF CIVIL PROCEDURE § 425.16; and**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**THIS CERTIFICATE OF SERVICE**

on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Carl A. Wescott
8210 E. Via de la Escuela
Scottsdale, AZ 85258
Email: carlwsoj@gmail.com

The documents were served by the following means:

▪ (BY U.S. MAIL) By enclosing the documents in a sealed envelope addressed to the persons at the addresses listed above and depositing the sealed envelope with the U.S. Postal Service, with the postage fully prepaid.

▪ ELECTRONIC MAIL (email): By sending a true copy thereof via electronic mail (email) to the confirmed email address of said party as designated above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on January 18, 2023, at Corte Madera, California.

_____
David M. Zeff