# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carl A. Wescott | 22-cv-04288-VC |
| DEFENDANT | TYPE OF PROCESS |
| Robert N. Weaver | comp, summons, order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Frederick C. Fiechter
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
96 Avenue del Norte, San Anselmo, CA 94960

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Carl A. Wescott
8210 E. Via de la Escuela
Scottsdale, AZ 85258

Number of process to be served with this Form 285: 3
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 415-522-4261
DATE: 12/20/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Date: 1/9/23   Time: 1:57 [X] pm

Address *(complete only different than shown above)*
Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

12/28/22 - ENDEAVOR - NO ANSWER
CANNOT ACCESS PROPERTY / LOCKED GATE AROUND PREMISES (1 DVSM / 2 HRS / 38 MILES)

1/9/23 - " " (1 DVSM / 2 HRS / 38 MILES)

**FILED**
JAN 13 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Form USM-285
Rev. 03/21

*** Clerk of the Court ***