CARL A. WESCOTT
8210 E. VIA DE LA ESCUELA
SCOTTSDALE AZ 85258
CARLWSOJ@GMAIL.COM
IN PROPRIA PERSONA
+1 936 937 2688

**FILED**
**JAN 17 2023**
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID M. ZEFF, ESQ.;<br>FREDERICK C. FIECHTER, IV;<br><br>Defendants. | Civil Action No. **3:22-cv-04288-VC**<br><br>**PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Carl A. Wescott, proceeding pro se, hereby dismisses Mr. David Zeff and Mr. Frederick C. Fiechter, without prejudice, from this case.

*Carl A Wescott*
Carl A. Wescott, pro se

**PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE**