Presorted
First-Class Mail
U.S. Postage Paid
C2M LLC
22202

RECEIVED
JAN 17 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA