UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESCOTT,<br><br>            Plaintiff,<br><br>      v.<br><br>WEAVER,<br><br>            Defendant. | Case No. 22-cv-04288-VC<br><br>**ORDER CLOSING THE CASE**<br><br>Re: Dkt. Nos. 36, 37 |

At the hearing on January 19, 2023, the Court indicated that it would enter a judgment in this case after granting the motion for attorney's fees. The Court has now determined that a final judgment is not appropriate because the plaintiff voluntarily dismissed the case. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: March 21, 2023

VINCE CHHABRIA
United States District Judge